# EXHIBIT 1

CONFIDENTIAL                                    November 30, 2022



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary          Redacted

| | |
|---|---|
| Balance on 11/1 | |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| **Balance on 11/30** | |

Account number: Redacted

**GEORGE H ABBOUD**
**MONICA G ABBOUD**

*Wells Fargo Bank, N.A. (Member FDIC)*

*TEXAS  account terms and conditions apply*

Questions about your account: **1-800-869-3557**

Redacted

## Interest summary

- Interest paid this statement
- Interest earned this statement period
- Average collected balance
- Annual percentage yield earned
- Interest paid this year

## Interest withheld

- Interest withheld this period
- Interest withheld this year

---

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|

# Redacted

| | | | | | |
|---|---|---|---|---|---|
| 11/1 | Purchase Authorized On 10/30 Circle K 00166 Tucson AZ S462303620007433 Card 6295 | | | 7.00 | Redacted |

# Redacted

Abboud000007

13627



CONFIDENTIAL                                                              February 28, 2022

# Wells Fargo Prime Checking

This is your primary checking account in your Portfolio by Wells Fargo program

**Statement period activity summary**        Redacted

| | |
|---|---|
| Balance on 2/1 | |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| **Balance on 2/28** | |

Account number: Redacted

**GEORGE H ABBOUD**
**MONICA G ABBOUD**

*Wells Fargo Bank, N.A. (Member FDIC)*

*TEXAS  account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Redacted

**Interest summary**

| | |
|---|---|
| Interest paid this statement | |
| Interest earned this statement period | |
| Average collected balance | |
| Annual percentage yield earned | |
| Interest paid this year | |
| Total interest paid in **2021** | |

**Interest withheld**

| | |
|---|---|
| Interest withheld this period | |
| Interest withheld this year | |
| Total interest withheld in **2021** | |

**Transaction history**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|



CONFIDENTIAL

February 28, 2022



 **Wells Fargo Prime Checking** (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|

# Redacted

| | | | | | |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 2/14 | Purchase Authorized On 02/12 Circle K #2742317 Spring TX P582043545499218 Card 6295 | | | 13.57 | Redacted |

# Redacted



June 30, 2023

CONFIDENTIAL

# Wells Fargo Prime Checking

This is your primary checking account

### Statement period activity summary

Redacted

| | |
|---|---|
| Balance on 6/1 | |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| **Balance on 6/30** | |

Account number: Redacted

**GEORGE H ABBOUD**
**MONICA G ABBOUD**

*Wells Fargo Bank, N.A. (Member FDIC)*

*TEXAS account terms and conditions apply*

Questions about your account: **1-800-869-3557**

Redacted

### Interest summary

Redacted

| | |
|---|---|
| Interest paid this statement | |
| Interest earned this statement period | |
| Average collected balance | |
| Annual percentage yield earned | |
| Interest paid this year | |

### Interest withheld

| | |
|---|---|
| Interest withheld this period | |
| Interest withheld this year | |

---

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/2 | Purchase Authorized On 06/02 Circle K #2741420 Katy TX P383153398163955 Card 6295 | | | 6.50 | Redacted |



12724

CONFIDENTIAL                                                    July 31, 2023



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary          Redacted

| | |
|---|---|
| Balance on 7/1 | |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| **Balance on 7/31** | |

Account number: Redacted

**GEORGE H ABBOUD**
**MONICA G ABBOUD**

*Wells Fargo Bank, N.A. (Member FDIC)*

*TEXAS   account terms and conditions apply*

Questions about your account: **1-800-869-3557**

## Interest summary          Redacted          Interest withheld          Redacted

| | |
|---|---|
| Interest paid this statement | |
| Interest earned this statement period | |
| Average collected balance | |
| Annual percentage yield earned | |
| Interest paid this year | |

Interest withheld this period
Interest withheld this year

---

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|

# Redacted

| 7/12 | Purchase Authorized On 07/12 Circle K #2741420 Katy TX P303193671508524 Card 6295 | | | 7.34 | Redacted |

# Redacted

Abboud000037
Page 3 of 8

CONFIDENTIAL

July 31, 2022



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

Redacted

Balance on 7/1
Deposits/Additions
Withdrawals/Subtractions
**Balance on 7/31**

Account number: Redacted

**GEORGE H ABBOUD**
**MONICA G ABBOUD**

*Wells Fargo Bank, N.A. (Member FDIC)*

*TEXAS  account terms and conditions apply*

Questions about your account: **1-800-742-4932**

## Interest summary

Redacted

Interest paid this statement
Interest earned this statement period
Average collected balance
Annual percentage yield earned
Interest paid this year

## Interest withheld

Interest withheld this period
Interest withheld this year

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|

Redacted

| 7/6 | Purchase Authorized On 07/06 Circle K #2741472 League City TX P302187526180235 Card 5844 | | | 73.81 | |

Redacted

# EXHIBIT 2

**ALIMENTATION COUCHE-TARD INC.**

**NOTICE TO READER**

The attached Annual Information Form for the year ended April 27, 2025 is refiled to correct the list on page 9 of state funds in which we participate, the number of stores for Denmark and Sweden on pages 17 and 18, the trading volumes on the TSX for our Common Shares in fiscal 2025 and the dividend paid in the second quarter of fiscal 2024 on page 24, the table of senior unsecured notes on page 25 which in the initially filed version omitted certain items, as well as certain other typographical errors and page references throughout. Other than as expressly set forth above, the refiled Annual Information Form does not, and does not purport to, update or restate the information in the originally filed Annual Information Form or reflect any events that occurred after the date of the originally filed Annual Information Form.

**Alimentation Couche-Tard**

# 2025 Annual Information Form



**June 25, 2025**
(for the fiscal year ended April 27, 2025)

 |  | 

# Annual information form

**Founded in 1980, Alimentation Couche-Tard Inc. (the "Corporation") is a leader in the convenience store industry, with close to 17,000 stores and approximately 146,000 people in its network worldwide.**

We are a Canadian company, governed by Business Corporations Act (Québec). Our shares trade on the Toronto Stock Exchange ("TSX") under the symbol ATD. As of April 27, 2025, we had a total market capitalization of approximately CAD $69 billion.

Our business risks are discussed starting on page 38 of our annual MD&A and are incorporated by reference in this document. Our 2025 Annual Report and MD&A are available on our website (corpo.couche-tard.com) and on SEDAR+ (sedarplus.ca).

## Contents

5    About our business
11   Three areas of business
14   Our store network
19   Our structure
20   General developments of the business
23   Capital structure
27   Governance
36   Appendices

**Where to find more information**

Additional information, including directors' and officers' remuneration and indebtedness, principal holders of Couche-Tard's securities and securities authorized for issuance under equity compensation plans is included in our Management Proxy Circular. Our 2025 Annual Report, which contains our audited consolidated financial statements for the fiscal year ended April 27, 2025 and management's discussion and analysis (MD&A), has additional financial information.

These documents and other information about Alimentation Couche-Tard Inc. are all available on our website (corpo.couche-tard.com) and on SEDAR+ (sedarplus.ca).

## A History of Entrepreneurship and Growth



\* Represents the total addition to our network, net of stores closed or divested in the context of the acquisition.

**Forward-looking statements**

This annual information form includes certain statements that are "forward-looking information" and "forward-looking statements" (collectively, **"forward-looking statements"**) within the meaning of the securities laws of Canada. Any statement in this annual information form that is not a statement of historical fact may be deemed to be a forward-looking statement. When used in this annual information form, the words "believe", "could", "should", "intend", "expect", "estimate", "assume", and other similar expressions or the negative of these terms are generally intended to identify forward-looking statements, although not all forward-looking statements include such words. It is important to know that the forward-looking statements in this annual information form describe our expectations as at June 25, 2025, which are not guarantees of the future performance of Alimentation Couche-Tard Inc. ("**Couche-Tard**", the "**Corporation**", "**we**", or "**our**") or its industry, and involve known and unknown risks and uncertainties that may cause Couche-Tard's or the industry's outlook, actual results or performance to be materially different from any future results or performance expressed or implied by such statements. Our actual results could be materially different from our expectations if known or unknown risks affect our business, or if our estimates or assumptions turn out to be inaccurate. Forward-looking statements include, but are not limited to, statements that address activities, events or developments that Couche-Tard or its management expect or anticipate will or may occur in the future, including such things as future capital expenditures (including the amounts and nature thereof), financial objectives, business strategies and measures to implement strategies, competitive strengths, goals, expansion and growth of our business and operations, plans and references to our future success and other such matters, financing initiatives, and any statement regarding the potential acquisition of Seven & i Holdings Co., Ltd. These forward-looking statements are based on certain assumptions and analyses made by us or our management in light of our experience and our perception of historical trends, current conditions and expected future developments, as well as other factors we believe are appropriate in the circumstances, including the assumptions in the table below as regards the potential acquisition of Seven & i Holdings Co., Ltd. A change affecting an assumption can also have an impact on other interrelated assumptions, which could increase or diminish the effect of the change. Assumptions such as synergies objective are based on our comparative analysis of organizational structures and current level of spending across Couche-Tard's network as well as on Couche-Tard's ability to bridge the gap, where relevant, and Couche-Tard's assessment of current contracts in the geographical areas of operations and how Couche-Tard expects to be able to renegotiate these contracts to take advantage of our increased purchasing power.

**IN THIS DOCUMENT**

"We", "us", "our", "Couche-Tard" and the "Corporation" mean Alimentation Couche-Tard Inc. and its wholly-owned subsidiaries

"AIF" and "this document" mean this annual information form.

Information is as of April 27, 2025, the last day of our most recently completed fiscal year, unless stated otherwise.

All dollar amounts are in U.S. dollars unless stated otherwise.

**Registered and head office:**
Alimentation Couche-Tard Inc.
4204 Industriel Boulevard
Laval, Québec H7L 0E3
Canada

In addition, our synergies objective assumes that we will be able to establish and maintain an effective process for sharing best practices across our network. Finally, our objective is also based on our ability to integrate acquired business. An important change in these facts and assumptions could significantly impact our synergies estimate as well as the timing of the implementation of our different initiatives. As a result, we cannot guarantee that any forward-looking statement will materialize and, accordingly, the reader is cautioned not to place undue reliance on these forward-looking statements. Forward-looking statements do not take into account the effect that transactions or special items announced or occurring after the statements are made may have on our business. For example, they do not include sales of assets, monetization, mergers, acquisitions, other business combinations or transactions, asset write-down, ongoing military conflicts, or other charges announced or occurring after forward-looking statements are made. The foregoing risks and uncertainties include, but are not limited to, the risks set forth under "Business Risks" in our 2025 MD&A as well as other risks detailed from time to time in reports filed by Couche-Tard with securities regulators in Canada.

All forward-looking statements contained in this annual information form are expressly qualified in their entirety by this cautionary statement. Unless otherwise required by applicable securities laws, we disclaim any intention or obligation to update or revise forward-looking statements, whether as a result of new information, future events or otherwise. While the information contained in this annual information form is believed to be accurate, Couche-Tard expressly disclaims any and all liability for any losses, claims or damages of whatsoever kind based upon the information contained in, or omissions from, this annual information form. In addition, none of the statements contained in this annual information form are intended to be, nor shall be deemed to be, representations or warranties of Couche-Tard and its affiliates. Where the information is from third-party sources, the information is from sources believed to be reliable, but Couche-Tard has not independently verified any of such information contained herein.

It is important to know that the forward-looking statements in this annual information form describe our expectations as at June 25, 2025, which are not guarantees of the future performance of Couche-Tard or its industry, and involve known and unknown risks and uncertainties that may cause Couche-Tard's or the industry's outlook, actual results or performance to be materially different from any future results or performance expressed or implied by such statements. Our actual results could be materially different from our expectations if known or unknown risks affect our business, or if our estimates or assumptions turn out to be inaccurate.

| Forward-looking statements | Assumptions |
|---|---|
| Statements regarding the potential acquisition of Seven & i Holdings Co., Ltd. | • Ability to complete the acquisition of Seven & i Holdings Co., Ltd. within the anticipated timeframe<br>• The conditions precedent to the closing of the acquisition (including the required approval from shareholders of Seven & i Holdings Co., Ltd. and antitrust and regulatory approvals)<br>• Sufficient and adequate collaboration of Seven & i Holdings Co., Ltd. with regard to the acquisition<br>• The Corporation's ability to otherwise complete the integration of Seven & i Holdings Co., Ltd. within anticipated time periods and at expected cost levels<br>• The Corporation's ability to retain and attract key employees in connection with the acquisition<br>• Management's expectations in relation to the future performance and economic conditions and other factors in relation to Seven & i Holdings Co., Ltd.<br>• The accuracy and completeness of the information (including financial information) provided by Seven & i Holdings Co., Ltd.<br>• The absence of significant undisclosed costs or liabilities associated with the acquisition<br>• Ability to obtain financing on satisfactory terms to complete the acquisition and ability to execute post completion financing plan on satisfactory terms<br>• The impact of the acquisition on the Corporation's capital structure, indebtedness and credit ratings<br>• Ability to integrate the acquired business in an efficient and effective manner<br>• Accuracy of our assessment of bases or sources of synergies and the occurrence of the benefits anticipated<br>• Ability to take advantage of expected synergistic savings and increased operating efficiencies |

# About our business

Couche-Tard's vision is to become the world's preferred destination for convenience and mobility. Our mission is to make our customers' lives a little easier every day. To this end, we offer fast and friendly service, providing fresh and prepared food, hot and cold beverages, car wash services, and other high-quality products and services at compelling value, including road transportation fuel and e-mobility charging solutions designed to meet or exceed our customers' needs in a clean, welcoming, and easy environment. As part of our Operations First culture, we live by our values and put our customers and people at the forefront of our decisions.  Our financial discipline, local focus, and global scale are key to our success.

We are a customer-centric, financially disciplined organization that uses our global scale and local experience to enhance our operational expertise and continually invests in our people and our stores.

## Worldwide network

Our store network includes close to 17,000 sites in three markets:

| NORTH AMERICA (page 15) | EUROPE & OTHER (page 17) | INTERNATIONAL (page 18) |
|---|---|---|
| We are:<br>• the Canadian leader in the convenience store industry<br>• one of the largest independent convenience store operators in the United States in terms of the number of company owned and operated stores. | We are a leader in the convenience store and mobility retail business in the Scandinavian countries (Norway, Sweden, and Denmark), in the Baltic countries (Estonia, Latvia, and Lithuania), in Belgium, as well as in Ireland, and we have a strong presence in Luxembourg, Germany, the Netherlands and Poland.<br><br>We operate a network of company-operated convenience stores in Hong Kong. | There are also close to 2,500 stores in 14 other countries and territories operating under the Circle K trademark through licensing agreements. |



**REVENUE (fiscal 2025)**
**($ millions)**

$8,007
$23,253
$41,597

- ■ United States (57%)
- ■ Europe and other (32%)
- ■ Canada (11%)

As at April 27, 2025, approximately 146,000 people work in our network:

- 98,000 in our retail network and service offices in North America
- 44,000 in our retail network, terminals and service offices in Europe
- 4,000 in our retail network and service offices in Asia

In Scandinavia and Benelux countries and Germany, membership in a trade union is particularly common in the business support category.



**GROSS PROFIT[1] (fiscal 2025)**
**($ millions)**

$1,374
$3,241
$8,407

- ■ United States (65%)
- ■ Europe and other (25%)
- ■ Canada (10%)

[1]For additional information on the performance measures not defined by IFRS® Accounting Standards, please refer to "Appendix B - Non-IFRS Accounting Standards Measures".

## Three areas of business

We have three main sources of revenue: merchandise and services, road transportation fuel and other.

<table>
<tr><td>

**MERCHANDISE AND SERVICES**
(page 11)

We sell a broad selection of in-store merchandise and services that are designed to appeal to the convenience needs of our customers.

We also have wholesale sales of merchandise and goods to certain independent operators and franchisees.

</td><td>

**ROAD TRANSPORTATION FUEL**
(page 12)

We are a retail seller of road transportation fuel at full-service and automated sites.

As a wholesaler, we purchase and resell road transportation fuel to certain independent store operators, and make non-retail bulk sales to customers with their own storage facilities.

</td><td>

**OTHER**
(page 13)

We sell stationary energy and aviation fuel.

We also earn rental income from operating leases for certain lands and buildings we own and lease, as well as from car rental revenue.

</td></tr>
</table>



**REVENUE (fiscal 2025)**
($ millions)

$593
$18,359
$53,905

- Merchandise and services (25%)
- Road transportation fuel (74%)
- Other (1%)

## Strengths that set us apart

### Diverse and Competitive Store Network

We have a network with close to 17,000 stores worldwide including a network of close to 7,100 stores in the United States, making us the second largest player in the country. The geographic diversity of our footprint reduces our exposure to adverse local and/or regional market conditions, including fluctuations in road transportation fuel prices.

We compete with many national, regional, local and independent retailers, including grocery chains, supermarkets, other convenience store chains, mini-convenience stores integrated with major oil companies' gas stations, pharmacies, quick-service restaurants, and dollar stores. We continually monitor our competitors, market trends and our market share, and are well positioned to react quickly to maintain our competitive position.

We develop networks of stores in the geographic areas where we operate and look to expand into new geographies. This allows us to study each market, refine our location strategy, and carefully manage the closure of any underperforming store. We put great care and invest significant resources in choosing the locations of our stores to maximize visibility and customer traffic, making it more difficult for new competitors to penetrate our markets. We own approximately 5,700 lots and 7,100 buildings which provides greater flexibility for our day-today operations.

Our private brands for select products, investments in technology and innovation, and our focus on customer service also give us a competitive advantage.

### Focus on Higher Margin Businesses

We have successfully put in place a compelling in-store merchandise and service offer which allows us to generate higher margins than those achieved through the sale of road transportation fuel. We have rolled out a prepared food program across our network in North America and an enhanced food offering in Europe, as well as growing our car wash business where our sites allow it, to further improve profit margins and differentiate our stores from those of our competitors. For Fiscal 2025, merchandise and services contributed to 49% of our gross profit[1], while road transportation fuel accounted for 49%, demonstrating a healthy balance between our 2 main segments.



**GROSS PROFIT[1] (fiscal 2025)**
($ millions)

$211
$6,393
$6,418

- Merchandise and services (49%)
- Road transportation fuel (49%)
- Other (2%)

---

[1] For additional information on the performance measures not defined by IFRS Accounting Standards, please refer to "Appendix B - Non-IFRS Accounting Standards Measures".

## Decentralized Management Structure

We believe that our agile business structure sets us apart from our competitors and that our entrepreneurial culture is one of our most important business strengths. We manage most of our operations and workforce through a decentralized model with support and direction from several key global teams. This allows us to speed up decision-making, to address local demand for specific products and services, and to optimize corporate overhead.

Each store is operated as a distinct profit center and store managers are responsible for meeting their financial and operational targets. We support our store managers with a strong, experienced management team and appropriate capital resources, which we believe provides them with a significant competitive advantage compared to single-store operators and smaller chains.

Our rigorous performance measurement and benchmarking process ensures that best practices are used across the network. This allows us to provide timely and effective feedback to managers at all levels.

## Commitment to Operational Excellence

With close to $73 billion in revenue in fiscal 2025 and 45 years' experience operating convenience stores and fueling stations, our size and scale have enabled us to develop operational efficiencies that provide us with a competitive advantage, particularly for merchandising, supply chain and procurement. We are continually modernizing our stores and tailoring our merchandising strategies to address the needs and the demands of our customers in the markets where we operate.

Our commitment to operational excellence applies across the product delivery chain, from the selection of store locations to the development of store designs, the supply and distribution of products, merchandising and marketing, and ultimately to the sale of products to our customers. This is supported by experienced and well-trained store and management personnel who are focused on optimizing store performance and maximizing customer satisfaction.

## Investment in Innovation and Technology

We invest in innovation and leverage technology in every stage of our operations. Our retail and fuel operations are powered by complex retail, fuel and back-office systems. We use robotic process automation and artificial intelligence in our stores and back office to reduce costs and operate more efficiently. We are investing in our data analytics capabilities to improve our understanding of customer behaviour, predict demand, and optimize pricing, assortment, and promotions to increase traffic and basket size. As an example, our retail innovation lab at the Bensadoun School of Retail Management in partnership with McGill University is a live testing ground for innovative and frictionless technologies that address the retail sector's challenges of the future.

Technology allows us to perform an in-depth analysis of inventory purchases and sales. We use this information to continuously refine our procurement strategies and work with our suppliers to optimize our offering, tailor our merchandising, and customize our shelf space. As we grow sales volumes, we believe we can secure more favourable purchasing terms from suppliers as a result.

We are equally focused on leveraging technology to engage and delight customers and employees in new, more personalized ways. This builds on our mission to make customers' lives a little easier every day: our goal is to increase the number of visits and to offer a seamless customer experience. Some examples of this approach include our car wash subscription service, our tactical loyalty programs, our investments in frictionless and in-app payment technologies, and our various customer ordering options, such as home delivery, curbside delivery and click & collect.

**OUR STRENGTHS**

- DIVERSE AND COMPETITIVE STORE NETWORK
- FOCUS ON HIGHER MARGIN BUSINESSES
- DECENTRALIZED MANAGEMENT STRUCTURE
- COMMITMENT TO OPERATIONAL EXCELLENCE
- INVESTMENT IN INNOVATION AND TECHNOLOGY
- EXPERIENCED AND MOTIVATED MANAGEMENT TEAM
- STRONG CASH FLOW GENERATION AND DISCIPLINED CAPITAL ALLOCATION
- LEADING BRANDS

## Experienced and Motivated Management Team

Our founders and management team have worked together for many years and have developed extensive expertise in operating convenience stores. We have completed many acquisitions since our initial one in 1997, and management's ability to integrate stores within the existing network has been an important factor in our success.

Many members of the management team have progressed into their current positions after working with us for several years in roles of increasing responsibility, while others have joined Couche-Tard from acquired companies and have brought with them complementary expertise.

We leverage this internal and external experience through planned succession changes across both operations and functional areas, and across our global locations. This diversity of experiences brings unique perspectives to our business, enables the delivery of our business strategy, and facilitates effective decision making to achieve best outcomes for our customers and our company.

## Strong Cash Flow Generation and Disciplined Capital Allocation

We have consistently been able to generate strong free cash flow with our operations and have remained disciplined over the years on the allocation of our capital. Our balance sheet is healthy with a leverage ratio[1] of 1.96x at the end of fiscal 2025. This strong ability to generate discretionary cash flow allows us to reinvest in our operations, pay dividends to our shareholders, grow our network through acquisitions, and repurchase shares. Our Return on equity ("**ROE**") and Return on capital employed ("**ROCE**") metrics are strong reflecting our discipline on capital allocation.

## Leading Brands

In September 2015, we announced the launch of a new global Circle K® brand to consolidate the Circle K®, Statoil®, Holiday® and Mac's® retail brands for stores and service stations across Canada, the United States, Norway, Sweden, Denmark, Estonia, Latvia, Lithuania, Ireland and Poland. We believe this consolidation, completed at the start of fiscal 2020, has strengthened customer awareness towards the Circle K brand and reinforced our culture of operational excellence. All automated fuel stations in Europe will continue to be operated under the Ingo® retail brand and we have retained our founding Couche-Tard® retail brand in the province of Québec in Canada. We recently expended to Belgium, Germany, Luxembourg and the Netherlands where we have a license to operate under the TotalEnergies brands until all sites are converted to the Circle K brand.

We have registered and applied to register a variety of trade names, service marks and trademarks that have significant value to our business, and are important factors in marketing Couche-Tard and our convenience stores. It is our policy to register or otherwise protect our intangible assets wherever we operate.

## Information Security Protection

We work diligently to protect our management information systems and other information systems from data security breaches, including cybersecurity breaches. With dedicated information security and information risk teams comprised of executives and full-time employees, complemented by third party partners, the Corporation uses a risk-based approach to mitigate information security risk. In fiscal 2022, 2023, 2024 and 2025, the Corporation provided security awareness training to all of our employees including continuous simulated phishing attacks. We have preventative and detective systems in place that are constantly monitored by a specialized third-party partner. All those measures are aimed at allowing us to detect and investigate events that represent risks, and respond and recover as required.

The Corporation's information systems contain personal information of customers, cardholders and employees. The Corporation is subject to various laws regarding the protection of personal information of its customers, cardholders and employees and has adopted a *Privacy Policy* that sets out the guidelines for protecting the privacy of personal information.

---

**Our global banner:**

 

**Our other banners include:**

- Couche-Tard®
- Circle K®
- Mac's®
- Holiday®
- Ingo®

These banners have an established reputation for convenience and excellence in product selection and value that we believe helps differentiate our stores from our competitors.

---

[1] For additional information on the performance measures not defined by IFRS Accounting Standards, please refer to "Appendix B - Non-IFRS Accounting Standards Measures".

## Our Sustainability Journey - Environment, Social and Governance (ESG)

### Sustainability as a lens in our business

In 2022, we defined four values we live by: One Team, Do the Right Thing, Take Ownership, and Play to Win. Our 2024 Sustainability Report focused on our role as a Responsible Retailer – recognizing our obligation to contribute to a cleaner, better future, and we remain humble and disciplined in our approach. Our 2025 Sustainability Report illustrates the scale of our global commitment and the breadth of our responsibility as a lender in convenience and mobility. We recognize that meaningful sustainability efforts must acknowledge and be rooted in the needs, concerns and dynamics of the broad markets and customers we serve around the world, that continues to evolve socially, economically, and geopolitically and the expectations of our stakeholders continue to evolve along with it.

We are constantly evolving to meet customers' needs, fostering safe, welcoming and inclusive workplaces for our people, minimizing our impact on the environment and being a trusted neighbour in the communities we serve.

Building on the framework defined in May 2021, we continue to use sustainability as a business lens to our everyday operations and push forward our commitment to actionable results based on stakeholder perspectives, conversations with investors and interviews with business leaders. Our sustainability priorities are anchored in, and contribute to, the United Nations Sustainable Development Goals.

We have set five focus areas where we believe we can really make a difference – fuel, energy, packaging and waste, workplace safety and inclusive culture. As we progress on our sustainability journey, we are also adapting to emerging ESG trends, reporting requirements and increasing stakeholder expectations. Along the way, we have learned that our sustainability journey cannot be static; but rather, it needs to be dynamic and responsive to changing conditions. Nevertheless, we remain convinced that our five priorities are the right ones to help ensure that sustainability is integrated into all aspects of our business. You can read more about our sustainability initiatives in our Sustainability Report, which is available on our website ([www.corpo.couchetard.com](www.corpo.couchetard.com)).

### Respect for the environment

As a responsible retailer, we ensure that we comply with local environmental requirements and legislation while proactively limiting our impact where possible, including those that govern:

- storage, transportation and sale of fuel products
- soil contamination at sites including remediation
- emissions and discharges into air and water
- high blends of renewable fuels
- taking a leading position among retailers on EV fast chargers
- exploring business opportunities for future carbon neutral fuel alternatives still serving our infrastructure
- handling and disposal of hazardous wastes
- use of vapor recovery systems to capture fuel vapor from stations and terminals
- remediating of contaminated sites
- packaging and non-hazardous waste management.

In the United States, we participate in state funds for companies that operate motor fuel facilities in all states where we operate (except the states where there are no such funds: Alaska, California, Florida, Iowa, Maryland, New York, Oregon, Texas, West Virginia and Wisconsin). These funds cover some of the cost of cleaning up certain environmental contamination from road transportation fuel equipment, after a deductible (which varies by state) is met.

The amount of insurance coverage varies by state, and the funds are financed by fuel storage tank registration fees and/or motor fuel taxes in each state. We pay annual registration fees, and remit sales taxes to individual states as required.

To mitigate carbon emissions from fossil sources, which contribute to increased $CO_2$ levels in our atmosphere, all our European business units are blending renewable fuel components in accordance with EU renewable fuel requirements and national legislation. In some countries fuels representing approximately 90% net well to wheel carbon neutrality is offered, primarily to B2B customers. In addition, such carbon neutral fuels are blended into regular fuels at a rate up to approximately 40% sold at the pump. In total such blended product could represent more than 35% net carbon emissions reduction compared to products made from fossil crude oil.

In Europe, delegates from the Corporation are also representing the industry organizations in national and international fuel specification committees. The Corporation always warrants that the fuel supplied to the customers at the pump will comply with all such international and national quality and environmental requirements.

We comply with local directives by setting out requirements in our merchandise and fuel supply agreements.

We could be legally liable for remediating current or former sites that have been contaminated, whether or not we knew of or were responsible for the contamination. We proactively seek ways to limit the environmental impact of our activities, adopt suitable processes and regularly monitor fuel system and equipment integrity.

## Human capital management

Our worldwide community of people is at the heart of our business. It is their commitment, safety, motivation and talent that have made us a successful convenience store operator. We strive to foster a culture that will allow our employees to develop and perform to the best of their potential by providing them with the training and development opportunities they need. We also strive to create fair and equal opportunities for success amongst all of our employees while treating everyone with respect and dignity and providing valuable benefits tailored to community needs. Leaders at all levels of the organization are committed to respecting human rights and implementing best practices in health and safety, environmental welfare, and social responsibility, which is reflected in their day to day actions.

## Commitment to health and safety

Over the past year, we have continued our global collaboration around our goal of keeping our people safe. Through ongoing networking between business units in Canada, the U.S., and Europe, we have maintained our commitment to sharing best practices. We have improved our processes for site analysis and will continue to work toward acting on those learnings. In North America, we created Health, Safety and Environmental (HSE) networks that focus on communication between and among business units which closely resemble established processes in Europe.

## Inclusion and equal opportunity

In an increasingly complex global marketplace, we believe that being able to draw on a wide range of viewpoints, backgrounds, skills and experience is critical to our success.

We are continuing our work to advance equal opportunities across the organization and make a difference in communities we serve by honoring the values we live by – One Team, Do the Right Thing, Take Ownership, and Play to Win.

We are committed to offering a workplace where all team members feel safe, respected, and able to develop their full potential. With approximately 146,000 team members across the globe, we have a responsibility to ensure their well-being and the capacity to make a real difference in people's lives.

Our winning culture is strengthened even further by our annual Light of Day test, which gives us clear guidelines on how we show up in our stores and support centers. It is a great reminder of the Values We Live By and how we work together to create an environment of respect and excellence.

The Light of Day test was launched in 2017 as our commitment to care and respect, which are always part of our actions. It reminds us that before we act, we ask ourselves these questions:

- How would I feel if my actions were broadcasted publicly?
- How would I feel if someone acted this way to my family, friends, or me?
- How would I feel if my message was published online?
- What would others think of my behavior?

Our onboarding, training and leadership development programs seek to engage our people and enable them to grow their careers. At the same time, we are continuously improving our programs, procedures, training, and facilities to ensure a safe, inclusive and healthy environment for our team members and customers. This includes strategic robbery prevention programs, anti-harassment programs, and de-escalation training for team members.

Our employee-led Business Resource Groups ("**BRGs**") that are open to all team members play an important role in making our workplace feel safe, welcoming, and connected. By bringing people together through events, networking opportunities, and the celebration of both individual and collective contributions, BRGs create meaningful connections and help foster a culture rooted in mutual respect and continuous learning. Members of the leadership team serve as Executive Sponsors, offering strategic guidance, thought leadership, and support.

## Other regulations

We are committed to, and thrive on, being a responsible retailer. Couche-Tard has expertise in providing age restricted products and follows strict legal requirements in markets where it is permitted, including alcohol, lottery, tobacco, other nicotine products, products containing cannabis (Canada only) and products containing cannabidiol (CBD) (Canada only). We follow all laws and regulations that apply to us and hold all of the required licenses and permits for selling these items.

We also follow all appropriate antitrust and competition laws and regulations that relate to our size and the pricing of our products and services, among other things, as well as price regulations that apply to products like road transportation fuel, milk and alcohol.

# Three areas of business

## Merchandise and services

The following table shows our revenue breakdown by merchandise and services for the last two fiscal years. Service revenue include fees and revenue sharing from automatic teller machines, revenue from car washes and from electric vehicles charging stations, commissions on gift card sales, commission on both the issuance of lottery tickets and money orders, as well as those earned for selling and redeeming winning lottery tickets, and variety of similar retail financial programs and instruments like postage stamps, event tickets, coin-op machines and various revenue share agreements. Services revenue also includes franchise fees, license fees from affiliates, royalties from franchisees and commissions from agents.

| ($ millions) | Fiscal 2025 | | Fiscal 2024 | |
|---|---|---|---|---|
| Nicotine products[1] | $6,728.3 | 39.3% | $6,426.1 | 39.1% |
| Beverages | $3,009.3 | 17.6% | $2,900.2 | 17.6% |
| Beer/wine/liquor | $2,065.3 | 12.1% | $1,960.3 | 11.9% |
| Food service | $2,046.3 | 12.0% | $1,908.4 | 11.6% |
| Other | $3,259.1 | 19.0% | $3,248.5 | 19.8% |
| Total merchandise | $17,108.3 | 100.0% | $16,443.5 | 100.0% |
| Services | $1,251.1 | | $1,092.4 | |
| Total merchandise and services | $18,359.4 | | $17,535.9 | |

[1] Nicotine products include Cigarettes and Other nicotine products.

The retail business is seasonal and weather conditions can affect our revenue. Historically, our customers tend to increase their transactions and purchase higher margin items when weather conditions are favorable. Further, our retail business is dependent on third party suppliers as well as manufacturers and distributors of consumer packaged goods for resale.  Please refer to the "Business Risks" section of our annual MD&A for additional detail.

### North America

Our North America proprietary brands include Circle K Premium Coffee™, Circle K®, Nos Favoris®, Simply Great Coffee™, Café tout simplement bon™, Sloche®, Froster® and Polar Pop®. Additionally, our stores offer hundreds of proprietary products and services, spanning all major merchandise sub categories. These products are marketed under a variety of private and/or control label brand namesakes, all of which fall under the control of the Corporation.

Products in North America are generally supplied to our company operated stores in one of the following ways:

- Direct Store Delivery networks ("**DSD**"), generally owned and/or operated by the manufacturer or by independent third parties
- Company owned Distribution Centres
- Traditional Wholesale Distribution

The rest of the merchandise is delivered directly to the stores by the manufacturers or distributors.

**Direct Store Delivery Networks:**
These vary by geography but are generally the source of delivery for most alcohol products, as well as certain snack, beverage, food and general merchandise products.

**Company-owned Distribution Centers:**
A majority of the products sold at retail in Québec, Arizona, Nevada and Texas are supplied through one of three distribution centers owned and operated by the Corporation; these facilities are located in Laval, Québec, Tempe, Arizona, and San Antonio, Texas. As of Fiscal 2025 year-end, we had three additional Self-Distribution facilities under construction in the United States.

**Proprietary brands include**

- Circle K®
- Circle K Premium Coffee™
- Couche-Tard®
- Mac's®
- Circle K®
- miles®
- milesPLUS®
- Ingo®
- Fortis®
- Sloche®
- Joker Mad Energy®
- Froster®
- Polar Pop®
- Real HOT DOGS™
- Made to Go™
- K FREEZE®
- Circle K Max Protection®
- Circle K UltraShine®
- 3N3RGY®
- Inner circle®
- Extra®
- EasyPay®
- K Kitchen™
- CleanFreak®
- Thirst Buster®
- CTTek®
- Kid's Koolers®
- MeadowBrook®

**Traditional Wholesaler Networks:**

- Core-Mark International Inc. (Core-Mark) provides management services to the distribution centers in Arizona and Texas. It is also the supplier for many of our in-store products in Western and Central Canada, and the wholesale supplier for stores in our Rocky Mountain and West coast divisions
- We use McLane to distribute merchandise to the majority of stores in our Northern Tier, Midwest, Great Lakes, Heartland, South Atlantic, Southeast, Coastal Carolinas, Florida and Gulf Coast divisions and we use TRA Atlantic to distribute merchandise in the Atlantic provinces.

## Europe

We sell proprietary branded food items under our Circle K®, Made To Go™, Simply Great Coffee™, Extremum®, Froster®, K Freeze®, and Real HOT DOGS™ trademarks. We sell third-party fountain drinks under the Polar Pop® trademark internationally. We also sell car care products under our Circle K® brand in all countries.

We use independent wholesalers as our main distributor in Europe. These have included:

- Engros Partners, Axfood, Reitan, Eurocash, Iglotex and Mateus for Norway, Sweden, Denmark.
- Musgrave for Ireland.
- Carrefour for Poland.
- Lekkerland in Germany, Netherlands and Belgium.
- Fixima & Cactus in Luxembourg.

In the Baltic countries, we use local third-party logistics providers who purchase, store and deliver products to the stores. These include Smarten in Estonia, BLS and NNL in Latvia, Mercado in Lithuania.

| Proprietary brands include |
| --- |
| - Circle K® |
| - Made To Go™ |
| - Simply Great Coffee™ |
| - Froster® |
| - Freeze® |
| - Real HOT DOGS™ |
| - Polar Pop® |
| - miles® |
| - milesPLUS® |
| - Ingo® |
| - Fortis® |
| - K Freeze® |
| - Play or Park® |

Some European manufacturers, particularly those that produce ice cream, beer and soft drinks, have their own direct distribution. We also negotiate supply agreements with regional suppliers as necessary to meet the needs of each market and adapt our product mix to local consumer preferences.

## Road transportation fuel

We sell road transportation fuels at 9,388 (90%) of our company operated stores including full-service and automated sites. We sometimes purchase road transportation fuel and sell it to certain independent store operators at cost plus a margin. We also make non-retail bulk sales to customers with their own storage facilities. Generally, in the United States, road transportation fuel margins and expenses related to electronic payment modes can be volatile from one quarter to another as a result of market-driven factors, while in Europe and other regions and in Canada, those metrics tend to be not as volatile.

While road transportation fuel sales make up about 74% of our total revenue, it only accounts for about 49% of our overall gross profit[1] and is dependent on external factors like product prices. The Corporation's business follows a seasonal pattern. The busiest period is generally the first half-year of each fiscal year, which includes summer sales.

## North America

We buy road transportation fuels from major oil companies, independent refiners and resellers mainly under supply agreements. Our cost is based on the market price or stated rack price quoted at each terminal, adjusted according to the terms of the supply agreements.

We resell the fuels to our customers at a profit through our company operated stores, under either:

- one of our brands: Couche-Tard®, Mac's®, Circle K®, Holiday®
- the brand names of major oil companies such as ExxonMobil (Esso, Mobil, Exxon), Shell, Valero, BP, Marathon, Irving and Phillips 66.

| Proprietary brands |
| --- |
| - Couche-Tard® |
| - Mac's® |
| - Circle K® |
| - miles® |
| - milesPLUS® |
| - Ingo® |
| - Fortis® |

We record the full value of these sales in our road transportation fuel revenue, including any taxes that are embedded in the purchase price. We make other fuel deals to independent retailers.

We own and operate fuel terminals in Alabama, Minnesota, and Arizona and own and operate fuel terminals in Florida and North Carolina through a joint-venture with Musket Corporation.

A tanker truck distribution system supplies our sites with road transportation fuels. Our sites are supplied by trucks owned and operated by ourselves or by external hauliers.

[1] For additional information on the performance measures not defined by IFRS Accounting Standards, please refer to "Appendix B - Non-IFRS Accounting Standards Measures".

## Europe

We sell road transportation fuels at full-service and automated retail sites, and make non-retail bulk sales to customers with their own storage facilities.

Petrol, diesel and other fuels and ancillary products are sold in the majority of our countries of operation under our Circle K® and Ingo® brands and where appropriate, our miles® and milesPLUS® brands. We also sell our fuel and ancillary products under the TotalEnergies® brand in some of our countries of operation.

Our fuel business in Europe makes bulk sales of fuels to industrial and commercial customers like hospitals, car rental fleets, road construction crews, bus services, factories and independent resellers or retailers.

We supply our network in Europe using multiple global and regional oil companies or refiners, mainly under supply agreements.

We own and operate fuel terminals in Scandinavia, Latvia, Lithuania and Ireland, which allows us to secure competitive supply terms, optimize our distribution, and be reliable and efficient in key areas of the fuel value chain. We also lease terminal capacity from other third-party suppliers as needed to efficiently operate our fuel supply chains.

A tanker truck distribution system supplies our sites and wholesale customers with road transportation fuel. Our sites are supplied by trucks owned and operated by ourselves or by external hauliers. A number of our wholesale customers purchase fuel products directly from our terminals and depots using their own transportation systems.

## Other

In Europe, we also sell stationary energy, home heating oil and other heating and transport fuels. Other revenues also include rental income from operating leases for certain land and buildings that we own or lease.

# Our store network

Couche-Tard's network includes close to 17,000 sites in three markets:

| NORTH AMERICA | EUROPE AND OTHER | INTERNATIONAL |
|---|---|---|
| 7,115 convenience stores in the U.S. | 5,260 service stations | 2,474 stores operated under the *Circle K®* trademark through licensing agreements in 14 countries and territories around the world |
| 2,102 convenience stores in Canada | ***Includes***: | |
| ***Includes***: | 3,577 service stations offering road transportation fuel and convenience products | |
| 8,191 stores selling road transportation fuel | 1,268 unmanned automated fuel stations offering fuel only | |
| 11 unmanned automated fuel stations offering fuel only | 389 convenience stores in Hong Kong | |

## Four kinds of sites

| COMPANY OPERATED | COMPANY OWNED, DEALER OPERATED | DEALER OWNED, DEALER OPERATED | FRANCHISE AND OTHER AFFILIATES | TOTAL |
|---|---|---|---|---|
| We control the real estate through ownership or lease agreement and operate the site. Some sites are operated by an agent we commission. Includes 1,279 sites that sell only road transportation fuel. | We control the real estate through ownership or lease agreement. An independent operator pays us rent and operates the site. We may supply road transportation fuel through supply contracts. Some sites are subject to a franchise, licensing or other similar agreement under one of our banners. | Sites controlled and operated by an independent operator. We supply road transportation fuel through supply contracts, and for some sites, own the fuel and control pricing. Some sites are subject to a franchise agreement, licensing or other similar agreement under one of our banners. | Sites operated by an independent operator through a franchising, licensing or similar agreement under one of our banners. |  |

Our stores are in high traffic areas, and include freestanding buildings and stores in strip malls. Most are open 24 hours a day, seven days a week, with peak customer traffic in the early morning and late afternoon. Store format varies based on what appeals to customers in their local markets. Simple and consistent exterior design makes them easily recognizable.

## Real estate and leases

We own approximately 5,700 lots and 7,100 buildings. We also lease a significant number of sites using conventional leases to rent stores, land, equipment, and office buildings. We do not believe any of these leases are individually material to us.

In North America, stores range from approximately 800 to 6,500 square feet. Real estate leases are generally for primary terms of five to 20 years, usually with options to renew. Most are net leases that require us to pay taxes, insurance and maintenance costs.

In Europe, stores range from approximately 500 to 5,000 square feet. Lease terms range from short-term contracts to long-term contracts with maturities of over 100 years. Most lease contracts include options to renew either on the same terms or at market prices. We generally do not pay taxes on leased properties in Europe, although the situation differs from country to country.

In Hong Kong, stores range from approximately 200 to 2,000 square feet. Real estate leases are generally for primary terms of two to three years, usually with options to renew. Most are net leases that require us to pay levy.

## North America

Our North American network includes:

- company operated and franchised stores that operate under the following trademarks: Circle K®, Couche-Tard®, Mac's®, Kangaroo Express®, On the Run®, Dairy Mart®, and Holiday®
- affiliated programs that operate under the following banners: Provi-Soir®, 7-jours®, Becker's®, Daisy Mart® and Winks®.

| | Canada | United States |
|---|---|---|
| Number of stores | 2,102 | 7,115 |
| Number of employees (approx.) | 23,000 | 75,000 |
| Total revenue ($ millions) | $8,007 | $41,597 |
| Total gross profit[1] ($ millions) | $1,374 | $8,407 |

[1] For additional information on the performance measures not defined by IFRS, please refer to "Appendix B - Non-IFRS Accounting Standards Measures".

### Canada

Our Canadian network has three business units, organized by geographic region:

| | | |
|---|---|---|
| Eastern Canada | Quebec, Prince Edward Island, New-Brunswick, Nova Scotia, Newfoundland and Labrador | 1,122 sites<br>• 841 company operated<br>• 2 company owned, dealer operated<br>• 95 dealer owned, dealer operated<br>• 184 franchises and other affiliates |
| Central Canada | Ontario | 701 sites<br>• 616 company operated<br>• 85 franchises and other affiliates |
| Western Canada | Alberta, British Columbia, Manitoba, Saskatchewan and Northwest Territories | 279 sites<br>• 279 company operated |



**CANADA**

269
95
2
1,736

■ Company operated (82.6%)
■ Company owned, dealer operated (0.1%)
■ Dealer owned, dealer operated (4.5%)
■ Franchise and other affiliates (12.8%)

## United States

Our network in the United States has 14 business units, organized by geographic region which includes franchise business:



**UNITED STATES**

909
264
76
5,866

■ Company operated (82.4%)
■ Company owned, dealer operated (1.1%)
■ Dealer owned, dealer operated (3.7%)
■ Franchise and other affiliates (12.8%)

| Region | States | Sites |
|---|---|---|
| Heartland region (including 50% of the sites operated through a joint venture with RDK Ventures LLC) | Illinois, Iowa and Missouri | 366 sites<br>• 351 company operated<br>• 4 company owned, dealer operated<br>• 11 dealer owned, dealer operated |
| Midwest region | Indiana, Kentucky, Michigan, Ohio and Tennessee | 484 sites<br>• 478 company operated<br>• 4 company owned, dealer operated<br>• 2 dealer owned, dealer operated |
| Great Lakes region | Maine, Maryland, Massachusetts, Michigan, New Hampshire, New York, Ohio, Pennsylvania, Vermont and West Virginia | 457 sites<br>• 456 company operated<br>• 1 dealer owned, dealer operated |
| Northern Tier | Alaska, Idaho, Michigan, Minnesota, Montana, North Dakota, South Dakota, Washington, Wisconsin and Wyoming | 562 sites<br>• 458 company operated<br>• 21 dealer owned, dealer operated<br>• 83 franchises and other affiliates<br>• including 11 automats |
| Coastal Carolinas region | Connecticut, Delaware, New Jersey, North Carolina, South Carolina and Virginia | 434 sites<br>• 377 company operated<br>• 1 dealer owned, dealer operated<br>• 56 franchises and other affiliates |
| Southeast region | Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, New Hampshire, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Rhode Island,  Iowa and West Virginia | 548 sites<br>• 379 company operated<br>• 1 dealer owned, dealer operated<br>• 168 franchises and other affiliates |
| South Atlantic region | Florida and Georgia | 390 sites<br>• 388 company operated<br>• 1 dealer owned, dealer operated<br>• 1 franchise and other affiliate |
| Florida region | Florida | 637 sites<br>• 473 company operated<br>• 164 franchises and other affiliates |
| Gulf Coast region | Alabama, Arkansas, Florida, Louisiana, Mississippi and Tennessee | 706 sites<br>• 593 company operated<br>• 3 company owned, dealer operated<br>• 21 dealer owned, dealer operated<br>• 89 franchises and other affiliates |
| Rocky Mountains region | Colorado, Kansas, Missouri, New Mexico, Oklahoma and Texas | 451 sites<br>• 395 company operated<br>• 56 franchises and other affiliates |
| Texas region | Texas and Oklahoma | 661 sites<br>• 618 company operated<br>• 43 franchises and other affiliates |
| Grand Canyon region | Arizona and Nevada | 661 sites<br>• 657 company operated<br>• 4 franchise and other affiliates |
| West Coast region | California, Hawaii, Oregon and Washington | 758 sites<br>• 243 company operated<br>• 65 company owned, dealer operated<br>• 205 dealer owned, dealer operated<br>• 245 franchises and other affiliates |

## Europe and Other

Our network in Europe and other has 12 business units, organized by geographic region which includes:

- company operated and franchised stores that operate under the brands Circle K® and of major oil companies such as TotalEnergies, Shell and Esso
- automated sites that operate under the brands Circle K®, Ingo® and of other major oil companies such as TotalEnergies

In Asia, our network comprise 389 company-operated stores in Hong Kong, offering a strong on-the-go food offer as well as a variety of other merchandise items and services.

| | |
|---|---|
| Number of stores | 5,260 |
| Number of employees (approx.) | 48,000 |
| Total revenue ($ millions) | $23,253 |
| Total gross profit[1] ($ millions) | $3,241 |

[1] For additional information on the performance measures not defined by IFRS Accounting Standards, please refer to "Appendix B - Non-IFRS Accounting Standards Measures".



**EUROPE AND OTHER**

- Company operated (53.8%)
- Company owned, dealer operated (25%)
- Dealer owned, dealer operated (21%)
- Franchise and other affiliates (0.2%)

| Belgium | 549 sites |
|---|---|
| | • 166 company operated |
| | • 150 company owned, dealer operated |
| | • 233 dealer owned, dealer operated |
| | • includes 107 automats |

| Denmark | 436 sites |
|---|---|
| | • 430 company operated |
| | • 6 dealer owned, dealer operated |
| | • includes 227 automats |

| Estonia | 81 sites |
|---|---|
| | • 81 company operated |
| | • includes 16 automats |

| Germany | 1,180 sites |
|---|---|
| | • 45 company operated |
| | • 870 company owned, dealer operated |
| | • 265 dealer owned, dealer operated |
| | • includes 30 automats |

| Hong Kong | 389 sites |
|---|---|
| | • 389 company operated |

| Ireland | 405 sites |
|---|---|
| | • 168 company operated |
| | • 9 company owned, dealer operated |
| | • 226 dealer owned, dealer operated |
| | • 2 franchise and other affiliates |

| Latvia | 85 sites |
|---|---|
| | • 73 company operated |
| | • 12 dealer owned, dealer operated |
| | • includes 4 automats |

| Lithuania | 99 sites |
|---|---|
| | • 91 company operated |
| | • 1 company owned, dealer operated |
| | • 7 dealer owned, dealer operated |
| | • includes 9 automats |

| Luxembourg | 45 sites |
|---|---|
| | • 23 company operated |
| | • 7 company owned, dealer operated |
| | • 15 dealer owned, dealer operated |
| | • includes 1 automat |

| Netherlands | 382 sites |
|---|---|
| | • 220 company operated |
| | • 33 company owned, dealer operated |
| | • 129 dealer owned, dealer operated |
| | • includes 128 automats |

| Norway | 474 sites |
|---|---|
| | • 308 company operated |
| | • 141 company owned, dealer operated |
| | • 25 dealer owned, dealer operated |
| | • includes 212 automats |
| Poland | 395 sites |
| | • 258 company operated |
| | • 3 company owned, dealer operated |
| | • 134 dealer owned, dealer operated |
| | • includes 73 automats |
| Sweden | 740 sites |
| | • 633 company operated |
| | • 94 company owned, dealer operated |
| | • 13 dealer owned, dealer operated |
| | • includes 461 automats |

## International

Close to 2,500 stores in 14 countries and territories do business under the Circle K trademark under licensing agreements.

| Number of stores | 2,474 |
|---|---|

| | Number of stores |
|---|---|
| Egypt | 159 |
| Guam | 13 |
| Guatemala | 6 |
| Honduras | 46 |
| Indonesia | 618 |
| Macau | 33 |
| Mexico | 1047 |
| Morocco | 4 |
| New Zealand | 6 |
| Saudi Arabia | 23 |
| South Africa | 10 |
| Tanzania | 2 |
| United Arab Emirates | 11 |
| Vietnam | 496 |

# Our structure

Couche-Tard was incorporated under Part IA of the Companies Act (Québec) (replaced by the Business Corporations Act (Québec) on February 14, 2011) by a certificate of amalgamation dated May 1, 1988. On December 15, 1994, the Corporation changed its corporate name from "Actidev Inc." to "Alimentation Couche-Tard Inc." Couche-Tard's share capital was also changed at that time so that it consists of an unlimited number of first preferred shares, an unlimited number of second preferred shares, an unlimited number of multiple voting shares and an unlimited number of subordinate voting shares. On September 8, 1995, by certificate of amendment, Couche-Tard re-designated the multiple voting shares as Class A multiple voting shares (the "**Class A Shares**") and the subordinate voting shares as Class B subordinate voting shares (the "**Class B Shares**").

On August 31, 2022, the Corporation announced that a special resolution was adopted authorizing the Corporation to amend its articles of incorporation effective September 1, 2022, in accordance with the approval by a requisite majority of the votes cast by the shareholders attending or represented by proxy at the Annual General and Special Meeting of Shareholders. The special resolution authorized the Corporation to (i) create a new class of shares, namely an unlimited number of common shares (the "**Common Shares**"), which carry one (1) vote per share; (ii) convert each of the issued and outstanding Class A Multiple Voting Shares (the "**Class A Shares**"), which carry ten (10) votes per share, into one Common Share; and (iii) after giving effect to the aforesaid conversion, repeal the Class A Shares and the Class B Subordinate Voting Shares of the Corporation as well as the rights, privileges, restrictions and conditions attaching thereto (the "**Conversion Event**").

We have a number of wholly-owned subsidiaries. The following table shows the principal subsidiaries which are wholly-owned and where they are incorporated.

| Subsidiary | Incorporated or formed in |
|---|---|
| Circle K Stores Inc. | Texas |
| Couche-Tard Inc. | Canada |
| Mac's Convenience Stores Inc. | Ontario |
| Mac's Convenience Stores LLC | Delaware |
| Holiday Stationstores LLC | Minnesota |
| Circle K Sverige AB | Sweden |
| Circle K Norge AS | Norway |
| Circle K Danmark A/S | Denmark |
| Circle K Polska Sp. Z o.o | Poland |
| Circle K Ireland Fuel Trading Limited | Ireland |
| Big Diamond, LLC | Texas |
| Circle K Energy Trading SA | Switzerland |
| Circle K Deutschland GmbH | Germany |

Subsidiaries not included together make up less than 20% of our consolidated assets and consolidated revenue. We have not included subsidiaries whose primary role is to hold investments in other subsidiaries of Couche-Tard.

We have based all our calculations on our audited consolidated financial statements for the fiscal year ended April 27, 2025, which are available on our website (corpo.couche-tard.com) and on SEDAR+ (sedarplus.ca).

# General developments of the business

## Major developments over the last three fiscal years

### Recent Developments

On April 28, 2025, we announced that we had amended the Corporation's U.S. commercial paper program, initially launched on May 9, 2022 and pursuant to which we may issue from time to time on a private placement basis unsecured commercial paper notes with maturities not exceeding 397 days from the date of issue (the "**Notes**"), in order to increase the aggregate principal amount of Notes that may be issued by the Corporation and outstanding at any one time form US$2.5 billion to US$3.5 billion. We intend to use the proceeds from the issuance of Notes for general corporate purposes.

On April 30, 2025, we confirmed that we had signed a non-disclosure agreement with Seven & i Holdings Co., Ltd. ("**Seven & i**") to progress transaction discussions, facilitate due diligence, and collaborate on plans to engage with regulators. There can be no assurance that these discussions will result in a transaction.

### Fiscal 2025

#### April 2024

On April 29, 2024, the Corporation announced that the Toronto Stock Exchange ("**TSX**") approved the renewal of its NCIB, authorizing the Corporation to purchase for cancellation, on the open market through the facilities of the TSX and through alternative trading systems in Canada, as well as outside the facilities of the TSX pursuant to exemption orders issued by securities regulators, a maximum of 78,083,521 Shares, representing 10% of the 780,835,217 public float as at April 18, 2024. Repurchases under the NCIB were authorized to commence on May 1, 2024, and end at the latest on April 30, 2025.

#### June 2024

On June 26, 2024, we announced the appointment of Mr. Alex Miller as President and Chief Executive Officer, effective September 6, 2024.

#### July 2024

On July 23, 2024, we entered into a private agreement with *Caisse de dépôt et placement du Québec* ("**CDPQ**") for the repurchase for cancellation of 8,695,652 common shares of the Corporation held by CDPQ at a price of Cdn $80.50 per share, for a total consideration of approximately Cdn $700 million. The repurchase price represents a discount of 3% to the closing price of the shares on the TSX on July 22, 2024, and was paid using the Corporation's cash on hand. The repurchase was made in connection with the periodic portfolio rebalancing of CDPQ. Following the repurchase, CDPQ held approximately 32.8 million shares, representing approximately 3.5% of the Corporation's total shares outstanding.

#### August 2024

On August 19, 2024, we confirmed that we had submitted a friendly, non-binding proposal to Seven & i, with the intention to reach a mutually agreeable transaction that benefits both companies' customers, employees, franchisees and shareholders.

On that same day, we announced we had reached a definitive agreement to acquire GetGo Café +Markets ("**GetGo**") from supermarket retailer Giant Eagle, Inc. GetGo employs approximately 3,500 employees and operates approximately 270 convenience retail and fueling locations across Pennsylvania, Ohio, West Virginia, Maryland and Indiana.

#### September 2024

On September 6, 2024, we announced the departure of Mr. Brian Hannasch who retired from the Corporation as director on that same day, and the election of Mr. Alex Miller to our board of directors.

On September 8, 2024, we issued a statement regarding the response letter send by the board of directors of Seven & i in response to the Corporation's friendly, non-binding proposal.

#### March 2025

On March 10, 2025, we issued a comprehensive and transparent update on the proposal we have made to Seven & i and the status of discussions.

On March 13, 2025, we held a media event in Tokyo, Japan, regarding updates on our proposal to acquire Seven & i.

### Fiscal 2024

#### June 2023

On June 22, 2023, we announced that, following completion of the information and consultation process involving TotalEnergies SE ("**TotalEnergies**") employee representative bodies at European level in Belgium, Netherlands and Luxembourg, TotalEnergies has accepted the Corporation's offer which will lead to entering into definitive agreements in connection with the proposed acquisition of certain European retail assets from TotalEnergies, as announced on March 16, 2023.

On June 21, 2023, the Ontario Superior Court of Justice has approved a Sales and Investment Solicitation Process ("**SISP**") pursuant to which 2707031 Ontario Inc., a subsidiary of the Corporation, will act as Stalking Horse bidder. Whether the Stalking Horse bid will be the successful bid will depend on the outcome of the SISP process.

On June 6, 2023, Fire & Flower Holdings Corp. ("**Fire & Flower**") announced that it had received an order for creditor protection from the Ontario Superior Court of Justice under the *Companies' Creditors Arrangement Act* ("**CCAA**"). The

Corporation, through its affiliate 2707031 Ontario Inc., has executed a facility agreement with Fire & Flower pursuant to which it agreed to advance a debtor-in-possession loan in the amount of Cdn $9.8 million to fund the CCAA proceedings and other short-term working capital requirements.

On June 7, 2023, we announced that Claude Tessier, Executive Vice President and Chief Financial Officer, informed the Corporation of his plan to retire from this position. Filipe Da Silva was appointed as Executive Vice President and Chief Financial Officer on July 1, 2023 to succeed him.

### September 2023

On September 25, 2023, we issued Canadian-dollar-denominated senior unsecured notes totaling Cdn $800.0 million ($595.5 million) with a coupon rate of 5.59%, an effective rate of 5.70%, and maturing on September 25, 2030. The $591.9 million net proceeds from the issuance were used for corporate purposes and to invest an amount of Cdn $700.0 million ($511.7 million as at October 15, 2023) in term deposits, which will mature on July 23, 2024.

### November 2023

On November 1, 2023, we closed the acquisition of 112 company-owned and operated convenience retail and fuel sites operating under the MAPCO brand and located in the states of Alabama, Georgia, Kentucky, Mississippi and Tennessee, in the United States. The acquisition also includes surplus properties and a logistics fleet. The transaction was settled for a consideration of $468.7 million, subject to post closing adjustments, and was financed using our available cash and our United States commercial paper program.

### December 2023

On December 28, 2023 and January 3, 2024, we closed the acquisition of 2,175 sites from TotalEnergies SE for a total cash consideration of approximately EUR 3.4 billion ($3.8 billion), including preliminary adjustments, and subject to post closing adjustments. The retail assets included in the transaction cover 1,191 sites located in Germany, 562 sites in Belgium, 378 sites in the Netherlands, and 44 sites in Luxembourg, of which 1,492 sites are company-owned and 683 sites are dealer-owned. For the same sites included in the transaction, 19% are company-operated and 81% are dealer-operated. The transaction comprises 100% of TotalEnergies SE's retail assets in Germany and the Netherlands, as well as 60% controlling interest in the Belgium and Luxembourg entities. In order to finance the acquisition of certain European retail assets from TotalEnergies SE and the related acquisition costs, we entered into a new credit agreement consisting of a non-revolving credit facility of an aggregate maximum amount of $1.75 billion and EUR 1.5 billion (the **"acquisition facility"**). Subsequent to the end of the quarter and following the issuance of senior unsecured notes, this acquisition facility was fully repaid.

### January 2024

On January 25, 2024, we issued Canadian-dollar-denominated senior unsecured notes totaling Cdn $500.0 million ($371.1 million) with a coupon rate of 4.60%, an effective rate of 4.74%, and maturing on January 25, 2029. The Cdn $369.4 million net proceeds from the issuance were used to partially repay outstanding indebtedness under our acquisition facility.

### February 2024

On February 12, 2024, we issued US-dollar-denominated senior unsecured notes totaling $1.5 billion, consisting of a $900.0 million tranche with a coupon rate of 5.27% and maturing in 2034, as well as a $600.0 million tranche with a coupon rate of 5.62% and maturing in 2054. We also issued Euro-denominated senior unsecured notes totaling EUR 1.35 billion ($1.45 billion), consisting of a EUR 700.0 million ($754.0 million) tranche with a coupon rate of 3.65% and maturing in 2031, as well as a EUR 650.0 million ($700.2 million) tranche with a coupon rate of 4.01% and maturing in 2036. We used the net proceeds from these issuances to repay outstanding indebtedness under our acquisition facility.

### March 2024

On March 21, 2024, we announced the appointment of The Right Honourable Stephen J. Harper to our board of directors as a new member, effective on the same date.

## Fiscal 2023

### April 2022

On April 28, 2022, we exercised warrants in giving rights to common shares of Fire & Flower for an aggregate consideration of Cdn $37.8 million, payable by way of set-off of Cdn $20.5 million against such amount owed to us by Fire & Flower pursuant to the loan agreement dated December 10, 2021 and a cash payment of Cdn $17.3 million, which increased our ownership interest to approximately 35.3%.

### May 2022

On May 9, 2022, we announced the launch of a commercial paper program in the United States on a private placement basis, pursuant to which we may issue unsecured commercial paper notes with maturities not in excess of 397 days from the date of issues. The aggregate principal amount of notes outstanding will not exceed $2.5 billion. Couche-Tard intends to use the proceeds from the issuance of the notes for general corporate purposes. The notes will be guaranteed on a senior unsecured basis by the Corporation's wholly owned subsidiaries who are guarantors under the senior credit facilities.

On May 20, 2022, subsequent to the end of fiscal 2022, we acquired, through a joint venture with Musket Corporation, four road transportation fuel terminals located in Florida, Illinois and North Carolina, United States.

### June 2022

On June 2, 2022, we announced the deployment of more than 10,000 Mashgin Touchless Checkout Systems branded as "Smart Checkout", to over 7,000 of our Circle K and Couche-Tard stores during the next three years.

### August 2022

On August 30, 2022, we announced that, following satisfaction of closing conditions, we closed our proposed acquisition of all issued and outstanding shares of Cape D'Or Holdings Limited, Barrington Terminals Limited, and other related holding entities which operate an independent convenience store and fuel network in Atlantic Canada under the Esso, Go! Store and Wilsons Gas Stops brands (collectively, "**Wilsons**"). The Wilsons network comprised of 79 company-owned and operated convenience retail and fuel locations, 2 company-owned and dealer-operated locations, 137 dealer-owned and operated locations, and a fuel terminal in Halifax, Canada.

### September 2022

On September 1, 2022, we adopted a special resolution to convert Class A Shares into Common Shares, carrying one vote per share. Following the Conversion Event, the Common Shares of the Corporation are listed on the Toronto Stock Exchange in substitution of the Class A Shares under the symbol "ATD".

### December 2022

On December 20, 2022, we announced the appointment of Mr. Alex Miller to the newly created position of Chief Operating Officer, effective January 2, 2023. In this new role, Mr. Miller will oversee North America, Europe and Asia operations, including our food program, merchandise procurement and supply chain activities.

On December 22, 2022, we announced that we had entered into a binding agreement to acquire all of the membership interests of True Blue Car Wash LLC. True Blue operates 65 express tunnel car wash sites under the brands Clean Freak and Rainstorm, in the Midwest and Southwest regions of the United States.

### January 2023

On January 13, 2023, we entered into a binding agreement to acquire 45 company-owned and operated convenience retail and fuel sites operating under Big Red Stores brand and located in the State of Arkansas, United States.

### February 2023

On February 8, 2023, we acquired all of the membership assets of True Blue Car Wash LLC.

On February 27, 2023, we announced the moving forward of a binding agreement for the acquisition of 45 fuel and convenience retail sites from Big Red Stores.

### March 2023

On March 1, 2023, we announced that as part of an agreement reached with the Competition Bureau in relation to the Corporation's acquisition of the Wilsons network announced on August 30, 2022, it completed the sale of 52 sites to Harnois Energies with the approval of the Competition Bureau.

On March 16, 2023, we announced an agreement to a firm and irrevocable offer to acquire certain assets to be carved out from TotalEnergies and entered into an exclusive negotiations on this basis. The proposed acquisition would comprise 100% of TotalEnergies retail assets in Germany and Netherlands as well as a 60% controlling interest in Belgium and Luxembourg entities.

### April 2023

On April 26, 2023, the TSX approved the renewal of our share repurchase program to repurchase up to 49,066,629 Common Shares, representing 5% of the 981,332,584 Shares outstanding as at April 20, 2023.

On April 27, 2023, we announced that we reached an agreement to acquire 112 fuel and convenience retail sites to be carved out from MAPCO Express Inc. The acquisition is contingent on a separate transaction whereby MAPCO and its remaining locations are sold to a third party.

# Capital structure

Our capital structure includes:

- shareholders' equity
- long-term debt.

Our share capital consists of an unlimited number of first-ranking preferred shares, an unlimited number of second-ranking preferred shares, and an unlimited number of Common Shares.

Subject to the rights, privileges, conditions and restrictions relating to the first ranking preferred shares and the second-ranking preferred shares, the Common Shares shall have the right to share equally in the property, profits and surplus assets of the Corporation and, to this end, to receive any dividend declared by the Corporation. In the event of the liquidation or dissolution of the Corporation or any other distribution of the Corporation's property among the shareholders for the purpose of winding up the Corporation's business, the holders of Common Shares shall have the right to receive a share of the remaining property of the Corporation, subject to the rights, privileges, conditions and restrictions of the holders of first-ranking preferred shares and second-ranking preferred shares. The holders of Common Shares shall have the right to receive notice of, attend and vote at any meeting of shareholders of the Corporation other than those at which the holders of a particular class or series to vote.

Our Common Shares carry one (1) vote per share on all items to be voted on at meetings of shareholders. As of June 20, 2025, we had 948,064,405 Common Shares issued and outstanding.

## Shareholders' equity and Conversion Event

As of April 27, 2025, Mr. Bouchard and companies controlled by him owned a total of 123,380,609 Common Shares, representing approximately 13.02% of our issued and outstanding Common Shares controlling approximately 13.02% of the voting rights attached to the Common Shares.

On December 7, 2021, at the close of business, the Corporation's Class B Shares were delisted from the TSX. On December 8, 2021, upon all of our co-founders reaching the age of 65 and pursuant to the Corporation's articles of incorporation, all Class B Shares were automatically converted into one fully paid and non-assessable Class A Share.

On August 31, 2022, the Corporation announced that a special resolution was adopted authorizing the Corporation to amend its articles of incorporation effective September 1, 2022, in accordance with the approval by a requisite majority of the votes cast by the shareholders attending or represented by proxy at the Annual General and Special Meeting of Shareholders. The special resolution authorized the Corporation to (i) create a new class of shares, namely an unlimited number of Common Shares, which carry one (1) vote per share; (ii) convert each of the issued and outstanding Class A Multiple Voting Shares (the "**Class A Shares**"), which carry ten (10) votes per share, into one Common Share; and (iii) after giving effect to the aforesaid conversion, repeal the Class A Shares and the Class B Subordinate Voting Shares of the Corporation as well as the rights, privileges, restrictions and conditions attaching thereto (the "**Conversion Event**").

## Market for shares and trading activities

Since December 6, 1999 and up until December 7, 2021, our Class A Shares and Class B Shares were traded on the TSX under the symbols ATD.A and ATD.B respectively, and up until August 31, 2022, our Class A Shares were traded on the TSX under the symbol ATD. Since September 1, 2022, Common Shares are the only shares of the Corporation listed on the TSX and trade under the symbol "ATD".

The table below shows the high, low, and closing price, as well as the trading volume on the TSX for our Common Shares in fiscal 2024 and 2025. Prices are in Canadian dollars. April 2025 includes April 1 to 25, 2025, the last trading day in fiscal 2025.

**OUR TRANSFER AGENT AND REGISTRAR**

TSX Trust Company
1 Toronto Street
Suite 1200
Toronto, Ontario M5C 2V6
Canada

| Common Shares | | | | |
|---|---|---|---|---|
| | **High** | **Low** | **Close** | **Volume** |
| **2024** | | | | |
| May | $80.55 | $74.72 | $79.55 | 28,630,884 |
| June | $80.14 | $75.90 | $76.77 | 37,788,744 |
| July | $85.11 | $77.61 | $85.11 | 30,193,879 |
| August | $83.84 | $76.93 | $76.93 | 28,812,983 |
| September | $77.92 | $74.43 | $74.77 | 44,342,591 |
| October | $74.80 | $71.43 | $72.61 | 28,242,602 |
| November | $82.80 | $72.59 | $81.91 | 28,384,612 |
| December | $83.03 | $79.13 | $79.72 | 27,651,322 |
| **2025** | | | | |
| January | $79.05 | $74.69 | $76.75 | 22,937,310 |
| February | $75.71 | $70.26 | $71.93 | 26,201,348 |
| March | $74.06 | $66.54 | $70.97 | 33,402,538 |
| April | $73.29 | $68.73 | $72.42 | 23,355,442 |

## Dividends

Dividends are declared by our board of directors based on Couche-Tard's earnings and financial forecasts and requirements and other prevailing factors at the time.

We pay dividends quarterly to our shareholders under our dividend policy, which we intend to maintain for the coming fiscal year. The table below shows the cash dividends per share paid in the last three fiscal years. All amounts are in Canadian dollars.

| | **Q1** | **Q2** | **Q3** | **Q4** |
|---|---|---|---|---|
| 2023 | $0.11 | $0.11 | $0.14 | $0.14 |
| 2024 | $0.14 | $0.14 | $0.175 | $0.175 |
| 2025 | $0.175 | $0.175 | $0.195 | $0.195 |

## Transfer agent and registrar

The transfer agent and registrar for our shares is TSX Trust Company , 301 - 100 Adelaide St. West, Toronto, Ontario, Canada, M5H 4H1. The registrar's offices are located in Montréal, Vancouver, Calgary and Toronto.

## Long-term debt

Our long-term debt includes:

- credit facilities (term revolving unsecured operating credit facility, which includes an unsecured line of credit). As at April 27, 2025 and April 28, 2024, the term revolving unsecured operating credit facility was unused and the Corporation was in compliance with the restrictive provisions and ratios imposed by the credit agreement.
- U.S. commercial paper program (denominated in U.S. dollars). As at April 27, 2025, an outstanding principal of issued unsecured commercial paper notes of $117.7 million was used to finance business acquisitions and for other corporate matters. As at June 25, 2025, an outstanding principal of issued unsecured commercial paper notes of $3,486.3 million was used or is expected to be used to finance business acquisitions and for other corporate matters.
- senior unsecured notes (denominated in Canadian dollars, U.S. dollars, Euros and Norwegian Krone).

## Credit facilities

We have unsecured revolving credit facilities in a maximum amount of $3,500 million for general corporate purposes. Such facilities are available in Canadian dollars, U.S. dollars and Euros and include swingline sub-facilities in Canadian dollars and U.S. dollars in a maximum aggregate amount of $115.0 million. The maturity dates of such credit facilities are April 21, 2028 ($975.0 million) and April 21, 2030 ($2,525.0 million), as at fiscal year-end.

## U.S. Commercial paper program

Couche-Tard may issue short-term notes (US CP Notes) under its US commercial paper program, up to a maximum aggregate principal amount of $2,500.0 million as at fiscal year-end, and the maximum aggregate principal amount was increased to $3,500.0 million subsequently to year-end. The US CP Notes may be issued for any maturity not in excess of 397 days from the date of issue. The $3,500.0 million unsecured revolving credit facilities will serve as a liquidity backstop for the repayment of the US CP Notes issued under the program.

## Senior unsecured notes

The table below is a summary of our senior unsecured notes as of April 27, 2025. All of our notes are direct unsecured obligations of Couche-Tard and rank *pari passu* with all other outstanding unsecured and unsubordinated indebtedness of Couche-Tard.

| Issuance date | Principal amount | Coupon rate | Interest payment date | Effective rate (as at April 27, 2025) | Maturity |
|---|---|---|---|---|---|
| June 2, 2015 | Cdn$700.0 million | 3.60% per year | June 2 and Dec. 2 | 3.65% | June 2, 2025 |
| Feb. 18, 2016 | NOK 675.0 million | 3.85% per year | Apr. 20 and Oct. 20 | 3.93% | February 18, 2026 |
| May 6, 2016 | €750.0 million | 1.88% per year | May 6 | 1.94% | May 6, 2026 |
| July 26, 2017 | US$1,000.0 million | 3.55% per year | July 26 and Jan. 26 | 3.64% | July 26, 2027 |
| | US$500.0 million | 4.50% per year | July 26 and Jan. 26 | 4.58% | July 26, 2047 |
| Jan. 22, 2020 | US$750.0 million | 2.95% per year | Jan. 25 and July 25 | 3.03% | January 25, 2030 |
| | US$750.0 million | 3.80% per year | Jan. 25 and July 25 | 3.88% | January 25, 2050 |
| May 13, 2021 | US$650.0 million | 3.44% per year | May 13 and Nov. 13 | 3.50% | May 13, 2041 |
| | US$350.0 million[1] | 3.63% per year | May 13 and Nov. 13 | 3.69% | May 13, 2051 |
| September 25, 2023 | CA$800 million | 5.59% per year | Sept. 25 and Mar. 25 | 5.70% | September 25, 2030 |
| January 25, 2024 | CA$500 million | 4.60% per year | Jan. 25 and July 25 | 4.70% | January 25, 2029 |
| February 12, 2024 | €700.0 million | 3.65% per year | May 12, first coupon in 2025 | 3.68% | May 12, 2031 |
| | €650.0 million | 4.01% per year | Feb. 12 | 4.03% | February 12, 2036 |
| | US$900 million | 5.27% per year | Feb. 12 and Aug. 12 | 5.31% | February 12, 2034 |
| | US$600 million | 5.62% per year | Feb. 12 and Aug. 12 | 5.69% | February 12, 2054 |

[1] Green Bonds

You can find detailed information about our long-term debt, including our credit facilities and all of our outstanding senior unsecured notes, in note 20 in our Notes to the audited consolidated financial statements for the fiscal year ended April 27, 2025, available on our website (corpo.couche-tard.com) and on SEDAR+ (sedarplus.ca).

## Credit ratings

Credit ratings are a way to assess the quality of a company's credit and financial capacity. They are not a comment on the market price of a security or its suitability for an individual investor and are not recommendations to buy, hold or sell our securities.

Credit rating agencies provide a range of services, including one-time ratings when the debt is issued, annual monitoring, and updates to ratings, among other things.

In fiscal 2025, 2024 and 2023, we paid Moody's Investors Service, Inc. (Moody's) and Standard & Poor's (S&P) for credit monitoring and rating fees for the issuance of senior unsecured notes.

Moody's rates both our corporate credit and our senior unsecured notes and also provides a short-term rating in connection with our U.S. commercial paper program. Moody's ratings are forward-looking opinions of the relative credit risks of financial obligations issued by non-financial corporations, financial institutions, structured finance vehicles, project finance vehicles and public sector entities. They assign long-term ratings to notes with an original maturity of one year or more, which reflect the likelihood of a default on contractually promised payments and the expected financial loss in the event of default.

S&P rates both our corporate credit and our senior unsecured notes and also provides a short-term rating in connection with our U.S. commercial paper program:

- their corporate credit rating is a forward-looking opinion of our overall financial capacity to pay our financial obligations. It focuses on our capacity and willingness to meet our financial commitments when they are due. It does not apply to any specific financial obligation or credit facility, or its financial standing in bankruptcy or liquidation, statutory preferences or the legality and enforceability of the obligation.
- their senior unsecured note rating is a forward-looking opinion of our creditworthiness for a specific financial obligation, class of financial obligations or financial program (including ratings on medium-term note programs and commercial paper programs). It considers the creditworthiness of guarantors, insurers or other forms of credit enhancement on the obligation and the currency of the obligation and may assess terms – like collateral security and subordination – that could affect ultimate payment in the event of a default.

The table below shows the ratings of our corporate credit, unsecured notes and U.S. commercial paper program as at April 27, 2025. Our February 2016 NOK denominated senior unsecured notes are not rated. The rating agencies can revise or withdraw these ratings at any time.

| | Corporate credit | Unsecured notes | U.S. Commercial paper program | What the rating means |
|---|---|---|---|---|
| Moody's rating | Baa1 (stable outlook) | Baa1 | P-2 | Long-term debt rating scale ranges from AAA to C. Numerical modifiers 1, 2, and 3 rank the investment within its generic category. An outlook of positive, negative, stable or developing ranks the potential direction of the rating over the medium term. |
| | | | | Baa is the ninth highest of 21 ratings. It means the investment is medium-grade, subject to moderate credit risk, and may possess certain speculative characteristics. A 2 modifier means that that the investment is in the mid-range of its generic category where a 1 modifier ranks in the higher end of its generic category and a 3 modifier ranks in the lower end. |
| | | | | Short-term debt rating scale ranges from P-1 to NP. P-2 is the second highest of 4 ratings. It means the issuer has a strong ability to repay short-term debt obligations. |
| S&P ratings | BBB+ (stable outlook) | BBB+ | A-2 | Long-term debt rating scale ranges from AAA to D. Some ratings may be modified by a plus (+) or minus (-) sign to show relative standing within the major rating categories. An outlook of positive, stable, or negative ranks the potential direction of the rating in the intermediate term, typically up to two years. |
| | | | | BBB+ is the eighth highest of 22 ratings. It means that there is adequate capacity for meeting our financial commitments. However, adverse economic conditions or changing circumstances are more likely to weaken this capacity. |
| | | | | S&P's ratings for corporate credit and unsecured notes are the same unless stated otherwise due to contractual or structural subordination or other characteristics of the notes. |
| | | | | Short-term debt rating scale ranges from A-1+ to D. A-2 is the third highest of 7 ratings. It means the issuer's capacity to meet financial commitments on the obligation is considered satisfactory. Debt securities rated A-2 are somewhat more susceptible to changing circumstances and economic conditions than obligations rated higher. |

# Governance

Our board of directors has 16 members. The board has two standing committees: the audit committee and the human resources and corporate governance committee. Both committees are made up entirely of independent directors.

Directors are elected at our annual general meeting of shareholders and serve until the next year's annual meeting of shareholders or until a successor is elected or appointed.

As of June 25, 2025, our directors and executive officers, as a group, beneficially owned, directly or indirectly, 176,926,319 Common Shares, representing 19% of our issued and outstanding Common Shares. You can read more about our capital structure on page 23.

## Directors

The following lists our directors and their principal occupation or employment over the last five years. The information is accurate as of June 25, 2025.

| | |
|---|---|
| **Alain Bouchard, O.C., O.Q.**<br>Founder and Executive Chairman, Alimentation Couche-Tard Inc.<br><br>Québec, Canada<br><br>Director since 1988 | Alain Bouchard has served as the Executive Chairman of Alimentation Couche-Tard since 2014, when he stepped down after 25 years as President and Chief Executive Officer. Mr. Bouchard opened his first convenience store in Québec in 1980 and founded the companies that grew into Alimentation Couche-Tard. He has over 50 years of experience in the retail industry and worked with his closest collaborators and all staff members to build Alimentation Couche-Tard into the business it is today. He has also been a member of the Board of Directors of Quebecor from 1997 and the Board of Directors of CGI Inc. from 2013 to 2023.<br><br>Mr. Bouchard is a Member of the Order of Canada and an Officer of the Ordre national du Québec. He also has an honorary doctorate in Consumer Sciences from Université Laval in Québec City and an honorary doctorate in Laws from McGill University in Montréal. He has received many distinguished awards for business excellence and his outstanding professional achievements. He is a Companion of the Order of the Canadian Business Hall of Fame, a Member of the Cercle des Grands entrepreneurs du Québec, Grand bâtisseur de l'économie du Québec (Institute for governance). He was named Outstanding industry leader of the year (NACDA) in 2008, Canada's Outstanding CEO of the year in 2013 and NACS Insight International Convenience Leader of the year in 2014. He has also received the T. Patrick Boyle Founder's Award (Fraser Institute) in 2014.<br><br>Mr. Bouchard has been involved in several fundraising campaigns and philanthropic activities. He and his wife established the Sandra and Alain Bouchard Foundation in 2012, which supports various causes associated with people living with intellectual disabilities as well as artistic and cultural projects. In 2015, Mr. Bouchard and his wife were named Exceptional philanthropist of the year by the Québec Chapter of the Association of Fundraising Professionals, and they both hold an honorary doctorate from Concordia University in Montréal for their leading role in philanthropy in Québec. |
| **Louis Vachon**<br>Lead Director<br>Operating Partner at J.C. Flowers & Co.<br><br>Québec, Canada<br><br>Director since 2021 | Louis Vachon joined J.C. Flowers & Co. as Operating Partner in January 2022. From June 2007 to October 2021, Mr. Vachon was President and Chief Executive Officer of National Bank. He was responsible for the strategies, orientations and development of the Bank and its subsidiaries. At the time of his appointment, Mr. Vachon was Chief Operating Officer, a position he had held since 2006.<br><br>From 2005 to 2006, Mr. Vachon was Chairman of the Board of National Bank Financial, the Bank's leading subsidiary, and of Natcan Investment Management. He had previously served as Chief Executive Officer of National Bank Financial.<br><br>Mr. Vachon began his career in 1985 at Citibank and joined Lévesque Beaubien Geoffrion in 1986. From 1990 to 1996, he worked for Bankers Trust, where he was ultimately appointed President and Chief Executive Officer of the Canadian subsidiary, BT Bank of Canada. Mr. Vachon rejoined the Bank in 1996 as President and Chief Executive Officer of Innocap Investment Management. A year later, he was appointed Senior Vice-President – Treasury and Financial Markets.<br><br>Mr. Vachon serves on the Boards of Capital Funding Group, Groupe CH Inc., Alimentation Couche-Tard, and BCE. He is involved with several social and cultural organizations.<br><br>Mr. Vachon holds a Master's degree in International Finance from Tufts' Fletcher School and a BA in Economics from Bates College. He is also a Chartered Financial Analyst, CFA®.<br><br>Mr. Vachon is a Member of the Order of Canada, Officer of the National Order of Québec and Knight of the Order of Montréal as well as a recipient of the Global Citizens Award from the United Nations Association in Canada. He has been awarded honorary doctorates by the University of Ottawa, Bishop's University, Ryerson University and Concordia University. Mr. Vachon has also been appointed Colonel (H) of the Fusiliers Mont-Royal. In 2014, he was named CEO of the Year by Canadian Business magazine, as well as Financial Personality of the Year by Quebec business publication *Finance et Investissement*, a title he also received in 2012. He was recognized by the Portage Foundation as its *Grand Philanthrope* for 2014. Mr. Vachon was, moreover, one of Canada's Top 40 Under 40 in 2001. |

| **Jean Bernier**<br>Corporate director<br>Québec, Canada<br><br>Director since 2019 | Jean Bernier is a corporate director and has over 30 years of experience in the fuel, convenience store and grocery store sectors of the retail industry. He joined Alimentation Couche-Tard on July 30, 2012 as Group President, Fuel Americas and Operations North East, and served as Group President, Global Fuels and North-East Operations from March 15, 2016. He retired from the Corporation effective April 30, 2018.<br><br>Mr. Bernier previously spent 15 years at Valero Energy Corporation, an international manufacturer and marketer of transportation fuels and petrochemical products. He was Executive Vice President of Valero Energy Corporation from 2011 to 2012, responsible for the overall operations of Ultramar Ltd, the company's Canadian subsidiary, all of the US and Canadian retail operations as well as the corporate functions of communications, supply chain management and information services. From 1997 to 2011 he held a number of senior management positions with Ultramar Ltd. and served as President from 1999 to 2011, responsible for its overall operations, and Vice-President, Retail Operations from 1997 to 1999. Prior to joining Ultramar Ltd., Mr. Bernier was with Provigo Inc. for nine years and held a number of senior roles including Vice-President, Human Resources, Vice-President, Maxi, Provigo Distribution, Inc. and Executive Vice-President and Chief Operating Officer, C. Corp. Inc.<br><br>Mr. Bernier is currently a member of the boards of C&E Seafood Canada LP, since 2018 and TES Canada H2 Inc., since 2023, both private companies. He was a member of the board of CrossAmerica Partners LP from 2017 to 2019, the Montréal Economic Institute from 2017 to 2022 and served on the board of the Canadian Fuels Association from 1999 to 2012, including the role of Chairman from 2007 to 2009.<br><br>Mr. Bernier has a Master's degree in Industrial Relations from the University of Waterloo and a Bachelor's degree from the Université de Montréal. |
| **Karinne Bouchard, CPA**<br>Corporate director<br>Québec, Canada<br><br>Director since 2021 | Karinne Bouchard is a corporate director. She is a member of the board of directors of Stingray Group, Inc. since February 2021 where she also is the Chair of the Audit Committee. She is also a member of the Board of the Sandra and Alain Bouchard Foundation, a foundation dedicated to financially supporting organizations that work in the arts and culture sector, as well as organizations that provide support to people living with intellectual disability to enable people to reach their full potential. Previously, Ms. Bouchard was the global head of treasury and treasurer of Alimentation Couche-Tard from 2013 to 2021.<br><br>Ms. Bouchard is a graduate with distinction of McGill University and has a bachelor's degree in finance. She also holds a master's degree in finance from the University of Sherbrooke, a Chartered Professional Accountant (CPA) certification, and an administrator accreditation of the Institute of Corporate Directors (ICD.D). |
| **Eric Boyko, CPA**<br>President, Chief Executive Officer and cofounder, Stingray Group Inc.<br>Québec, Canada<br><br>Director since 2017<br>Chair of the audit committee | Eric Boyko is an entrepreneur with two decades of experience with start-ups and has extensive expertise in business innovations. He is President, Co-founder, and CEO of Stingray Group Inc., an industry leader in music and video content distribution, business services, and advertising solutions, reaching 540 million consumers in 160 countries. The company completed a successful IPO in June 2015 and is listed on the Toronto Stock Exchange (RAY.A; RAY.B). Previously, Mr. Boyko founded and was President of eFundraising.com Corporation, which became a leading player in the North American fundraising industry. In 2006, he was named one of Canada's Top 40 Under 40. Mr. Boyko also sits on the board of directors of Intelcom and Trans-Pro Logistics, both logistics companies headquartered in Montreal. Mr. Boyko is proud to serve as a board member of the Montreal Canadiens Children's Foundation and also sits on the board of the Orchestre Symphonique de Montréal (OSM).<br><br>A graduate with great distinction of McGill University, he holds a Bachelor of Commerce with a concentration in accounting and entrepreneurship. Mr. Boyko became a Certified General Accountant (CGA) in 1997. |
| **Marie-Eve D'Amours,**<br>Treasurer, Fondation D'Amours<br>Québec, Canada<br><br>Director since 2023 | Marie-Eve D'Amours is Treasurer of the Fondation D'Amours since 2018, a charitable trust helping several non-profit organizations with intellectual disabilities and children in vulnerable situations, where she oversees the financial management and strategy for deploying donations.<br><br>Ms. D'Amours has been developing her expertise in procurement, planning and management in various companies, (multinationals, large and SMEs) as well as in entrepreneurship. For more than 10 years, Ms. D'Amours attended the Board of Directors of Alimentation Couche-Tard, as an observer.<br><br>Ms. D'Amours has a bachelor's degree in management from the Hautes Études Commerciales de Montréal. She has her Institute of Corporate Directors (ICD.D) certificate and her Certification in Society Governance from the Université Laval. |

| | |
|---|---|
| **Janice L. Fields**<br>Corporate director<br>Florida, United States<br><br>Director since 2020<br>member of the human resources and corporate governance committee | Janice Fields has served as President of McDonald's USA, LLC, a subsidiary of McDonald's Corporation, a fast food chain operator and franchiser, from 2010 until her retirement in 2012.<br><br>Ms. Fields has broad operational, financial and leadership experience from her long-standing career in the food industry, with particular expertise related to marketing, strategic planning, risk management, production, and human resources. During her over 35-year career at McDonald's, she held numerous roles, from starting as a crew member to holding several executive positions within McDonald's USA, including as U.S. Division President for the Central Division from 2003 through 2006 and Executive Vice President and Chief Operating Officer from 2006 through 2010, when she was named President.<br><br>Previously, Ms. Fields served on the boards of Chico's FAS , where she was also Chair of its Corporate Governance and Nominating Committee,  Welbilt Inc., where she was also a member of the Nominating and Governance Committee and the Compensation Committee, Monsanto Corporation, Taubman Centers, Inc., and Buffalo Wild Wings. She was also a member of the global board of directors of the Ronald McDonald House Charities Global Brand from 2012 to 2024.<br><br>Ms. Fields has been named to Forbes' list of the World's 100 Most Powerful Women and to Fortune's 50 Most Powerful Women in Business list. |
| **Eric Fortin**<br>President of Kastellō Immobilier Inc.<br>Québec, Canada<br><br>Director since 2021 | Eric Fortin is the President of Kastellō Immobilier Inc., an investment firm specializing in residential real estate in Québec, a role he has held since 2018. With over 25 years of extensive business management experience, Mr. Fortin's journey began at Alimentation Couche-Tard, where he commenced as a store manager from 1995 to 1997. Progressing through the ranks, he then served as Market Manager from 1997 to 2000, followed by Director of Operations from 2000 to 2007, culminating in his tenure as Director of Merchandising from 2007 to 2008. Throughout his career, he has successfully owned and managed multiple businesses.<br><br>In addition to his professional endeavors, Mr. Fortin is deeply committed to philanthropy. He proudly serves as Treasurer for the Fondation Lise et Richard Fortin, a foundation dedicated to supporting various causes, including aid for the elderly, itinerant individuals, and services for children who are survivors of sexual assault. Moreover, as a dedicated member of the Board of Directors for La Fondation de l'Hôpital Charles-Lemoyne, Mr. Fortin has been actively involved in numerous fundraising efforts since 2018, supporting patients, professionals, and families of the hospital. In this capacity, he also serves as Co-President of La Cave à Vin des Philanthropes, an initiative within the foundation that focuses on raising funds for youth mental health.<br><br>Previously, he dedicated his time and leadership as a Board member and Treasurer at Maison La Source Bleue between 2015 and 2022. This non-profit organization provides compassionate end-of-life care to adults with cancer or terminal illness.<br><br>Mr. Fortin is an alumnus of McGill University, holding a Bachelor of Commerce degree in marketing. |
| **Richard Fortin, Co-founder**<br>Corporate director<br>Québec, Canada<br><br>Director since 1988 | Richard Fortin is a co-founder and served as Chairman of the Board from 2008 to 2011. He joined the Corporation in 1984 and retired as Executive Vice-President and Chief Financial Officer in 2008. Before joining Alimentation Couche-Tard, he spent 13 years at several major financial institutions and was Vice-President of Québec for a Canadian bank wholly owned by Société Générale (France).<br><br>Mr. Fortin served on the board of Transcontinental Inc. from 2004 to 2018 and was Lead Director and Chairman of its Audit Committee, and on National Bank of Canada's board from 2013 to 2018 as Chairman of the Risk Management Committee and member of its Audit Committee. Mr. Fortin also served on the board of Rona Inc. from 2009 to 2013, and on the board of National Bank Life Insurance Company from 2005 to 2018 and was Chairman of its Audit Committee from 2013 to 2018.<br><br>Mr. Fortin has a Bachelor of Arts in management with a major in finance from Université Laval in Québec City. |

| **Rt. Hon. Stephen J. Harper**<br><br>Chairman and CEO of Harper & Associates Consulting<br><br>Alberta, Canada<br><br>Director since 2024 | Stephen J. Harper is Chairman and CEO of Harper & Associates Consulting, which acts as a strategic consultant to clients around the world, providing advice on matters relating to market access, the management of global geopolitical and economic risk, and the maximization of value in global markets.<br><br>Mr. Harper sits on the board of directors of Colliers International Group Inc., a Canada-based diversified professional services and investment management company, where he also chairs the Governance Committee.<br><br>Mr. Harper is a founding partner and Chairman of Vision One Management, a fundamental value-oriented equity fund that applies a private-equity investment approach to public markets.<br><br>Mr. Harper is Chairman of the Alberta Management Investment Corporation (AIMCo). Mr. Harper serves as the Chair of the International Democracy Union and international Friends of Israel Initiative. Mr. Harper served as the 22nd Prime Minister of Canada from 2006 to 2015.<br><br>Mr. Harper has received a bachelor's and master's degree in economics from the University of Calgary, was awarded an honorary Doctor of Philosophy from Tel Aviv University in 2014 and received an honorary degree from the Jerusalem College of Technology. In recognition of his government service, Mr. Harper has been awarded the Ukrainian Order of Liberty, the Woodrow Wilson Award for Public Service, the B'nai B'rith International Presidential Gold Medallion for Humanitarianism and was named as the World Statesman of the Year in 2012 by the Appeal of Conscience Foundation. |
| **Mélanie Kau**<br><br>Partner, K2 Real Estate<br><br>Québec, Canada<br><br>Director since 2006<br><br>Chair of the human resources and corporate governance committee | Mélanie Kau is a seasoned retailer with more than 30 years' experience in creating customer connections. As a retailer she led Naturiste, a 67-store chain of natural supplements and vitamins, to renewed profitability. As President of Mobilia, the largest independent furniture retailer in Eastern Canada, she focused on building the brand and growing the retail network to its current size. Currently she leads K2 Real Estate, a commercial developer of quality retail sites.<br><br>Ms. Kau's career as a board member spans more than two decades. Currently, in addition to Alimentation Couche-Tard, she serves as a board member at Gildan Activewear Inc., a leading manufacturer of everyday basic apparel, where she also chairs the Corporate Governance & Social Responsibility Committee and is a member of the Compensation & Human Resources Committee.<br><br>Ms. Kau has received several accolades for her business acumen and entrepreneurship, including Canada's Top 40 under 40 and the John Molson School of Business Award of Distinction.<br><br>Ms. Kau has a Master of Business Administration from Concordia and a Master of Journalism from Northwestern University. |
| **Marie-Josée Lamothe**<br><br>President, Tandem International<br><br>Québec, Canada<br><br>Director since 2019<br><br>member of the audit committee | Marie-Josée Lamothe has over 25 years of experience in the competitive digital and consumer products world (Google, L'Oréal, Procter & Gamble). She is best noted for her expertise in Digital Transformation and Global Branding. Since 2018, she has been the President of Tandem International and works closely with VCs as an advisory partner to their portfolio of small and medium-sized enterprises. She serves on the board of Group Dynamite and is a member of the Audit Committee and Nominating and Governance Committee. She also serves on the Riocan Real Estate Investment Trust where she is a member of the Investment Committee and the Nominating, Environmental, Social and Governance Committee.<br><br>Mrs. Lamothe is also a Professor of Practice at McGill University (Desautels Business Faculty) and administers McGill's Dobson Center for Entrepreneurship whose mission is to transform the university's innovation into viable startups.<br><br>From 2014 to 2018, she acted as Managing Director at Google Canada, overseeing the go-to-market practices for 14 industries. She also held several executive positions at L'Oréal between 2002 and 2014, from International Marketing Director in France to Chief Marketing Officer and Chief Corporate Communications Officer in Canada.<br><br>In recent years, she has been appointed by the Treasury Board of Canada to the Audit Committee for Ministries such as Employment and Social Development Canada (ESDC) and the Canadian Border Services Agency (CBSA), and nominated by the Commissioner of the Canadian Revenue Agency (CRA) to its external advisory panel. Ms. Lamothe was also appointed to the 2017 Advisory Council on Economy and Innovation for the Government of Québec. She was a Member of the Canada 150 Research Chairs Multidisciplinary Review Panel which aims to award research chair positions to Canadian universities and enhance Canada's reputation as a global center for science, research, and innovation excellence.<br><br>Ms. Lamothe has recently earned the Triple E Award recognition for her excellence in entrepreneurship and engagement in higher education. She has been awarded the Desautels Achievement Award by McGill University, which recognizes individuals who serve as role models for students in their education, career, and philanthropic contributions. She received an Honoree Diploma from the Université de Montréal for her contribution to the advancement of our society. The Boardlist named her among the Top 10 women in tech in Canada, and InfoPresse nominated her as a Personality of the Year in Quebec. She was also recognized among Canada's Top 100 Most Powerful Women in the Financial Post and Canada's Marketers of the Year by Strategy magazine. Forbes Magazine and Social Media Magazine (US) recognized her among Top Marketing Minds To Follow on social media in North America, and Canadian Business Magazine nominated her among Canada's 40 Global Leaders. |

|  | Ms. Lamothe is a graduate of Mathematics & Economics with honors from the University of Montreal and INSEAD's L'Oreal's Executive Management program, with program certifications from MIT Sloan & MIT CSAIL Artificial Intelligence: AI Implications for Business Strategy (2020), from Said Business School Oxford University in Cybersecurity for Business Leaders (2021), and NASBA (National Association of State Boards of Accountancy) in Assessing Cybersecurity Risks (2021). In 2023, she earned a Professional Designation in regulatory standards of environmental, social, and governance (ESG): GCB.D. |
|---|---|
| **Monique F. Leroux, C.M., O.Q., FCPA, FICD**<br>Corporate director<br>Québec, Canada<br><br>Director since 2015<br>member of the audit committee | Monique Leroux is a corporate director and has extensive business experience. Ms. Leroux is the former Chair of the board and Chief Executive Officer of Desjardins Group. From 2016 to 2020, Ms. Leroux was the Chair of the board of Investissement Québec. She currently serves as an independent director on the boards of BCE/Bell and Michelin Group and is a senior advisor at Teneo. In 2020, she was appointed chair of the Industry Strategy Council of Canada and a member of the G7 Impact Task Force representing Canada.<br><br>Before joining Desjardins Group, Ms. Leroux held senior executive roles at RBC (Royal Bank of Canada) and Quebecor. She was also an audit partner at EY (Ernst & Young). Ms. Leroux is a Companion of the Order of Canada, an Officer of the Ordre national du Québec, a Chevalier of the Légion d'Honneur (France) and a Companion of the Canadian Business Hall of Fame, the Investment Industry Hall of Fame, as well as the Canadian Accounting Hall of Fame. She has also received the Woodrow Wilson Award (United States), the Outstanding Achievement Award from the Québec CPA Order and the Institute of Corporate Directors Fellowship Award.<br><br>Ms. Leroux gives her time and support to several not-for-profit organizations. She serves a Chair of the board of the Université de Sherbrooke and as Vice Chair the Montréal Symphony Orchestra.<br><br>She has honorary doctorates from twelve Canadian universities. |
| **Alex Miller**<br>President and Chief Executive Officer<br>Alimentation Couche-Tard Inc.<br>South Carolina, United States<br><br>Director since 2024 | Alex Miller was named President and CEO in September 2024, after serving as Chief Operating Officer since January 2023.<br><br>Previously, Mr. Miller held the positions of Executive Vice-President, Operations, North America, and Global Optimization beginning in March 2021, Executive Vice President, Commercial Optimization since May 2019, Senior Vice-President, Operations and Global Fuels since December 2017, Senior Vice-President, Global Fuels since November 2016, and Vice-President, Fuels since October 2012. Mr. Miller joined Couche-Tard as Director of Fuels, Real Estate and Facilities in 2012.<br><br>Prior to joining Couche-Tard, he was with BP Plc. for 16 years in a variety of operational, supply, business development, and strategy roles in the US and Europe with increasing levels of responsibility. This included eight years in retail across multiple channels in six different US markets across the Southeast, Midwest, and Mid-Atlantic geographies. He spent a further four years in London, working in Strategy & Planning at BP Plc's head office, and a final four years in Chicago working within fuel supply value chain optimization and business development.<br><br>Mr. Miller holds a BS in Business Management from Southern Illinois University. |
| **Réal Plourde, Co-founder**<br>Corporate director<br>Québec, Canada<br><br>Director since 1988 | Réal Plourde was Chairman of the Board from 2011 to 2014. He joined the Corporation in 1984 and served in a variety of roles until his retirement in 2011, including Executive Vice-President, Chief Operating Officer, Vice-President of Development, Sales and Operations, and Manager of Technical Services. Mr. Plourde began his career working on various engineering projects in Canada and Africa.<br><br>Mr. Plourde and his wife, Ariane Riou, are recipients of the Lieutenant Governor's Seniors Medal (February 2018), for their sustained community-based volunteer work, especially at the Palliative Care Home in Laval.<br><br>Mr. Plourde has a Master of Business Administration from the École des Hautes Études Commerciales in Montréal, an engineering degree in applied sciences from Université Laval in Québec City and is a member of the Ordre des Ingénieurs du Québec. |

| **Louis Têtu**<br>Executive Chairman,<br>Coveo Solutions Inc.<br>Québec, Canada<br><br>Director since 2019<br>member of the human<br>resources and<br>corporate governance<br>committee | Louis Têtu is an award-winning entrepreneur and business executive with 30 years of experience in international technology businesses. Mr. Têtu is Executive Chairman and the former Chief Executive Officer of Coveo Solutions Inc., (TSX: CVO), a global provider of artificial intelligence powered business solutions for ecommerce, customer service and workplace applications. Prior to Coveo, Mr. Têtu co-founded Taleo Corporation, a leading international provider of cloud software for talent and human capital management, listed on NASDAQ in 2005 and subsequently acquired by Oracle for US$1.9 billion in 2012. Mr. Têtu was Chief Executive Officer and Chairman of the board of directors from the company's inception in 1999 through 2007. Prior to Taleo, Mr. Têtu was President of Baan SCS, the supply-chain management solutions group of Baan, a global enterprise software company. This followed Baan's acquisition of Berclain Group inc., which he co-founded in 1989 and where he served as President until 1996.<br><br>Mr. Têtu serves on the board of CAE, a Canadian public company providing simulation technologies, modeling, and integrated training services for civil aviation and defense worldwide. He previously served on the board of Industrial Alliance Insurance and Financial Services inc., and of PetalMD, a leading cloud applications provider in the medical sector. Mr. Têtu is involved in private equity across multiple business sectors.<br><br>In 1997 Mr. Têtu was honoured by Université Laval for his social contributions and business achievements. He has twice received the Regional Ernst & Young Entrepreneur of the Year award and was a National winner in 2021.<br><br>Mr. Têtu is an Engineering graduate from Université Laval in Québec City and a commercially licensed helicopter pilot. |

## Executive officers

The following people are executive officers who are not directors of Couche-Tard. All information is accurate as of June 25, 2025.

| **Mélanie Charbonneau**<br>Chief Legal Affairs and Corporate Secretary<br>Québec, Canada | Mélanie Charbonneau joined Alimentation Couche-Tard in March 2024 as Chief Legal Affairs and Corporate Secretary. She is responsible for the overall legal function of the Corporation and the activities of its board of directors.<br><br>Over the past 25 years, she has worked in major law firms (BLG, Clifford Chance, and Blakes) and renowned companies (PSP Investments and Transat A.T. Inc.), concluding with a 12-year tenure at Otéra Capital where she served as Vice President, Legal Affairs and Corporate Secretary. In her roles at Otéra Capital and as an executive leader, she held highly strategic responsibilities, particularly in terms of corporate transformation, international business expansion, and the development and deployment of corporate strategies.<br><br>Ms. Charbonneau holds a bachelor in Civil Law from the University of Ottawa (1998) and is a member of the Quebec Bar (1999). |
| **Filipe Da Silva**<br>Chief Financial Officer<br>Ontario, Canada | Filipe Da Silva joined Alimentation Couche-Tard as Senior Vice President, Finance in March 2023, and was appointed Chief Financial Officer on July 1, 2023. Prior to joining Couche-Tard, Mr. Da Silva held the position of Chief Financial Officer and Head of Real Estate at Walmart Canada, from April 2020 to March 2023 and CFO of Central America from April 2016 to January 2021.<br><br>Previously, Mr. Da Silva held various management positions within TotalEnergies, a French energy conglomerate, in Argentina, followed by Carrefour, a French multinational retail and wholesaling corporation, working out of Buenos Aires, Colombia, India and Indonesia. He later joined Groupe Exito, one of South America's largest retailers before joining Walmart in 2016 as CFO for Central America operations.<br><br>Mr. Da Silva is Chairman of the Circle K AS Board of Directors, the European division operating Statoil Fuel & Retail ASA, the retail gasoline filling stations.<br><br>Mr. Da Silva holds a Masters in Strategy and Finance from ESCP Business School. |
| **Ed Dzadovsky**<br>Executive Vice President, Chief Technology Officer<br>Arizona, United States | Ed Dzadovsky was appointed Chief Technology Officer in April 2022. Previously, Mr. Dzadovsky served as Vice President of North America IT since January 2018. He has close to 20 years of experience in information technology. Mr. Dzadovsky began his career with McDonald's Pittsburgh region in 2000 as a crew member. After working 10 years in store operations, he moved to McDonald's Chicago headquarters in 2011 as the Operations Restaurant Technology Senior Director. With a passion for people, he quickly became known for developing high performing teams of operations and technology experts. Mr. Dzadovsky held various leadership positions in the Information Technology organization, including Senior Director IT Delivery Global Digital Products, where he led McDonald's digital transformation through innovative technology features.<br><br>Mr. Dzadovsky is an alum of the University of Pittsburgh where he earned a degree in Computer Science. |
| **Erica Fortune**<br>Chief Digital Officer<br>South Carolina, United States | Ms. Fortune was appointed Chief Digital Officer in July 2024. Previously, Ms. Fortune served as Senior Vice President, eCommerce and Chief Product Management Officer at Advance Auto Parts, and as Senior Vice President, Ecommerce at Big Lots, where she initiated and drove the Omni transformation for this discount retailer and where she built its e-commerce Platform. Ms. Fortune has deep digital leadership experience, having spent her entire career focused on retail and merchandising, including over a decade in senior leadership roles within digital commerce.<br><br>Ms. Fortune has a Bachelor of Science in Fashion Merchandising from Kent State University. |

| **Hans-Olav Høidahl**<br>Executive Vice-President, Operations, Europe<br>Oslo, Norway | Hans-Olav Høidahl was appointed Executive Vice-President, Operations Europe in May 2019. He joined Couche-Tard in June 2012 when it acquired Statoil Fuel & Retail ASA, and has held the position of Executive Vice-President, Scandinavia since October 2010. He was formerly Vice President for Energy Europe in the Statoil Group since 2006. Mr. Høidahl joined Statoil Fuel & Retail ASA in 1992 and has held a variety of positions including director for customer service in Norway, manager for regional sales in Scandinavia, sales director for Norway, country manager for energy in Norway and Vice President for energy operations. |
| | Mr. Høidahl holds a bachelor's degree in economics from the Norwegian School of Management |
| **Jørn Madsen**<br>Executive Vice-President, Operations, Europe<br>Dragor, Denmark | Mr. Madsen was named Executive Vice President, Operations, Europe, after serving as Senior Vice President, Operations, since Spring 2019. He joined Couche-Tard in June 2012 when it acquired Statoil Fuel & Retail ASA and held the position of Executive Vice-President, Central & Eastern Europe, since October 1, 2010. He was formerly Vice President for country operations in Statoil Energy & Retail ASA, since 2007.<br><br>He joined Statoil in 1990 and held several management positions including Vice President for retail operations Europe, Director of Retail Operations in Denmark, Director of Retail Operations in the Baltic countries, Director of Category Management in the Baltic countries, Regional Manager of Retail Operations in Denmark, and Controller in Denmark.<br><br>Mr. Madsen holds a Bachelor's degree in Economics from the Copenhagen Business School. |
| **Alex Miller**<br>President and Chief Executive Officer<br>South Carolina, United States | Alex Miller was named President and CEO in September 2024, after serving as Chief Operating Officer since January 2023.<br><br>Previously, Mr. Miller held the positions of Executive Vice-President, Operations, North America, and Global Optimization beginning in March 2021, Executive Vice President, Commercial Optimization since  May 2019, Senior Vice-President, Operations and Global Fuels since December 2017, Senior Vice-President, Global Fuels since November 2016, and Vice-President, Fuels since October 2012. Mr. Miller joined Couche-Tard as Director of Fuels, Real Estate and Facilities in 2012.<br><br>Prior to joining Couche-Tard, he was with BP Plc. for 16 years in a variety of operational, supply, business development, and strategy roles in the US and Europe with increasing levels of responsibility. This included eight years in retail across multiple channels in six different US markets across the Southeast, Midwest, and Mid-Atlantic geographies. He spent a further four years in London, working in Strategy & Planning at BP Plc's head office, and a final four years in Chicago working within fuel supply value chain optimization and business development.<br><br>Mr. Miller holds a BS in Business Management from Southern Illinois University. |
| **Trey Powell**<br>Senior Vice President, Global Merchandising<br>North Carolina, United States | Mr. Powell was appointed Senior Vice President, Global Merchandising in September 2023. He joined Couche-Tard in 2004 and has since held various roles with progressively increasing responsibilities, including Director of Retail Operations, Director of National Procurement, Director of Marketing and Merchandising, Vice President, Merchandising – North America, and Vice President, Operations – Gulf Coast.<br><br>Previously, he held the position of Vice President, Marketing & Merchandising, TomThumb Division, at Kroger. Mr. Powell has more than 20 years of industry experience, spanning multiple retail disciplines including marketing and merchandising, store operations, procurement, and mergers and acquisitions.<br><br>Mr. Powell holds a Bachelor of Science and Finance from the University of South Florida, and a Master of Business Administration from the University of West Florida. |
| **Ina Strand**<br>Chief People Officer<br>North Carolina, United States | Ina Strand holds the Chief People Officer position since April 2017. In this role she has oversight over Human Resources, Health Safety & Sustainability, Communications and Events. Ms. Strand was previously Senior Vice-President of Special Projects since 2014, working on many global projects, including the development and introduction of the new global Circle K brand. Ms. Strand joined Statoil Retail Norway AS in 2003 as a People Development manager, and was later appointed Human Resources Director, Customer Offer Director and deputy Vice-President of Operations in Norway before she joined Statoil Fuel & Retail's Executive leadership team as Executive Vice President of Market Development when the company was publicly listed October 1st, 2010. After the acquisition by Couche-Tard, Ms. Strand held the position of Senior Vice President of Sales and Marketing Europe until 2014. Prior to joining Statoil, Ms. Strand worked five years as analyst, consultant and project manager at the Norwegian office of UK based PA Consulting Group. In 2020, Ms. Strand was celebrated by Top Women in Convenience (TWIC) as one of five "Women of the Year".<br><br>Ms. Strand holds a Master of Science degree in industrial economics and technology management from the Norwegian University of Science and Technology (NTNU) in Trondheim. |

| Mette Uglebjerg | Ms. Uglebjerg was named Senior Vice President Global Food and Marketing in July 2024 after serving as Interim Senior Vice President, Operations, since January 2023. She joined Couche-Tard in June 2012 when it acquired Statoil Fuel & Retail ASA. She has held the position of Vice President with responsibility for the business unit and all operations in Denmark since 2018. |
|---|---|
| Senior Vice President, Global Food & Marketing | |
| Rungsted Kyst DK, Denmark | She joined Statoil in 1993 and held several management positions including Senior Market Director, Director of Category Management, Director of Food Development, Regional Manager of Retail Operations in Denmark, and has taken on various projects across the Nordic and European countries. |
| | Ms. Uglebjerg holds a Bachelor's degree in Economics and Marketing from CBS, Copenhagen Business School, and is also certified in Board Leadership from CBS Executive. |
| Louise Warner | Louise Warner was named Executive Vice President, North American Operations and Global Commercial Optimization in September 2024 after serving as Senior Vice President, Global Fuels since joining Alimentation Couche-Tard in January 2021. Prior to Couche-Tard, Ms. Warner was a member of the Caltex Australia (now Ampol) Executive team from 2016 to 2020 and held the positions of Chief Commercial Officer, and previously Executive General Manager of Fuels & Infrastructure. In her 21- year tenure with Caltex Australia, she held a variety of operational, project and commercial roles, and was responsible for Australian and international operations in Singapore, New Zealand and the Philippines. |
| Executive Vice President, North American Operations and Global Commercial Optimization | |
| North Carolina, United States | Ms. Warner holds a Bachelor's degree in Chemical Engineering from the University of New South Wales in Sydney, Australia. |

To the knowledge of the directors and the executive officers of Couche-Tard and according to information provided to us, other than as disclosed below, none of our directors and executive officers, and regarding item (iii) below, a significant shareholder, are at the date of this AIF or have been, within the last ten years, a director, chief executive officer or chief financial officer or, regarding item (iii) below, an executive officer of a company which, while the person was acting in this capacity:

(i)  was the subject of a cease trade or similar order or an order that denied the relevant company access to any exemption under securities legislation, for a period of more than 30 consecutive days,

(ii)  was, after the director or executive officer ceased to be a director or executive officer, the subject of a cease trade or similar order or an order that denied the relevant company access to any exemption under securities legislation, for a period of more than 30 consecutive days as a result of an event which occurred while the director or executive officers was acting in this capacity, or

(iii)  within a year of that person ceasing to act in that capacity, became bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency or was subject to or instituted any proceedings, arrangement or compromise with creditors or had a receiver, receiver manager or trustee appointed to hold its assets.

Mr. Richard Fortin and Mr. Eric Fortin were directors of Les Jardins Val-Mont Inc. ("**Val-Mont**") from 2009 until August 6, 2015. On July 8, 2016, Val-Mont filed a proposal under the *Bankruptcy and Insolvency Act* (Canada), which was approved by the Superior Court of Quebec on September 8, 2016.

Mr. Boyko was a director of Bouclair Inc., from December 10, 2014 to June 1, 2020. On November 11, 2019, Bouclair Inc., and Bouclair International Inc., ("**Bouclair**") each filed a notice of intention to make a proposal to its creditors under the *Bankruptcy and Insolvency Act* (Canada). On May 11, 2020, Bouclair filed a proposal to their creditors with the Office of the Superintendent of Bankruptcy of Canada and on May 22, 2020, the Superior Court of Québec rendered an order granting a motion approving a transaction between Bouclair as vendors, and Alston Investments Inc., as purchaser. On July 17, 2020, the Superior Court of Québec rendered an order appointing Deloitte Restructuring Inc. Receiver under Section 243 of the Bankruptcy and Insolvency Act. On August 12, 2020, the Superior Court of Québec sanctioned the amended proposal of Bouclair.

Ms. Lamothe was a director of Reitmans (Canada) Limited ("**Reitmans**") until August 30, 2019 as well as a director of Aldo Group Inc., ("**Aldo**") until December 31, 2019. In 2020, given the impact of Covid on the retail industry, Reitmans and Aldo sought protection from their creditors under the *Companies' Creditors Arrangement Act* ("**CCAA**") on May 19, 2020 and May 6, 2020, respectively. On January 4, 2022 Reitmans obtained a sanction order from the Superior Court of Québec for the distribution of a settlement amount to Reitmans' creditors.

Ms. Kau was a director of Atis Group Inc. ("**Atis**") from October 2017 to February 2021. On February 19, 2021 Atis sought the protection of the Superior Court of Québec under the CCAA. The Superior Court of Quebec rendered an initial order under the CCAA on February 24, 2021 authorizing the bankruptcy of Atis. In December 2021, substantially all of Atis' non-monetary assets were sold and the entity was put into bankruptcy.

## Conflicts of interests

To the Corporation's knowledge, no director or officer of the Corporation or of one of its subsidiaries has an existing or potential material conflict of interest with the Corporation or one of its subsidiaries.

## Audit committee

The audit committee helps the board oversee:

- the integrity of the Corporation's financial reporting;
- the Corporation's compliance with the requirements established by law and regulation;
- the independence, competence and appointment of the external auditors;
- the performance of internal and external auditors;
- management's responsibilities with regard to internal controls;
- the risk management program, including cyber security risks; and
- oversight of environmental, social and governance financial reporting.

See Appendix A for a copy of the audit committee mandate. You can also find a copy on our website (corpo.couche-tard.com) and on SEDAR+ (sedarplus.com).

### Committee composition

The following table lists the three members of the audit committee and their relevant education and experience. All three are independent and financially literate, as defined by National Instrument 52-110 – *Audit Committees*.

| | Relevant education and experience |
|---|---|
| **Eric Boyko**<br>**CPA** | Eric Boyko is an entrepreneur with two decades of experience with start-ups and has extensive expertise in business innovations. He is President, Co-founder, and CEO of Stingray Group Inc., an industry leader in music and video content distribution, business services, and advertising solutions, reaching 540 million consumers in 160 countries. The company completed a successful IPO in June 2015 and is listed on the Toronto Stock Exchange (RAY.A; RAY.B). Previously, Mr. Boyko founded and was President of eFundraising.com Corporation, which became a leading player in the North American fundraising industry. In 2006, he was named one of Canada's Top 40 Under 40. Mr. Boyko also sits on the board of directors of Intelcom and Trans-Pro Logistics, both logistics companies headquartered in Montreal. Mr. Boyko is proud to serve as a board member of the Montreal Canadiens Children's Foundation and also sits on the board of the Orchestre Symphonique de Montréal (OSM).<br><br>A graduate with great distinction of McGill University, he holds a Bachelor of Commerce with a concentration in accounting and entrepreneurship. Mr. Boyko became a Certified General Accountant (CGA) in 1997. |
| **Marie-Josée Lamothe** | Marie-Josée Lamothe has over 25 years of experience in the competitive digital and consumer products world (Google, L'Oréal, Procter & Gamble). She is best noted for her expertise in Digital Transformation and Global Branding. Since 2018, she has been the President of Tandem International and works closely with VCs as an advisory partner to their portfolio of small and medium-sized enterprises. She serves on the board of Group Dynamite and is a member of the Audit Committee and Nominating and Governance Committee. She also serves on the Riocan Real Estate Investment Trust where she is a member of the Investment Committee and the Nominating, Environmental, Social and Governance Committee.<br><br>Mrs. Lamothe is also a Professor of Practice at McGill University (Desautels Business Faculty) and administers McGill's Dobson Center for Entrepreneurship whose mission is to transform the university's innovation into viable startups.<br><br>From 2014 to 2018, she acted as Managing Director at Google Canada, overseeing the go-to-market practices for 14 industries. She also held several executive positions at L'Oréal between 2002 and 2014, from International Marketing Director in France to Chief Marketing Officer and Chief Corporate Communications Officer in Canada.<br><br>In recent years, she has been appointed by the Treasury Board of Canada to the Audit Committee for Ministries such as Employment and Social Development Canada (ESDC) and the Canadian Border Services Agency (CBSA), and nominated by the Commissioner of the Canadian Revenue Agency (CRA) to its external advisory panel. Ms. Lamothe was also appointed to the 2017 Advisory Council on Economy and Innovation for the Government of Québec. She was a Member of the Canada 150 Research Chairs Multidisciplinary Review Panel which aims to award research chair positions to Canadian universities and enhance Canada's reputation as a global center for science, research, and innovation excellence.<br><br>Ms. Lamothe has recently earned the Triple E Award recognition for her excellence in entrepreneurship and engagement in higher education. She has been awarded the Desautels Achievement Award by McGill University, which recognizes individuals who serve as role models for students in their education, career, and philanthropic contributions. She received an Honoree Diploma from the Université de Montréal for her contribution to the advancement of our society. The Boardlist named her among the Top 10 women in tech in Canada, and InfoPresse nominated her as a Personality of the Year in Quebec. She was also recognized among Canada's Top 100 Most Powerful Women in the Financial Post and Canada's Marketers of the Year by Strategy magazine. Forbes Magazine and Social Media Magazine (US) recognized her among Top Marketing Minds To Follow on social media in North America, and Canadian Business Magazine nominated her among Canada's 40 Global Leaders.<br><br>Ms. Lamothe is a graduate of Mathematics & Economics with honors from the University of Montreal and INSEAD's L'Oreal's Executive Management program, with program certifications from MIT Sloan & MIT CSAIL Artificial Intelligence: AI Implications for Business Strategy (2020), from Said Business School Oxford University in Cybersecurity for Business Leaders (2021), and NASBA (National Association of State Boards of Accountancy) in Assessing Cybersecurity Risks (2021). In 2023, she earned a Professional Designation in regulatory standards of environmental, social, and governance (ESG): GCB.D. |

| Monique Leroux C.M., O.Q., FCPA, FICD | Monique Leroux is a corporate director and has extensive business experience. Ms. Leroux is the former Chair of the board and Chief Executive Officer of Desjardins Group. From 2016 to 2020, Ms. Leroux was the Chair of the board of Investissement Québec. She currently serves as an independent director on the boards of BCE/Bell and Michelin Group and is a senior advisor at Teneo. In 2020, she was appointed chair of the Industry Strategy Council of Canada and a member of the G7 Impact Task Force representing Canada. |
|---|---|
| | Before joining Desjardins Group, Ms. Leroux held senior executive roles at RBC (Royal Bank of Canada) and Quebecor. She was also an audit partner at EY (Ernst & Young). Ms. Leroux is a Companion of the Order of Canada, an Officer of the Ordre national du Québec, a Chevalier of the Légion d'Honneur (France) and a Companion of the Canadian Business Hall of Fame, the Investment Industry Hall of Fame, as well as the Canadian Accounting Hall of Fame. She has also received the Woodrow Wilson Award (United States), the Outstanding Achievement Award from the Québec CPA Order and the Institute of Corporate Directors Fellowship Award. |
| | Ms. Leroux gives her time and support to several not-for-profit organizations. She serves a Chair of the board of the Université de Sherbrooke and as Vice Chair the Montréal Symphony Orchestra. |
| | She has honorary doctorates from twelve Canadian universities. |

## Policies and controls

### Internal controls

We have a system of internal controls over financial reporting that is designed to safeguard our assets and ensure that our financial information is reliable. It includes disclosure controls and procedures that ensure:

- the financial and other material information we communicate to analysts and the public is reliable and complete
- we disclose information and file reports required by law and securities regulatory agencies in a timely basis
- we collect and report material information to our executive officers in a way that allows them to make timely decisions on required disclosure.

We regularly review the effectiveness of these internal controls, and make improvements as appropriate. Management and our external auditor have determined that our controls are effective as at the date of this annual information form.

### Ethics Code of conduct

The Ethics Code of Conduct (the "**Ethics Code**") reinforces the Corporation's commitment to maintaining high ethical standards in all of its operations and business practices worldwide. The Ethics Code covers important topics such as integrity, confidentiality, protecting our property and assets, conflicts of interest, fair treatment of clients, suppliers, competitors and employees, insider information and insider trading. It is truly meant to be a guide that help us all make the right decisions. It is available in a user-friendly and multilingual document. A copy of our Ethics Code is available on our website (corpo.couche-tard.com) and on SEDAR+ (sedarplus.ca).

The Ethics Code applies to everyone at the Corporation and its subsidiaries, and we expect required consultants, intermediaries, lobbyists and anyone who works on our behalf to comply with the Ethics Code. We ensure that everyone adheres to the Ethics Code by:

- giving a copy of the Ethics Code (electronic or paper) to all employees when they are hired, and requiring their signature, including onboarding training;
- annual certification of the Ethics Code, for our non-store employees;
- requiring our store employees to review and acknowledge the Ethics Code every other year;
- providing training for our employees every other year;
- keeping copies of the acknowledgments in each person's employment file.

In fiscal 2024, the Corporation conducted a Company-wide training program on the Ethics Code that reached over 100,000 employees, provided either in-person or through an online interactive platform. This is a mandatory training program that is provided every other year and was enhanced by several other training modules (either in-person or online) on specific topics such as principals of competition law, anti-harassment and privacy, among others.

In addition to the Ethics Code, the Corporation has also adopted a *Whistleblower Policy and Procedures* which covers accounting and auditing matters, corporate fraud, and internal accounting controls. This policy provides Couche-Tard's employees and external stakeholders with communications channels that will allow them to raise concerns in confidence, and anonymously if desired, without fear of reprisals or retaliation of any kinds. All directors, officers and employees are required to understand this policy and comply with its terms.

## ACT Hotline

The ACT Hotline is a worldwide communication platform, fostering transparency and accountability and is available online at all times and in a multitude of linguistic options to employees and customers everywhere the Corporation operates. The ACT Hotline offers an anonymous reporting option where it is legal to do so, and provides tools ensuring transparency and timeliness in the treatment of submitted concerns.

You can find out more about our Ethics Code and the ACT Hotline at:
https://corpo.couche-tard.com/en/our-company/leadership-governance/ethics-and-compliance/.

# Independent auditor

PricewaterhouseCoopers LLP, a partnership of Chartered Professional Accountants (PwC), has been our auditors since our 2009 fiscal year. They are independent within the meaning of the rules of professional conduct in the Code of ethics of chartered professional accountants (Québec). PwC issued an independent auditor's report dated June 25, 2025, on our consolidated financial statements and notes related thereto as at April 27, 2025 and April 28, 2024 and for the years then ended. They also issued a report on our internal control over financial reporting as at April 27, 2025.

## Non-audit services

The auditor can also provide non-audit services as long as the services are pre-approved by the audit committee, with the following exceptions. We have a policy that prevents the external auditor from providing any of the following services:

- bookkeeping or other services related to the accounting records or financial statements
- financial information systems design and implementation
- appraisal or valuation services
- actuarial services
- internal audit services
- investment banking services
- management functions or human resources functions
- legal services
- expert services unrelated to the audit.

## Auditor fees

The table below shows the fees we paid to PwC for their services in fiscal 2025 and 2024, expressed in Canadian dollars.

|  | 2025 (year ended April 27) | 2024 (year ended April 28) |
|---|---|---|
| Audit fees | $        5,813,661 | $        4,114,356 |
| Audit-related fees | $        265,021 | $        524,334 |
| Tax fees | $        50,778 | $        87,842 |
| All other fees | $        143,310 | $        63,552 |
| **Total** | **$        6,272,770** | **$        4,790,084** |

Audit fees are for auditing our annual consolidated financial statements, our internal control over financial reporting and for services that are normally provided by the auditor in connection with an engagement to audit the financial statements of an issuer:

- statutory or regulatory audit and certification engagements, mainly related to European subsidiaries (2025: $3,098,011, 2024: $1,847,553);
- consultations related to specific audit or accounting matters that arise during or as a result of an audit or review;
- services in connection with the Corporation's quarterly reports, prospectuses and other filings with applicable securities regulatory authorities (2025: $340,000, 2024: $320,000).

Audit-related fees are for assurance and related services traditionally performed by an independent auditor:

- employee benefit plan audits;
- assurance engagements that are not required by statute or regulation;
- general advice on accounting standards including IFRS.

Tax fees are for tax planning and other tax advice related to our international corporate structure.

All other fees are for professional services that do not fall into any of the categories above, including due diligence fees and other services.

## Legal proceedings

We are a defendant in a number of legal proceedings, suits, and claims that are part of the ordinary course of business for a retail company. These include cases brought by individual plaintiffs and class action lawsuits, among other things. However, we do not believe that the adverse outcome of any of these legal proceedings, suits and claims would have a material adverse effect on our operating results and financial condition.

# Appendices

Appendix A – Mandate of the Audit Committee
Appendix B – Non-IFRS Accounting Standards Measures

# Appendix A

## Mandate of the Audit Committee

### I. Mandate

The Audit Committee (the "**Committee**") assists the Board of Directors (the "**Board**") of Alimentation Couche-Tard Inc. (the "**Corporation**") in its oversight and supervision of:

- the integrity of the Corporation's financial reporting;
- the Corporation's compliance with the requirements established by law and regulation;
- the independence, competence and appointment of the external auditors;
- the performance of internal and external auditors;
- management's responsibilities with regard to internal controls; and
- the risk management.

The Committee ensures that its charter is reviewed on an annual basis to maintain compliance with the regulatory requirements.

### II. Responsibilities

The Audit Committee has the following responsibilities with respect to the reporting of financial information, and the Chair of the Audit Committee reports thereon to the Board of Directors:

Accounting and Financial Reporting:

1. Together with management and the external auditors, review the annual financial statements and related notes, the annual MD&A report, the external auditors' report and the accompanying earnings press release, and obtain explanations from management on any material discrepancies with the corresponding periods before recommending their approval and publication by the Board.

2. Together with management, review the interim financial statements, interim MD&A reports and accompanying earnings press releases before recommending Board approval and publication by the Board.

3. Review and approve the financial information contained in the annual information form, the annual report, the MD&A reports and other documents containing similar financial information before their disclosure to the public or filing with regulatory authorities in Canada or other applicable jurisdictions and review of financial information and earnings guidance provided to analysts and rating agencies and the integrity of their financial reporting.

4. Verify, periodically, that adequate procedures are in place for the review of the Corporation's public disclosure of financial information extracted or derived from the Corporation's financial statements, other than the public disclosure referred to above.

5. Where applicable, the Audit Committee shall review and discuss with the president and chief executive officer and the chief financial officer of the Corporation the process for the certifications to be provided in the Corporation's public disclosure documents.

6. Together with management and the external auditors, review on an annual basis the quality and acceptability of the Corporation's new accounting policies, as well as the disclosure and impact of contingencies and the reasonableness of provisions, reserves and estimates that may have a material impact on the reporting of financial information.

7. Together with the external auditors, review the disagreements related to the audit and the measures adopted in this regard by management and resolve disagreements between management and the external auditors on the reporting of financial information.

Risk management and internal controls:

1. Monitor the quality and integrity of the Corporation's internal controls and management information systems through discussions with management as well as internal and external auditors.

2. Review and supervise the Corporation's evaluation and risk management policies, on an annual basis. To this end, the Committee receives a detailed report on the assessed risks that could have a material impact on the Corporation's financial position and on the actions taken to eliminate or mitigate such risks, including the review of the Corporation's insurance coverage.

3. Approve the annual internal audit plan put in place by the internal auditors.

4. Oversee management's reporting of internal controls information and ensure that the internal auditors report annually to the Committee the results of the work performed on the internal control systems.

5. Review, on a regular basis, the internal audit reports describing the internal controls and the material issues raised in the course of the latest reviews of the internal controls and management information systems or pursuant to reviews and comments from regulatory authorities, as well as the related recommendations and the measures adopted with respect thereto.

6. Establish procedures for receiving, retaining and handling complaints received by the Corporation with regard to any internal controls, as well as procedures for the confidential and anonymous submission by employees of concerns regarding questionable internal controls.

7.    The Audit Committee may delegate certain specific tasks and the review of certain questions regarding risk management to one or more board members or officers of the Corporation provided that such board member(s) or officer(s) shall report back to the Audit Committee.

External Auditors:

1.    The external auditors shall report directly to the Audit Committee and the Audit Committee shall review the audit plan with the external auditor and management and approve its schedule.

2.    Monitor the work of the external auditors, review at least annually the formal written statement from the external auditors stating all relationships they have with the Corporation and confirming their independence, and hold discussions with the external auditors as to any relationship or services that may impact their objectivity or independence;

3.    Recommend to the Board the appointment and, if necessary, the non-renewal of the external auditors' mandate (in both cases, subject to shareholder approval) and review their competence, performance and ability to function independently.

4.    Approve all audit services for the Corporation and determine which services other than audit services the auditors are not authorized to perform for the Corporation or its subsidiaries.

5.    Take reasonable steps to ensure that the Corporation complies with the Policy for Pre-Approval of Non-Audit Services and, if required, delegate to one or more independent members, the authority to pre-approve non-audit services, subject to all such approvals being communicated to the Committee at its next meeting.

6.    Make the appropriate recommendations to the Board to ensure that the fees charged by the external auditors, for both audit services and other authorized services, are reasonable.

7.    Ensure that the Corporation complies with regulatory requirements pertaining to hiring partners, employees and former partners and employees of the present and former external auditors of the Corporation. To this end, the Committee must pre-approve any hiring of current or former partners and employees of the current or former external auditors and take reasonable steps to ensure that the Corporation complies with the Policy Regarding Hiring Employees or Former Employees of External Auditors.

8.    Maintain direct lines of communication with the external auditors and the head of internal auditing.

9.    The Audit Committee shall meet periodically, at least annually, with the external auditor in the absence of management and the internal auditor.

Oversight and supervision of internal auditor

1.    The Audit Committee shall review and discuss with the internal auditor, report and, where appropriate, provide recommendations to the Board on the following:

      (a)    the appointment and mandate of the internal auditor, including its responsibilities, budget and staffing;

      (b)    the scope and performance of the internal auditor, including a review of the annual internal audit plan, and whether there are any restrictions or limitations on the internal auditor; and

      (c)    obtain periodic reports from the internal auditor regarding internal audit findings, including with respect to the Corporation's internal controls and the Corporation's progress in remedying any material control deficiencies.

2.    The Audit Committee shall meet periodically with the internal auditor in the absence of management and the external auditor.

Oversight and supervision of environmental, social and governance financial reporting

1.    Review information on the Corporation's environmental and social performance in the Corporation's annual reporting and financial filings;

2.    Assess and oversee the enhancement of environmental, social and governance reporting practices along well-recognized standard frameworks, in particular by considering the scope of, and review of disclosures based on recommendations from the Task Force on Climate-related Financial Disclosure's (TCFD) and the IFRS Foundation as it relates to climate-reporting, governance, strategy, risk management, and metrics and targets; and

3.    Review the progress of sustainability practices via the Corporation's green bonds framework disclosure.


Oversight and supervision of compliance with legal requirements

1.    Assist the Board in overseeing the Corporation's compliance with applicable legal and regulatory requirements.

2.    The Audit Committee shall review any litigation, claim or other contingency and any regulatory or accounting initiatives that could have a material effect upon the financial position or operating results of the Corporation and the appropriateness of the disclosure thereof in the documents reviewed by the Audit Committee.

Other:

1.    Review and recommend for Board approval pension plan funding changes, review and approve the asset investment strategy for the Corporation's pension plans; and review on an annual basis reports focusing on the performance, funded status, and other relevant issues relating to the Corporation's pension plans.

2.  Review and take reasonable steps to ensure that the Corporation complies with the terms of the Statement of Investment Policy and Procedure, the Treasury Management Policy, the Schedule of Authority, the Disclosure Policy, the Insider Trading Policy and the Whistleblowing Policy.

3.  Review and recommend to the Board for approval prospectuses, offering memoranda and other financing documents and reports relating to financing transactions requiring Board approval.

4.  Review periodically and discuss with management the Corporation's cybersecurity, privacy and data security risk exposures and measures taken to protect the security and integrity of its management information systems infrastructure and customer data.

5.  Make recommendations with respect to the declaration of dividends by the Corporation.

### III.    External Advisors

The Committee has the authority to engage independent counsel and other advisors as it deems necessary to carry out its duties and to set and pay the compensation of such advisors employed by the Committee. The Corporation shall provide the necessary funds to obtain the services of such advisors as determined by the Committee.

### IV.    Composition of Committee

1.  The Audit Committee shall be constituted in accordance with National Instrument 52 110 – *Audit Committees*, as it may be amended or replaced from time to time ("**NI 52-110**").

2.  All members of the Audit Committee must (except to the extent permitted by NI 52 110) be independent (as defined by NI 52-110), and free from any relationship that, in the view of the Board, could be reasonably expected to interfere with the exercise of his or her independent judgment as a member of the Audit Committee.

3.  No members of the Audit Committee shall receive, other than for service on the Board or the Audit Committee or other committees of the Board, any consulting, advisory, or other compensatory fee from the Corporation or any of its related parties or subsidiaries.

4.  All members of the Audit Committee must (except to the extent permitted by NI 52 110) be financially literate (which is defined as the ability to read and understand a set of financial statements that present a breadth and level of complexity of accounting issues that are generally comparable to the breadth and complexity of the issues that can reasonably be expected to be raised by the Corporation's financial statements).

5.  The members of the Audit Committee and its Chairperson shall be elected by the Board. Unless a Chairperson is elected by the full Board, the members of the Audit Committee may designate a Chairperson among themselves by majority vote of the full Audit Committee membership. An Audit Committee member may resign from the Audit Committee without resigning from the Board, but an Audit Committee member shall tender his or her resignation from the Audit Committee upon ceasing to be a member of the Board.

6.  Any member of the Audit Committee may be removed or replaced at any time by the Board and shall cease to be a member of the Audit Committee on ceasing to be a director. The Board may fill vacancies on the Audit Committee by election from among the members of the Board. If and whenever a vacancy shall exist on the Audit Committee, the remaining members may exercise all powers of the Audit Committee so long as a quorum remains.

### V.    Evaluation

The members of the Committee evaluate themselves together with the effectiveness of the committee as a whole, to assess whether or not the committee is able to accomplish its mandate with efficiency and integrity.

### VI.    Procedures with regard to meetings

The Audit Committee shall meet separately in executive session, in the absence of management, the internal auditors or the external auditor, at each regularly scheduled meeting of the Board, which shall occur not less than four times annually. The Audit Committee has authority to convene additional meetings, as circumstances require. Meetings of the Audit Committee shall be held from time to time and at such place as any member of the Audit Committee shall determine. Each of the president and chief executive officer, the chief financial officer, the internal auditor and the external auditor shall be entitled to request that the chairperson of the Audit Committee (the "Chairperson") call a meeting. The Audit Committee may meet by telephone conference call or by any other means permitted by law or the Corporation's by-laws.

The Audit Committee may ask members of management and employees of the Corporation (including, for greater certainty, its affiliates and subsidiaries) or others (including, the external auditor) to attend meetings and provide such information as the Audit Committee requests. Members of the Audit Committee shall have full access to information of the Corporation (including, for greater certainty, its affiliates, subsidiaries and their respective operations) and shall be permitted to discuss such information and any other matters relating to the results of operations and financial position of the Corporation with management, employees, the external auditor and others as they consider appropriate.

The Committee maintains the records it deems necessary with respect to its deliberations and reports its activities and recommendations to the Board. The members may participate in the meetings in person, by telephone, by electronic means or by any other means of communication. The written resolutions, signed by all the members of the Committee entitled to vote on these resolutions at committee meetings, have the same value as if they had been adopted at such meeting.

## VII.    Quorum and Voting

Unless otherwise determined, from time to time, by a resolution of the Board, two members of the Committee constitute a quorum for the purposes of deliberations on a matter raised at a meeting. In the absence of the Chair of the Committee, the meeting is chaired by a member who is present and who has been chosen by the other members. During a meeting, all matters are decided by majority vote expressed by the members of the Committee, unless only two members are present, in which case all matters are decided on a unanimous basis.

## VIII.    Secretary

Unless otherwise determined by a resolution of the Board, the Corporate Secretary of the Corporation will act as the secretary for the Committee. In the event that the Corporate Secretary is unable to act as the secretary of the Committee, the members present at a meeting may appoint an interim secretary for that meeting.

## IX.    Vacancies

Any vacancy that occurs, at any time, shall be filled by a resolution of the Board.

## X.    Limitations on Audit Committee's Duties

Nothing contained in this Charter is intended to expand applicable standards of liability under statutory or regulatory requirements for the directors of the Corporation or the members of the Audit Committee. Even though the Audit Committee has a specific mandate, it does not have the obligation to act as auditors or to perform audits, or to determine that the Corporation's financial statements are complete and accurate.

Members of the Audit Committee are entitled to rely, absent knowledge to the contrary, on (i) the integrity of the persons and organizations from whom they receive information, (ii) the accuracy and completeness of the information provided, and (iii) representations made by management as to the non-audit services provided to the Corporation by the external auditors. The Audit Committee's oversight responsibilities are not established to provide an independent basis to determine that (i) management has maintained appropriate accounting and financial reporting principles or appropriate internal controls and procedures, or (ii) the Corporation's financial statements have been prepared in accordance with generally accepted accounting principles and, if applicable, audited in accordance with generally accepted accounting standards.

# Appendix B

## Non-IFRS Accounting Standards Measures

To provide more information for evaluating the Corporation's performance, the financial information included in our financial documents contains certain data that are not performance measures under IFRS[®] Accounting Standards as issued by the International Accounting Standards Board ("IFRS Accounting Standards"), which are also calculated on an adjusted basis to exclude specific items. Those performance measures are called "Non-IFRS Accounting Standards measures". We believe that providing those Non-IFRS Accounting Standards measures is useful to management, investors, and analysts, as they provide additional information to measure the performance and financial position of the Corporation.

The following Non-IFRS Accounting Standards financial measures are used in our financial disclosures:

- Gross profit;
- Earnings before interest, taxes, depreciation, amortization and impairment ("EBITDA") and adjusted EBITDA;
- Interest-bearing debt and net interest-bearing debt.

The following Non-IFRS Accounting Standards ratio is used in our financial disclosures:

- Leverage ratio.

Non-IFRS Accounting Standards financial measures and ratios are mainly derived from the consolidated financial statements but do not have standardized meanings prescribed by IFRS Accounting Standards. These Non-IFRS Accounting Standards measures should not be considered in isolation or as a substitute for financial measures prepared in accordance with IFRS Accounting Standards. In addition, our definitions of Non-IFRS Accounting Standards measures may differ from those of other public corporations. Any such modification or reformulation may be significant. These measures are also adjusted for the pro forma impact of our acquisitions and impacts of new accounting standards if they are considered to be material.

*Gross profit.* Gross profit consists of Revenues less the Cost of sales, excluding depreciation, amortization and impairment. This measure is considered useful for evaluating the underlying performance of our operations.

The table below reconciles Revenues and Cost of sales, excluding depreciation, amortization and impairment, as per IFRS Accounting Standards, to Gross profit:

| | 52-week period ended |
|---|---|
| *(in millions of US dollars)* | **April 27, 2025** |
| **Revenues** | **72,856.8** |
| Cost of sales, excluding depreciation, amortization and impairment | 59,835.5 |
| **Gross profit** | **13,021.3** |

Please note that the same reconciliation applies in the determination of gross profit by category and by geography presented in the section "Summary Analysis of Consolidated Results for Fiscal 2025" of our Management Discussion & Analysis for the 52-week period ended April 27, 2025 available on SEDAR+ at www.sedarplus.ca.

*Earnings before interest, taxes, depreciation, amortization and impairment ("EBITDA") and adjusted EBITDA.* EBITDA represents Net earnings plus Income taxes, Net financial expenses, and Depreciation, amortization and impairment. Adjusted EBITDA represents the EBITDA adjusted for acquisition costs, the impact from changes in accounting policies and adoption of accounting standards, as well as other specific items for which the impact on consolidated results is not deemed indicative of future trends. These performance measures are considered useful to facilitate the evaluation of our ongoing operations and our ability to generate cash flows to fund our cash requirements, including our capital expenditures program, share repurchases, and payment of dividends.

The table below reconciles Net earnings, as per IFRS Accounting Standards, to EBITDA and adjusted EBITDA:

| | 52-week period ended |
|---|---|
| *(in millions of US dollars)* | **April 27, 2025** |
| Net earnings | **2,592.4** |
| Add: | |
| Income taxes | **729.7** |
| Net financial expenses | **512.5** |
| Depreciation, amortization and impairment | **2,105.4** |
| **EBITDA** | **5,940.0** |
| Adjusted for: | |
| Acquisition costs | **19.4** |
| **Adjusted EBITDA** | **5,959.4** |

*Interest-bearing debt and net interest-bearing debt.* Interest bearing-debt is the sum of the following balance sheet accounts: Short-term debt and current portion of long-term debt, Long-term debt, Current portion of lease liabilities and Lease liabilities. Net interest-bearing debt corresponds to the previous measure minus Cash and cash equivalents. Both measures are considered useful to facilitate the understanding of our financial position in relation with financing obligations.

The table below presents the calculation of these measures:

| | As at April 27, 2025 |
|---|---|
| *(in millions of US dollars)* | |
| Short-term debt and current portion of long-term debt | **690.2** |
| Current portion of lease liabilities | **523.9** |
| Long-term debt | **8,776.8** |
| Lease liabilities | **3,965.4** |
| **Interest-bearing debt** | **13,956.3** |
| Less: Cash and cash equivalents | **(2,263.0)** |
| **Net interest-bearing debt** | **11,693.3** |

*Leverage ratio.* This measure represents a measure of financial condition considered useful to assess our financial leverage and our ability to cover our net financing obligations in relation to our adjusted EBITDA.

The table below reconciles net interest-bearing debt and adjusted EBITDA, for which the calculation methodologies are described in other tables of this section, as well as the pro forma impact of the acquisition of certain European retail assets from TotalEnergies SE, with the leverage ratio:

| | 52-week period ended |
|---|---|
| *(in millions of US dollars, except ratio data)* | **April 27, 2025** |
| **Net interest-bearing debt** | **11,693.3** |
| Adjusted EBITDA | **5,959.4** |
| Pro forma adjustments[1] | **—** |
| **Adjusted EBITDA and pro forma adjustments** | **5,959.4** |
| **Leverage ratio** | **1.96 : 1** |

(1)   Represents the pre-acquisition EBITDA estimate of the European retail assets acquired from TotalEnergies SE, as well as the estimated impact of synergies and required capital expenditures for the same period. EBITDA used in determining this adjustment is derived from unaudited financial information. Please refer to the "Forward-Looking Statements" section for additional information on expected synergies.

ALIMENTATION COUCHE-TARD INC.
4204 Industriel Boulevard
Laval, Québec H7L 0E3
Canada



# EXHIBIT 3

# Responsible Retailer

## *Our Global Commitment*



**Sustainability Report *2025***






# Table of Contents

Who We Are — 3

A Message from
the Executive Chairman
of the Board and
the President and CEO — 4

A Message from the Chief
People Officer and Leader
of Couche-Tard's
Sustainability Efforts — 5

Our Sustainability Framework — 6

Key Achievements so Far — 7

Planet — 8

People — 21

Prosperity — 30

Scope of the Report — 41

Climate-Related Disclosures — 42

Data Table — 55

Forward-Looking Statements — 59

## Who We Are

We are a leading destination for convenience and mobility globally. Working with approximately 146,000 people at more than 17,000 locations in 29 countries and territories, we serve over 9 million customers daily. We are constantly evolving to meet customers' needs, create welcoming and safe workplaces for our people, minimize our impact on the environment and be a trusted neighbour in the communities we serve. We believe that we can play a meaningful role in the journey toward a cleaner and safer future.

## What We Do



### Road Transportation Fuel Operations

We sell road transportation fuel at our stores under our corporate brand or the brand of our partners. We have been increasing our offering of renewable fuels and electric vehicle (EV) charging as we move toward a cleaner future.



### Merchandise and Service Operations

We offer traditional convenience store items, including fresh food and foodservice, coffee, dispensed beverages, and car wash services. Our customers can rely on our experience as a responsible retailer of age-restricted products such as lottery tickets, tobacco products, and alcoholic beverages.



### Other Non-Retail Business

We sell bulk fuel to a wide range of industrial, commercial, and independent business owners.



## Our sites

**7,115**
**United States**

**2,102**
**Canada**

**5,260**
**Europe and Other Regions***

**2,474**
**International Licensees**

*Hong Kong

*In this report, 2025 refers to our fiscal year from April 29th, 2024 to April 27th, 2025, unless otherwise indicated. All financial information presented is in US dollars unless stated otherwise.*

# A Message from the Executive Chairman of the Board and the President and CEO



**Alain Bouchard**



**Alex Miller**

When our first store opened in Laval, Canada, 45 years ago, what mattered most was being a good, responsible retail leader and caring for our store team members, customers, and community. Today, as Couche-Tard has grown to nearly 17,000 stores and over 146,000 team members across 29 countries, that commitment is a global one and stronger than ever.

This past year marked another key milestone in our company's history with Alex Miller becoming our third President and CEO. Having risen through the ranks in operations, network optimization, and fuel, Alex brings a deep global understanding of how sustainability comes to life in every part of our business. His leadership is grounded in our shared vision of operating as a Responsible Retailer while creating a kinder, safer, and more sustainable world— one store and one community at a time.

Our 2025 Sustainability Report illustrates the scale of our global commitment and the breadth of our responsibility as a leader in convenience and mobility. We recognize that meaningful sustainability efforts – from waste reduction and charitable support to people development and innovations in food, beverage and mobility solutions -- must acknowledge and be rooted in the needs, concerns and dynamics of the broad markets and the diverse customers and communities we serve around the world.

The world continues to evolve – socially, economically, and geopolitically – and the expectations of our stakeholders continue to evolve along with it. As we strive for growth while navigating this changing landscape, our values remain our compass. To meet those challenges, we will continue to work as One Team, Taking Ownership of our global commitments, while Doing the Right Thing for our customers, team members, and suppliers.

Thank you for your continued support and engagement as we move forward together to build a more sustainable future for our people, our communities, and our planet.

**Alain Bouchard**
Executive Chairman of the Board

**Alex Miller**
President and Chief Executive Officer

# A Message from the Chief People Officer and Leader of Couche-Tard's Sustainability Efforts



**Ina Strand**

Nearly eight years ago, I moved from my native country, Norway, to North America to become Couche-Tard's first-ever Chief People Officer. The following year, I was tasked with starting and embedding sustainability as a lens to our business. Now, as I look at what we have accomplished as One Team, I am incredibly proud of the vast reach of our sustainability work and how far we've come in our journey. From strengthening our people culture by prioritizing the safety and well-being of our team members to becoming a world leader in EV charging, being a responsible retailer is a truly global commitment.

Where our journey really comes to life is through the intersection of sustainability and employee engagement – which is why I'm delighted to share that, for the fourth consecutive year, Couche-Tard has been recognized by Gallup as an Exceptional Workplace. This recognition reflects our culture where people are empowered to thrive, grow their careers, and bring their authentic selves to work every day – no matter where they come from or where they work in the broad and varied communities we serve across our global network.

We know from research that highly engaged teams consistently deliver better business results. But more than those metrics, when our team members see that we are serious about our sustainability commitments, they become even more motivated to support our progress.

And thanks to their engagement, we're making meaningful strides across our network. As we respond to the diverse and evolving mobility needs of our customers across the markets we serve, we continue to build on our leadership position in EV charging infrastructure while expanding the availability of other renewable fuels. Meanwhile, we are significantly reducing food and packaging waste and improving energy efficiency, and our dedicated efforts toward zero harm and our annual Kindness Days are creating safer, more respectful environments in our stores.

No doubt, while we live in a dynamic and challenging world, we remain steadfast in our commitment as a responsible retailer. For that, I want to thank all our team members, customers, and shareholders for their ongoing support and engagement. Together, we will continue to build a more sustainable future.

*Ina Strand*

**Ina Strand**
Chief People Officer and Leader
of Couche-Tard's sustainability efforts



# Our Sustainability Framework



**PILLARS**

**Planet**

**People**

**Prosperity**

**UN SUSTAINABLE DEVELOPMENT GOALS**

7 AFFORDABLE AND CLEAN ENERGY

12 RESPONSIBLE CONSUMPTION AND PRODUCTION

5 GENDER EQUALITY

8 DECENT WORK AND ECONOMIC GROWTH

16 PEACE, JUSTICE AND STRONG INSTITUTIONS

17 PARTNERSHIPS FOR THE GOALS

**FOCUS AREAS**

| Our Offering | Our Sites | Our Customers | Our Culture | Our Communities | Our Suppliers | Our Governance |

 Fuel

 Energy

 Foodservice

 Workplace Safety

 Culture

**INCREASE** RENEWABLE DISPENSERS

**REDUCE** SCOPE 1 AND 2 EMISSIONS

**MINIMIZE** FOOD AND PACKAGING WASTE

**REDUCE** ROBBERIES AND INJURIES

**EQUAL** OPPORTUNITIES

**$1 billion investment in our renewable projects (over 10 years since 2020)**

# Key Achievements so Far



- We have over 6,000 renewable dispensers – achieving well over our goal of 4,300 by the end of calendar 2025
- Circle K delivery fleet in Ireland (all vehicles) and internal fleet in Norway (30 vehicles) transitioned to HVO in 2025
- Our EV charging hub in Järna, Sweden awarded third place for the best EV hub in the world
- Continued solar expansion at select sites
- Upgraded over 2,000 HVAC systems from standard efficiency to high efficiency in North America
- Installed tune filters and energy blankets at select sites to improve energy efficiency
- Our Irish BU is completely powered by renewable energy
- 29% of our packaging by weight meets sustainable attributes meeting our end of calendar 2025 goal
- Saved over 2 million meals with our Too Good To Go partnership
- Refillable and reusable cups and mugs used 40 million times this year in North America and Europe



- Globally, we have seen a 52% decrease in robberies, achieving our target of a 50% decrease by end of calendar 2025
- 26% decrease in global injuries in 2025
- 55% decrease in robberies in U.S. since 2020 baseline
- For the 4th year winning the Exceptional Workplace Award from Gallup
- We were honoured to receive the 2024 Top Women in Convenience (TWIC) Corporate Empowerment Award
- YTD a 70% internal promotion rate demonstrating a culture where team members can develop and grow
- 63% women in managerial positions and 37.5% women at the Board of Directors
- Scored 4.51 (92nd percentile) on the question "I feel comfortable being myself at work" in our annual engagement survey myVOICE
- Held our first European Kindness Week



- Raised $912,000 in partnership with Børns Vilkår and BørneTelefonen in Denmark together with our customers for their help line which offers free and anonymous counselling to children
- Presented the American Red Cross a $100,000 donation to support relief and recovery efforts for affected communities of the California wildfires
- Continued to engage our suppliers, vendors, service providers, agents, brokers, and manufacturers to adhere to standards in our Supplier Code of Conduct
- Received Best in Sector: Consumer Staples award at the 2025 Investment Relations Impact Awards
- Began the work of our first double materiality assessment
- Held our first ever Global Sustainability Week



**Planet**

## CALENDAR 2025 GOALS


**Fuel**

**4,300 renewable dispensers**


**Energy**

**50% reduction in scope 1 and 2 emissions**


**Foodservice**

**25% increase in sustainable food packaging in our own products**

**$600 million investment in renewable projects**

## Our Collective Challenge

Recent changing weather patterns and another year of record-breaking temperatures have highlighted the importance of reducing greenhouse gas emissions. Maintaining clean water, air, and soil, along with preserving biodiversity, remains crucial. Consumers globally are encouraging companies like ours to adopt innovative solutions and practices to protect our planet's health.

As a global convenience and mobility retailer, we have a significant role to play, by increasing our offering of renewable fuel options for our customers, improving the energy efficiency of our operations, reducing resource use in our processes and supply chains, and helping to reduce waste generation by promoting sustainable alternatives.

## How We Can Make a Difference

We meet 9 million customers every day, giving us that many opportunities to influence their daily choices.

We are committed to helping to make a range of mobility energy alternatives more accessible and to supporting customers and communities in their choices. In addition to increasing our offerings of biofuels, we continue to build and invest in our global EV charging network and have committed to investing $1 billion into our renewable projects over ten years from 2020 to 2030.

We are working to lower our direct consumption of energy and identify cost effective options for less carbon intense sources for our electricity, fuel, and refrigerants. In 2025, we are working toward our goal of reducing Scope 1 and 2 emissions from energy consumption by 50% by the end of the calendar year.

Always listening to our customers, we aim to meet the evolving demand for fresh, healthy, local, and sustainable food options. We are constantly improving the range of both our packaged products and food services. In addition, we work to reduce waste, improve resource efficiency as well as recover and recycle the water we use wherever possible.

### Key Solutions

✓ Expanding our EV charging network and broadening our offer of fuels, including renewable options

✓ Reducing energy use at our stores and in our wider supply chains

✓ Increasing our use of clean electricity

✓ Reducing chemicals and recycling water in our car washes

✓ Switching to more sustainable packaging and encouraging the use of reusable cups and mugs

 **Planet**    People    Prosperity

# Our Offering

**Provide easy access to more sustainable fuel, e-mobility, food and beverages and car wash options**

## Mobility
### Fuel and Sustainable Alternatives

As a responsible retailer in the mobility space, we are contributing to a more sustainable future by continuously increasing our offering of cleaner energy alternatives that our customers are interested in buying and that are available to us as a retailer.

This includes our portfolio of dispensers with 100% renewable and sustainable energy and fuel choices. Globally, we currently have more than 4,000 dispensers with renewable alternative fuel and approximately 3,300 charge points for electric vehicles. While this means we have surpassed our 2025 goal of 4,300 renewable dispensers, there is still much work to do to reach our ambition of 10,000 dispensers by 2030. This past year, we continued our roll-out of charge points, including those aimed at the heavy-duty vehicle segment.

We are also helping to reduce greenhouse gas emissions by converting our own fleets to sustainable fuels where efficient and feasible. This past year, in Norway, we converted our internal fleet of 30 fuel distribution trucks from conventional diesel to biodiesel—specifically Hydrotreated Vegetable Oil (HVO). Since November 2022, the Circle K fuel delivery fleet in Ireland has been running on HVO, saving approximately 14,000 tonnes of $CO_2$, which is equivalent to approximately 230,000 tree seedlings grown for 10 years.



### Increasing Renewable Fuel Offerings

We have been making strides with our offering of milesBIO HVO100 in several of our European business units including Norway, Sweden, Denmark, and Ireland. In Ireland, to promote the adoption of this sustainable fuel, several Circle K locations held a one-week special offering milesBIO HVO100 at the same price as diesel, saving an estimated 500 tonnes of $CO_2$ during that week alone. Through the introduction of HVO, Circle K is also supporting businesses with fleet operations in reducing their carbon emissions.

In 2025, at 41 sites in southern California, the diesel offerings were converted to 100% renewable diesel. HVO, or Hydrotreated Vegetable Oil, is a diesel fuel made from renewable feedstocks sourced from vegetable oils, used cooking oils and various waste and by-products from the food industry.

 **Planet**      People      Prosperity



In the U.S., under the federal government's Higher Blend Infrastructure Incentive Program, we have been awarded two grants to fund infrastructure upgrades in the Northern Tier and Heartland business units so that we can increase our offering of E15 fuel. These projects are planned to start in the next fiscal year (2026).



**Europe (Ireland):** In 2025, renewable fuel blending increased to 25% and 11 new HVO locations were added, including four under canopy solutions for B2C and fleet customers.

## Building Charging Networks

It's been another high-growth year for our e-mobility business in Europe. The share of chargers with ultra high speed (equal to or above 150kWh) at Circle K European sites is now 96%. Customers appreciate our integrated convenience and charging, with Circle K now ranking first as the preferred charging destination in Norway and Sweden. This customer appreciation is evident in our performance, with a nearly 60% increase in charging volumes, significantly driven by high traffic growth per charge point.

In Germany, Belgium, Netherlands and Luxembourg, we have migrated our charging network to a Circle K-controlled platform. In 2025, we also accelerated charger deployment, initiating our journey towards becoming a leading EV charging provider in our key markets in those countries. In total we now have over 2,800 Circle K-branded and operated fast chargers in Europe, and over 600 chargers operated by partners.

 **Planet**     People     Prosperity



> *From growing our network in North America and Central Europe to pioneering pilots in the Baltics and Poland, our vision is clear: to make Circle K as the go-to destination for EV drivers.*
>
> **Håkon Stiksrud**
> Head of eMobility

In North America, we added 182 new charging points in 48 stores across priority regions to improve accessibility and support the shift to electric mobility, resulting in a total of 439 charging points in 2025. This past year, our network expanded by 70% compared to 2024, while transactions surged by 320%.

As we continue to expand our EV charging network across North America, we're identifying and pursuing opportunities to bring new value to our mobility customers. In North Carolina, we have transformed one of our sites into the largest EV charging destinations in the state. Meanwhile, we cut the ribbon on our first EV site in Kentucky, which is the first of many in the Circle K network to be supported by a grant from the U.S. Federal Highway Administration (FHWA) National Electric Vehicle Infrastructure (NEVI) program, launched in 2021 to help fund the expansion of EV charging infrastructure across the U.S.



**Europe (Sweden):** Our EV charging Hub in Järna, Sweden, was shortlisted in the top 10 and awarded third place for the Best EV Hub in the World award by Global Convenience Store Focus, in a very close competition. This recognition showcases our commitment to creating exceptional EV charging infrastructure and delivering the best customer experiences.

 **Planet**    People    Prosperity



**North America (North Carolina):** Along the critical I-95 East Coast corridor in North Carolina, we've transformed a site into the largest EV charging destination in the state. 20 alternate-branded chargers and 5 Circle K charging spots are now available, and we've added 5 high-speed diesel lanes with diesel exhaust fluid (DEF), which reduces the Nox gases produced by diesel engines, a CAT scale to weigh vehicles, and truck parking in addition to our 18 traditional fuel dispensers.



# Food and Beverages

## Reducing Packaging and Waste, Recycling Materials, and Replacing Plastics

With our global portfolio of on-the-go food and beverages, we can make an impact on helping to reduce waste. We continue to look for more sustainable options and make it easy for our customers by delivering a quality experience while supporting efficient operations for our store teams.

Through collaboration with our suppliers, we are seeking to find the best solutions to exceed customer expectations while mitigating the impact on the planet. These efforts have increased our use of certified materials as well as recycled content in our packaging. We continuously look for opportunities to reduce virgin plastics and seek more sustainable solutions.



**North America (Rocky Mountain):** On January 1, 2024, Colorado's ban on polystyrene foam food containers and single-use checkout bags came into effect. In keeping with this legislation, our sites have shifted to paper and recyclable plastic cups, and we offer paper bags for a fee and will be introducing reusable bags.

**Planet**    People    Prosperity





**Hong Kong:** We have reduced the use of plastic straws and cutlery at our food counters by switching to wooden or paper materials, eliminating the use of 3,180,000 plastic items in the past year and saving $19,616.

## Sourcing from Certified Suppliers

In 2025, driving our work to reach a 25% improvement in our packaging compared to our 2020 baseline, we gathered data globally on current branded packaging specifications, measuring our progress to date. The results show that we have already exceeded our 2025 goal, with 29%* of our packaging portfolio by weight meeting our sustainable attributes: recycled content, certified materials, reusability, or compostable materials.

Our Norway business unit has signed a plastic partnership agreement with the government, aiming to reduce plastic in single-use packaging. In Poland, 100% of our food packaging is recyclable. In Germany, customers can enjoy 100% sustainable packaging for our bakery products.

We recognize the importance of making responsible choices for a better future. As part of our efforts to support the transition towards a more sustainable food chain, we work with our suppliers to offer our customers certified and sustainably sourced products, as per our Supplier Code of Conduct.

We have a strong partnership with Rainforest Alliance in Canada and Europe and since 2021, we are committed to serving 100% sustainably sourced or certified coffee in all our stores.

We are continuously expanding our offer of organic, vegetarian and vegan options. In the Baltics, we have entered into an exclusive partnership to offer an oat-based, non-dairy coffee pairing at all 264 Circle K locations across Estonia, Lithuania and Latvia.



* During the drafting of this report, an error was identified in the mapping of supplier data to sales data in the previous FY23 analysis. As a result, the total percentage of sustainable packaging in our 2024 report should have been 29%, not 32%. This adjustment ensures accuracy in our reporting and reflects our commitment to transparency.

 **Planet**     People     Prosperity

## Reducing Food Waste

Our commitment to food waste reduction is stronger than ever. In fact, we've reached a major milestone in our partnership with Too Good To Go, saving over 2 million meals. With thousands of participating stores, this initiative continues to grow as a key part of our sustainability efforts.

Last year we announced an expansion of our partnership with Too Good To Go, the global social impact company behind the world's largest marketplace for surplus food. Through their free mobile app, customers have the chance to save good food from going to waste, at half of the original price or less.



**Europe (Ireland):** Since Ireland's introduction of the Deposit Return Scheme in February 2024, 3.6 million containers have been accepted by DRS machines at our sites.



We have now reached nearly 8,200 stores on the platform across the U.S., Canada, Poland, Norway, Denmark, Sweden, Germany, Netherlands, and Belgium. Since the beginning of our partnership with Too Good to Go in 2018, Circle K and Couche-Tard customers have been significantly reducing food waste, avoiding the equivalent of more than 3,470,000 kg of carbon dioxide equivalent ($CO_2e$) and the unnecessary use of more than 1 billion litres of water.

 **Planet**     People     Prosperity

## Fresh and Healthy Food

We aim to provide fresh and healthy food and beverage options from sustainable sources, produced in line with our high safety standards to deliver what our customers are looking for in our stores.

Our Europe Foodservice demonstrates support for the World Health Organization (WHO) targets for a healthy diet in its choices of vendors during the tender process. WHO requirements (e.g. reduced salt, saturated fat and sugar; minimized allergens) have also been added to our internal innovation processes as we aim to make attractive, healthier offers available for customers. We are transparent with food regarding allergens, ingredients and nutritional information so that our customers can make informed choices.



## Food Safety

Food safety is always top of mind. Our food service suppliers and private brand production facilities are guided by our food safety standards and procedures that adhere to international best practices.

We regularly conduct food safety audits in stores across our global network. Data is monitored and used for continuous improvement activities. In 2025, initial audits resulted in an approval rate of approximately 96%; stores with non-conformities made the required changes and were approved in the second audit.



In North America, healthy options lead our cold Grab & Go offering, providing customers with a fresh-food-forward approach. We ensure clear menu labelling on all our prepared hot foods, empowering our customers to make informed decisions as they pertain to ingredients, allergens and nutritional declarations. We are continuing to expand our assortment of fresh and healthy foods, including a broader range of salads, fruits and vegetables.

This year, we continued to roll out our digital food safety system across our global network. The system is now installed in 5,000 stores in North America and approximately 800 stores in Europe.

Food safety training also continued throughout the year. All store managers are required to participate in a full day of training, and all team members must complete detailed training. We also continued to build awareness, with food safety awareness days for office employees and managers at our new stores in Belgium and Luxembourg, and direct awareness activities for our sales representatives in our other European business units.

 **Planet**    People    Prosperity



## Supporting Animal Welfare

We are collaborating with our supply chain partners to explore and implement solutions focused on enhancing environmental sustainability and promoting animal welfare across all our markets.

We have already converted 100% of our North American private brand labelled hard-boiled eggs snack packs to cage-free eggs and are seeking to expand these efforts into our ready-to-eat and prepared hot foods. While our efforts have been hindered by complex supply chain challenges resulting from a global bird flu pandemic, we are continuing to track market conditions and seizing opportunities to make progress. In Estonia, all the eggs in our sandwiches are also cage free, and in Norway and Denmark, we have maintained 100% compliance with European Chicken Commitment (ECC) standards.

Our procurement teams work with suppliers, reinforcing our commitment to selling cage free eggs, and aligning this standard across all Circle K-branded stores.

## Car Wash

## Recovering and Recycling Water

We continue to take steps towards saving water at all our car wash sites and to monitor developments in relevant regulations.

In 2025, we installed 50 new machines and 14 refurbished machines across our North American network, helping to reduce water consumption overall. In Europe, we replaced 150 roll-over machines to include Germany, Netherlands, Belgium and Luxembourg. Each new machine comes with either a Water Reclamation system, reclaiming up to 50% of the water used, or an RO Recovery Capture system, which reuses reject water (1:1 ratio) that would otherwise have gone down the drain.



## Using Less Chemicals

We aim to reduce the use of chemicals in our car washes and choose environmentally adapted products when possible.

In 2025, we assessed our entire washing process to identify opportunities for reducing water, energy, and chemical usage. By optimizing various stages, we successfully decreased the consumption of high-alkaline chemicals and adjusted brush passes and drying times. This ongoing effort by our teams continues to enhance our environmental progress.

This fiscal year, a new car wash tender process was conducted, with a strong focus on health, safety and environmental criteria.

 **Planet**     People     Prosperity

# Our Sites

**Reduce our carbon footprint and improve resource efficiency.**

## Reducing Waste at Our Sites

We continue to look for ways to recycle and reduce our use of materials, as well as support local recycling initiatives.

In our ongoing efforts to improve diversion of cardboard, we continued to leverage small-format cardboard balers in backrooms at sites within the U.S. With this program, we were able to collect and recycle 66 tons of cardboard in these 15 locations. We continue to monitor these sites to understand efficiency for store teams, cost optimization and additional opportunities.



**North America (Florida):** We partnered to reduce plastic in landfill by creating a new waste stream for the bag liners within our bag-in-box packaging. As a result, we diverted 2.5 tonnes of plastic from landfills.

Our European business units handle waste according to the Waste Framework Directive, which covers best practice methods for waste disposal, recovery, recycling, re-use, and prevention. According to this directive, waste should be managed without endangering human health and the environment, without risk to water, soil, plants, or animals, and without nuisance through noise and odours.

All stores in European countries are subject to regulations mandating multi-stream separation of materials, although the exact mandated streams vary by region. Thus, all our European stores separate waste into multiple waste streams including food waste, plastic and or cans, cardboard, hazardous waste, and residual waste. Our European business units receive and review waste data regularly to identify more cost-efficient waste management approaches. Many of them have implemented waste initiatives: for example, Ireland has appointed "Waste Champions" who are accountable for waste handling procedures. Sweden has multi-stream waste bins available in checkout lines.

In Canada, we have implemented a rigorous and structured approach to waste management, aligned with our commitment to operational excellence and environmental responsibility. Clear procedures are actively communicated across all levels of operations, supported by a cross-functional collaboration with internal experts. This collaboration led to the development of a dedicated waste management training module now deployed through our Workday platform.



**North America and Europe:** Across North America and Europe, we continue to highlight our reusable vessels and encourage customers and team members to bring their own reusable cups and mugs. In 2025, we eliminated over 40 million single use cups from the waste stream.

 **Planet**    People    Prosperity

A key success factor has been the introduction of on-site waste champions—an approach inspired by best practices from our Irish operations. These champions help ensure accountability and consistency in waste handling procedures. Leaders in our Operations teams further reinforce these standards during regular site visits.

To support front-line execution, educational visuals have been installed in store backrooms and food preparation areas. These include posters and labels on waste bins and syrup racks to guide proper sorting and disposal.

Our efforts also extend to waste reduction and landfill diversion. We ensure that all waste streams—garbage, recycling, and organics—are clearly identified to facilitate proper segregation. We continuously explore reuse opportunities, particularly in food management. Current initiatives include price reduction programs for near-expiry items, reusing expired milk for animal feed, and longstanding partnerships such as our over 10-year collaboration with Moisson Laval (Quebec) and participation in the Too Good To Go platform. In Quebec's support office in Laval, team members were inspired to start an office composting initiative for all compostable food items, reducing the amount of organic waste going to landfills.



**North America (Eastern Canada):** At our Laval Distribution Centre, we've recycled over 200 metric tons of cardboard, paper, plastic, and metal. The use of reusable bins and trays has reduced the need for single-use packaging. Additionally, our product diversion program allows employees to purchase damaged goods at cost, helping minimize waste while offering a practical employee benefit.

## Reducing Emissions from Our Supply Chain

As part of our efforts to reduce emissions from our supply chain, we have taken a number of actions at our terminals around the globe and within our in-house transport fleets in the U.S. and Europe.

Ongoing initiatives at our terminals include replacing old heating systems with new air heat pumps, switching to LED lighting, and installing new air compressors with lower electricity consumption. We also have processes in place to ensure more efficient use of ships and to collect contaminated materials. We have installed frequency-controlled pumps at our terminals to reduce electricity consumption and to ensure that the equipment is used in the best way.



We continue to improve the fuel efficiency of our fleet. Beyond replacing old tanker trucks with more fuel-efficient models, we've introduced HVO at several terminals and converted our in-house fleets in Ireland and Norway entirely to HVO fuel. In 2025, we also began optimizing fleet tire management to minimize emissions and waste.

 **Planet**      People      Prosperity

# Reducing Energy Consumption

We have already made significant reductions to our energy consumption globally, but we know that we can do more. We have ongoing programs to upgrade our equipment and are continually looking for ways to make our systems more energy efficient.

Across our North American network, our "One Touch" energy upgrade program is now complete. This has included the installation of LED lights for store interiors and exteriors, high-efficiency motors in walk-in cooler/freezer equipment, occupancy sensors in offices, washrooms and walk-in equipment, and building automation which remotely controls store temperature and exterior lighting. This program is now established as a standard for our new stores, and we assess all acquired stores for gaps to this standard.

In addition, this past year in North America, we upgraded over 2,000 HVAC systems from standard efficiency to high efficiency. This will result in lower electricity consumption, improved maintenance costs and better overall store comfort for customers.

In 2025, our global energy savings projects are a win for our planet and for our company as they resulted in approximately 50,676,800 kWh saved or approximately $6,152,000.



**North America:** We have begun piloting or installing energy blankets at nearly 900 locations spanning from California to Canada. Installed above the ceiling, these panels act as a thermal battery—absorbing and releasing heat to maintain a more stable indoor climate. By reducing the frequency of HVAC cycling, the blankets are expected to optimize HVAC power consumption, extend HVAC equipment lifetime, and reduce heating and cooling energy use by up to 35%.

## Investing in Solar Energy

As we seek to reduce our carbon emissions, we are also investing in solar energy. In 2025, solar panels were installed on the fuel canopies at 70 locations in high-consumption markets in North America. These will offset 30-50% of each store's electricity needs.

In Ireland, all 168 Circle K company-owned locations are now powered by renewable energy from three solar farms. The transformative agreement signed with EDF Renewables Ireland runs until 2036 and positions Circle K as the first forecourt and convenience retailer in Ireland to transition its entire network to 100% Irish renewable energy.



**North America:** We have installed passive harmonic filters in electrical panels at 210 sites in our Gulf Coast, West Coast, and Florida business units so far. This device reduces harmonic distortion and results in a 5–10% energy savings and prolongs the lifetime of the panel and its components.

 **Planet**    People    Prosperity

This switch to solar energy will save an estimated 7,570 tonnes of $CO_2$ annually. The energy from these three solar farms is also being used to power our EV charging network, encompassing 44 locations with our own Circle K-branded chargers and alternate branded chargers.

In Germany, we realized savings from the established Solar Program and finalized connection for all installations with 388 connected to the power grid, including 40 connected in 2025.In the Netherlands, 100 sites are equipped with solar panels placed on canopies and or store rooftops.



Our Northern Tier and Grand Canyon business units in the U.S. are engaged in ongoing solar partnerships. In Minnesota, we are part of a community solar garden until 2029, reducing energy costs and emissions. In Arizona, we joined a 15-year Solar Participation green tariff program in 2019. With these successes, we plan to expand our community solar programs to other North American units in fiscal year (2026).

## Supporting Biodiversity

We are also developing projects to support the planet's biodiversity. In Denmark, INGO team members have planted beds of grass and flowers at 48 sites so that insects can spread pollen. In 2025, this "Fuel the Bees" initiative expanded to 6 more sites in Sweden.



At these sites, we let the grass grow to promote biodiversity and reduce energy consumption and emissions from mowing. Not only do the long blades of grass support biodiversity by providing protection for insects and small animals, but different types of grass also host plants for a number of butterfly species. Grass will continue to be mowed along roadsides and in areas that affect the visibility of the station.



**North America (Eastern Canada):** One of our stores in Montreal has obtained LEED certification, after various updates were made to the building, including its green roof. The green roof is planted with sedum, a kind of succulent weed mix that needs little water and no maintenance. Sedum increases biodiversity by providing a space to live for numerous birds, insects, and living species. Green roofs also significantly reduce the surface run-off from rainfall and help moderate the heat island effect of urban environments.




## People

## CALENDAR 2025 GOALS


**Workplace Safety**

**50% decrease in robberies and work-related injuries**


**Culture**

**Among top 10% employers on Equal opportunities in Gallup**

## Our Collective Challenge

We are living in times of economic unpredictability and persisting geopolitical conflict. For many people, their sense of security and community has been challenged or uprooted by protests, legislation, or public displays of negativity. By providing a safe and positive atmosphere for their employees, businesses can support citizens in contributing to a prosperous society.

Our policies seek to engage employees, provide work-life balance, prevent harassment, and foster decent work environments and fulfilling employment, which in turn support economic growth and stability for all.

## How We Can Make a Difference

We can make a difference by honouring the values we live by: One Team, Do the Right Thing, Take Ownership, and Playing to Win.

We are committed to offering a workplace where all team members feel safe, respected, and able to develop their full potential. With approximately 146,000 team members across the globe, we have a responsibility to ensure their well-being and the capacity to make a real difference in people's lives.

Our winning culture is strengthened even further by our annual Light of Day test, which gives us clear guidelines on how we show up in our stores and support centres. It's a great reminder of the values we live by and how we work together to create an environment of respect and excellence.

The Light of Day test was launched in 2017 as our commitment to care and respect, which are always part of our actions. It reminds us that before we act, we ask ourselves these questions:

- *How would I feel if my actions were broadcasted publicly?*
- *How would I feel if someone acted this way to my family, friends, or me?*
- *How would I feel if my message was published online?*
- *What would others think of my behaviour?*

Our onboarding, training and leadership development programs seek to engage our people and enable them to grow their careers. At the same time, we are continuously improving our programs, procedures, training, and facilities to ensure a safe and healthy environment for our team members and customers. This includes strategic robbery prevention programs, anti-harassment programs, and de-escalation training for team members.

### Key Solutions

✓ **myVOICE survey/Light of Day test**

✓ **Leadership development programs**

✓ **Kindness Week**

✓ **Robbery prevention program**

 Planet     **People**     Prosperity

# Our Customers

## Act as a responsible retailer for our customers.



## Focusing on Our Customers

With a renewed focus on listening to our customers, our global consumer insights team has made receiving customer feedback more accessible through a customer experience program called Talk2US. Talk2Us allows us to proactively listen to our customers in real-time, act on their feedback promptly, resolve issues as they arise, and empower our employees to deliver exceptional service every time.

We also collect key insights on how customers view our brand and how they feel about how we do business. Using this brand tracker, we can gauge areas which are critically important to the customer where we can improve. Using this indirect engagement helps us understand high level topics we should focus on improving to best meet our biggest stakeholders' needs and expectations.

We continue to make our environment safer for our customers. Our enhanced security signage makes it clearer that CCTV systems are in use at every site. The expanded use of LED lighting systems inside our stores makes it easier for customers to see our merchandise and where they are going, while the improved LED lighting in our forecourts provides greater visibility for our guests at night. Additionally, team members follow annual training to enable them to identify potentially dangerous situations and alert our monitoring centre to prevent incidents from escalating.

> *Making it Easy is critical to Winning the Customer, and Talk2Us has given us the insights we need to know if we're doing that day-to-day. This platform has not only helped us to understand customer preferences and pain points, but it is enabling us to act quickly to improve the overall customer experience. And it is empowering our employees at each store to Take Ownership of the customer experience.*

**Matt Dolan**
VP-Great Lakes



 Planet      **People**      Prosperity

# Our Culture

**Foster a safe, welcoming, and inclusive culture where our people can grow together.**

## Global Safety — The Bedrock of Our Organization

Providing a safe workplace is an integral part of our values and embedded in our policies, programs and practices.

Globally, we are governed by the presiding bodies in each country where we operate, such as the Occupational Safety and Health Administration (OSHA) in the United States and the Canadian Centre for Occupational Health and Safety (CCOHS) in Canada. In Europe, we follow the guidance of the European Union's occupational safety and health framework, primarily under the European Agency for Safety and Health at Work (EU-OSHA) and the Framework Directive 89/391/EEC, which sets general principles for managing safety and health at work across EU member states.

## Keeping Our Team Members Safe

Over the past few years, enhancements such as safety signage, lighting, safety programs and more rigorous site standards have made a significant difference in workplace safety for our team members. Since 2020, we've seen a 55% decrease in robberies in the U.S. and a 52% decrease globally – despite opposite external trends. We have worked hard to honour our external commitment to reach a 50% decrease in robberies globally by 2025, and we are proud to say we have now exceeded that goal.

In the U.S., we introduced a plan to help keep our team members safer at night by not handling any cash, which has helped to further reduce robberies. We also expanded de-escalation training throughout our North American business units, ensuring that team members know how to de-escalate situations that could be potentially dangerous or harmful to employees and customers.



## Reducing Work-Related Incidents

Our Circle K Safety Star program continues to show positive results. This interactive mobile app-based training provides game-play opportunities for store team members to learn more about workplace injuries, why we care that they work in a safe manner, and the consequences of poor safety practices.

One of our focus areas has been preventing slips, trips, falls and cuts. As a result, over the last two years, we've seen a significant decrease in work-related injuries. Actions leading to this decrease have included HSE audits with open dialogue; focusing on slips, trips, and falls and safety in food preparation areas; post-incident investigations for all employee slip, trip, fall, and cut incidents; thorough investigations after any injury to identify the root cause and implement corrective actions; and local initiatives and safety campaigns such as additional awareness training and participation in safety commitment activities.

We also promote safety by recognizing strong performance and sharing best practices across our network, such as through our annual Global HSE & Sustainability Award. This year's recognition went to our Ireland business unit, where 81 stores now have anti-aggression systems in place that enable them to quickly request police support when incidents escalate beyond their control.

 Planet     People     Prosperity

## Preventing Harassment and Fostering Kindness

Ensuring a healthy and safe environment for our team members also means taking steps to protect them from harassment and assault.

Building on the success of Kindness Day, held in Europe over the past two years, our European business units held a full week of kindness initiatives with activities designed to promote mutual respect and foster a safe, healthy work environment for all. The goal of Kindness Week is to continue to fight harassment and bring awareness to the importance of treating our team members with kindness and respect.



## Growing Together

We strive to create a culture that fosters the growth of our team members, allowing opportunities for internal mobility, and providing a warm and safe environment for them to flourish. Our onboarding and training programs have empowered many team members to progress from third shift roles to executive positions. Aligned with our Growing Together talent strategy, we make significant investments in development at all levels, which is reflected by our current 70% internal promotion rate at the store level. Since 2021, we have had over 15,000 annual promotions each year, including both store and non-store employees. This consistent, high number of promotions each year highlights our commitment to career development and advancement opportunities for our talented workforce. By prioritizing internal promotions, we not only recognize the hard work and dedication of our employees but also ensure continuity, preserve institutional knowledge, and foster a culture where long-term career growth within our company is achievable.



Both Kindness Week and Kindness Day are part of the awareness-building block in Circle K's anti-harassment program. Other elements include team and leadership training on harassment prevention and de-escalation strategies; simplified reporting mechanisms for incidents, backed by confidential helplines; customer awareness, with visible signage at stations to promote respect for staff; and access to counseling services through Circle K's Employee Assistance Program.

Currently, over 6,000 store managers have completed the Store Manager Development Leadership program, a testament to their individual growth and our commitment to their professional development. Our District Manager Leadership Development Program supports new district managers and those in training to hone their leadership skills and provide them with the tools and resources needed to be successful in our everchanging business environment.

 Planet   People   Prosperity



We are thrilled with the outstanding success of our College to Convenience (C2C) program in 2025, which is designed to support newly hired retail market operations trainees. As of April 2025, we hired 62 retail market operations trainees, with 45% placed as district managers. The program boasts an impressive 78% retention rate.

As we approach the end of 2025, our gamified training program Customer Star 2.0 is having a profoundly positive impact with our store employees. It is designed to drive exceptional sales and service, with AI technology coaching our employees based on their performance.

Our successful Learning for All series enables employees to attend virtual training focused on development and growth, with four main topics: Roll with the Changes, Project Management, Managerial Grid and Difficult Conversations. As of March 2025, the Net Promote Score (NPS) was 72, which is considered an exceptional score in the e-learning Industry.

This year also heralded 146 graduates from our Foundations Leadership Program, which provides early leaders in support functions with critical skills for leading current and future teams and has an NPS score of 83 overall. We also celebrated the completion of our fourth cohort for both the Global Leadership Forum and Emerging Leaders. These programs, which bring together a diverse group of our company leaders representing all business units and functions, continue to equip leaders with the skills and mindset to add value to their everyday work and long term careers.

Finally, we created a formal companywide mentorship program. Currently available to all non-store colleagues, the program gives our people an opportunity to look outside their circle and connect with team members who have a different perspective. Mentees and mentors may come from different backgrounds and/or generations, and when they discuss ideas or situations, both share different perspectives and approaches.  Our mentorship program is a true reflection of our people living by our values and Growing Together as One Team.



**Europe (Baltics):** Our Business Centre in Riga has once again proven its excellence by being awarded the Best Employer of the Year within the Global Business Services sector in Latvia for the fifth consecutive year. In addition to this accolade, Circle K Latvia was recognized as the Best Employer within the Retail sector in Latvia.

 Planet     **People**     Prosperity

# Listening to Our People

For the fourth year in a row, ACT has been recognized as one of the most engaged workplaces in the world, winning the 2025 Gallup Exceptional Workplace Award. This distinction is earned by only 70 organizations globally, and we are yet again among the very few organizations of our size and scale to receive this honour. Despite momentous challenges in a rapidly evolving workplace, Gallup found that Couche Tard continued to engage and develop its people in innovative ways, setting new benchmarks for workplace excellence.

Our annual Gallup myVOICE employee engagement survey allows us to listen to our teams, address concerns and implement suggestions, so we can create an environment where employees feel comfortable bringing their authentic selves to work, contributing to a culture of belonging and empowerment.

In 2025, we achieved a global participation rate of 93% of ACT team members across our global network of stores and support functions responding to our myVOICE employee engagement survey. We again achieved our best engagement rating ever of 4.30, placing us at the 92nd percentile in Gallup's Overall Company Level Database, making ACT a top decile company on this vast and competitive database. Our team members' connection in working for a company that makes a positive impact on their communities score landed at 4.33, while our team members' pride in our efforts to make a positive impact on our planet saw an increase to 4.26.



> *At Circle K, we believe that a highly engaged workforce is the heartbeat of a passionate and purpose driven culture. When our colleagues feel connected, valued, and inspired, they bring their best selves to work – and that energy fuels a healthier, more resilient, and sustainable organization where our colleagues are focused on winning our customers. Our annual myVOICE survey, conducted in partnership with Gallup, continues to be an invaluable tool in helping us listen deeply to our people. Their feedback guides our actions and strengthens our commitment to continuous improvement in engagement year after year.*

**Sue Vandersall**
Vice President,
Executive Succession
Planning and Global Talent
Development



 Planet   People   Prosperity

# Equal Opportunity Employer

Our employee base is deeply rooted in the communities where we work and live. We provide equal opportunities in a respectful, welcoming environment, allowing our people to be themselves and thrive as we grow together. These principles are fundamental to our award-winning, engaged workplace. In this environment, open conversations are welcomed, and everyone's voice matters. Our collaborative approach, combined with our focus on developing internal talent, brings together a wide range of experiences and ideas, driving excellence and innovation across our global network. This commitment to empowering local teams boosts middle management retention and promotions, ensuring that our leadership reflects the communities we serve.

The success of women in our workforce is a notable example of how our leadership reflects the communities we serve. We have both a majority of women in our global workforce as well in managerial positions in the business. Women also make up 37.5% of our board of directors, and as of the date of this report, 35% women directors and up. As part of being rooted in our communities, the Irish business unit has broadened its recruitment efforts, including applicants with developmental challenges, providing them rewarding, paid, and permanent employment opportunities. This initiative has led to 35 work placements and 18 permanent roles being offered.



**Europe (Ireland):** Circle K Ireland has introduced a program called "Be You at Circle K," a company-wide initiative designed to foster a workplace where everyone feels valued, respected, and empowered to be their authentic selves. The program is built around three strategic areas: inclusive recruitment and sustainable employment for people with disabilities, cultivating an inclusive culture through policy development and external accreditation, and cross-functional engagement through our Be You Committee and related calendar events.

The business unit's collaboration with various partners was recently highlighted in an EU and Irish Government publication and was awarded the Guaranteed Irish accreditation for the Irish BU's dedicated efforts to support local employment and community initiatives



# Celebrating Our Achievements

We proudly celebrate the incredible women who lead, innovate, and inspire across our company. Their bold vision and trailblazing spirit are not just breaking glass ceilings—they're redefining what's possible and shaping the future of our industry. Together, we're building a legacy of excellence, driven by passion and a commitment to playing to win.

Convenience Store News named our very own Louise Warner, EVP of NA Operations and Commercial Optimization, as Woman of the Year! Louise has been pivotal in transforming our mobility business. Under her leadership, nearly the entire network now proudly displays the Circle K brand. Her strategic moves have notably advanced our control over our fuel supply, while her initiatives like Circle K fuel days have delighted customers globally. In addition, Louise actively supports the ACT Women's Council as its Executive Sponsor, mentoring women and advocating for their advancement.

We were honoured to receive the 2024 Top Women in Convenience (TWIC) Corporate Empowerment Award. This prestigious recognition, awarded by Convenience Store News, honours a convenience retail company that is paving the way to empower women to lead and grow within their roles.

 Planet    **People**    Prosperity

# Advancing Work-Life Balance

In the U.S., to support financial stability and well-being for new families, we have introduced a new Paid Parental Leave program. The program offers up to four weeks of paid child bonding leave for any parent welcoming a new child aged two and under. Additionally, birthing mothers will receive a "top off" to their short-term medical leave benefit, ensuring 100% pay during the first six to eight weeks post-birth. This new benefit reflects our commitment to a culture that values well-being and supports a healthier work-life balance.

# A Culture that Connects

Our employee-led Business Resource Groups (BRGs) play an important role in making our workplace feel safe, welcoming, and connected. By bringing people together through events, networking opportunities, and the celebration of both individual and collective contributions, BRGs create meaningful connections and help foster a culture rooted in mutual respect and continuous learning. Members of the leadership team serve as Executive Sponsors, offering strategic guidance, thought leadership and support. All BRGs are open to all team members, no matter their identity.



**United States (Texas):** Our Texas business unit marked Martin Luther King Day by distributing "stay warm kits" to the homeless, which included blankets, socks, and hot chocolate. MLK Day is widely celebrated as a "National Day of Service," inspiring individuals to lend a helping hand where it's needed most.



**Canada (Montreal):** In Canada, the Couche-Tard team joined 17,000 other participants and allies in Montreal's Fierté Parade. Team members at two stores along the route handed out coupons offering a free Sloche (Froster) to customers. This initiative is in line with our desire to Do the Right Thing for the communities in which we operate.

This year, the company brought team members together through two impactful Business Resource Group Town Halls. The first, hosted by the PROUD BRG, highlighted powerful personal stories that reflected courage, authenticity, and the drive to create meaningful change. The second Town Hall, led by the REAL BRG, featured voices from all BRGs and focused on Owning Your Career—exploring how team members can take charge of their growth, embrace development opportunities, and tap into the power of mentorship.

 Planet    **People**    Prosperity



**ACT Women's Council:** The Women's Council celebrated Women's Equality Day by showcasing the transformative *Power of Mentorship* and emphasizing the importance of women supporting women—an essential pillar for both personal and professional development. This program provides mentors and mentees with meaningful opportunities to grow, enhance their skills, and cultivate lasting connections.



**ACT PROUD:** In June, our BRG team members and their allies celebrated its new name: ACT PROUD. Members described it as a way of embracing your authentic self, inspiring others, and uplifting those around you to make them feel valued and seen.



**1CMC:** In Canada, team members honoured International Day of the World's Indigenous Peoples, celebrating the traditions and resilience of Indigenous Peoples in Canada and across the globe, and recognizing their invaluable contributions to our world. Team members celebrated Canadian Multiculturalism Day by highlighting the cultural vibrancy that defines our community.



**BRAVE:** Our teams honoured Veterans' Day in the U.S. and Remembrance Day globally, paying tribute to the service and sacrifices of military personnel and veterans who have protected our freedoms. In support of our veteran community, team members now have the option to self-identify their veteran status on our online platforms.



**REAL:** In celebration of Hispanic Heritage Month, the REAL BRG emphasized learning and development by spotlighting influential leaders who have been trailblazers in advancing progress across the industry and in their communities. During Black History Month, the "February Fridays" series provided a powerful platform for team members to share their personal stories and lived experiences, fostering deeper connection and understanding.



**CARE:** This April, as part of the BRG campaign *Understanding Autism: Learning Today, Including Tomorrow*, teams across our global network were invited to show their support by wearing blue on April 10th. This simple gesture carries a powerful message of awareness and support for individuals and families touched by autism.



**Europe (Poland):** In Poland, our Circle K Business Centre in Warsaw was awarded the prestigious Diversity IN Check Certificate, whichplaces them among the top employers in Poland. Initiatives have included implementing a local policy against discrimination, bullying and other unwanted behaviour, embedding training for managers on countering such unwanted behaviour, and promoting parental leave among fathers.



**Prosperity**


| Culture |
|---|

**Serve our communities
and stakeholders to the highest standard**

## Our Collective Challenge

As our world becomes more connected than ever, ties between society and business play an increasingly vital role. Part of promoting a peaceful and sustainable world is about building effective, accountable and transparent institutions, and this requires that large organizations such as ours do their part. We have promised to Do the Right Thing—a pledge to conduct our business ethically, with integrity and honestly, with the support and collaboration of our supplier community.

## How We Can Make a Difference

We are committed to being a positive influence by contributing to the prosperity of all our stakeholders involved in our sustainability journey. With more than 16,800 stores across 29 countries and territories, the decisions we make in our procurement processes have a significant impact, not just on our customers and communities, but also on our entire supply chain. Our decisions impact them not only financially but also have environmental and social effects.

This year we continued to implement our new Code of Conduct for suppliers, to strengthen our cybersecurity with revamped training, and to engage our stakeholders in multiple ways. We also celebrated our first-ever Global Sustainability Week across our network. In communities big and small, our business units and team members contributed to local causes and activities that seek to make a meaningful difference in people's lives.

### Key Solutions

✔ **Code of Conduct**

✔ **Sustainability requirements for procurement**

✔ **Cybersecurity training**

✔ **Global Sustainability Week**

✔ **Support for community organizations**

 Planet     People     Prosperity

# Our Communities

## Contribute to people's lives by investing and engaging in the areas where we operate

We believe in the importance of building strong communities. Around the globe, our stores contribute to local organizations and non-profits in multiple ways, through donations, team member volunteering, and participation in local events. Below are just a few of the initiatives that took place in 2025.

## Community Investment

### Supporting Children and Youth

Throughout our business, we have a long-standing commitment to help vulnerable children and young people in our communities.

This year, we were proud to partner with Loto-Québec's Détaillants de Coeur program to support two essential causes: Opération Enfant Soleil and the Breakfast Club of Canada. Through this initiative, we have provided financial contributions to these two organizations, which play a crucial role in children's well-being. Opération Enfant Soleil funds the purchase of specialized medical equipment to improve healthcare for young patients, while the Breakfast Club of Canada ensures that thousands of children receive a nutritious meal every morning, helping them learn and grow.

In Denmark, we have partnered with Børns Vilkår and BørneTelefonen, raising more than DKK 6 million ($912,000) together with our customers for their help line which offers free and anonymous counseling to children. The donations have enabled BørneTelefonen to extend its opening hours to 24 hours a day and to offer counselling to more children and young people.



 Planet  People  Prosperity



In the U.S., our BRAVE business resource group proudly partnered with Pepsi's Rolling Remembrance to honour our military communities and their families. As part of this meaningful collaboration, we hosted a special Fuel Day across the U.S., offering customers discounted fuel and donating a portion of the profits to *Children of Fallen Patriots*, an organization that provides scholarships to children who lost a parent in the line of duty. We donated $313,484 this year—fueling over 50 years of college for Fallen Patriots Scholars and helping pave the way to a brighter future for the children of our fallen heroes.

In Norway, we raised 1.213 million NOK ($117,623) for Youth Mental Health and their online chat service, which supports young adults struggling with issues such as depression, anxiety, loneliness, stress and suicidal thoughts. Over the years, with Circle K's help, the organization has grown from 15 volunteers to 200 volunteers, including some Circle K team members, providing over 7,000 chats each year. In Sweden, our Workout activity raised 218,000 SEK ($22,680) for BRIS, a leading children's rights organization that offers a children's help line as well as in-person consultations.

In the Netherlands, multiple fundraising activities throughout the year allowed us to donate €36,000 ($41,000) to the Opkikker Foundation, which aims to provide relaxation for families with a chronically ill child.

In Poland, we were proud to donate €35,000 ($40,000) to the Empowering Children Foundation, which works to prevent screen/gaming/net addiction in children. In addition to raising funds through our annual CSR (Corporate Social Responsibility) & Coffee campaign, we donate 10% profit from coffee sales with the EXTRA card.

 Planet     People     Prosperity

# Community Engagement

## Doing the Right Thing in Our Communities

Many of our business units around the world have partnerships with local food banks or programs to donate food to charities that serve people in need.

In the U.S., during the holiday season, Circle K once again partnered with Feeding America to donate over 1.4 million sandwiches, burgers and burritos among other items to affiliated food banks and food pantries.

In Denmark, we continued our partnership with the Danish Food Bank. Because transporting large amounts of food to 370 recipients, including aid organizations, involves driving long distances, we renewed our discount agreement on fuel for their refrigerated trucks. This means that we pay half of their fuel costs up to a maximum of DKK 300,000 ($45,600). We also provided the food bank's 200 volunteers with thermo cups which they can fill up with free coffee at all our mobility locations when delivering surplus food to recipients.

As well, our ever-expanding partnership with "Too Good To Go" enables customers to purchase surprise bags, saving good food from going to waste, at half of the original price or less. (See "Reducing Food Waste" in the Planet section of this report for details.)

In Germany, we financially supported the crisis intervention team of the German Red Cross. This dedicated team supports people in acute crisis situations, such as after traumatic experiences or sudden deaths. The team of 60 volunteers was called out over 600 times last year. They arrive quickly on the scene and provide emotional first aid to those affected, helping them to process their feelings and make sense of the incomprehensible.

As a company with a global presence, we understand that human trafficking is a world-wide problem, with 49.6 million people in modern slavery today. According to United Nations Sustainable Development Goals reporting, 71% of human trafficking victims are women and children, and many visit convenience stores. We have partnered with U.S. anti-trafficking nonprofit In Our Backyard to offer a lifeline to victims by posting the National Human Trafficking Hotline number in all Circle K restrooms in our U.S. stores. This raises awareness, opens a pathway to freedom for victims, and helps bring traffickers to justice.



## Breaking the Cycle of Poverty

During the holiday season, the Centraide/United Way campaign is a tradition for teams in Eastern Canada, Laval Service Centre and Laval Distribution Centre. Once again, this year, a series of inspiring activities were deployed, rallying team members and customers together in a spirit of solidarity. In Quebec, Centraide/United Way plays a crucial role in supporting more than 860 organizations and community projects across the province. Their mission is to break the cycle of poverty and improve the living conditions of vulnerable people. Combining donations collected during the activities, corporate donations and contributions from major donors, this year's campaign raised over CAN$350,000 ($253,000).

 Planet      People      Prosperity

## Providing Age-Restricted Products

As a responsible retailer, we understand the importance of ensuring the safe distribution of age-restricted products. Our team members are fully trained to ensure that we always comply with local regulations in our day-today activities. Across our network, we review our policies and monitor our operations regularly to make sure we are doing our part to keep our customers, their children, and our communities safe.

## Responding to Emergencies

In most areas where we operate, our stores are designated as critical infrastructure to serve our communities. We provide essential services needed for our societies to work and are committed to supporting our communities wherever we can. We have emergency preparedness and response plans and extensive training programs to ensure that our team members are equipped to deal with any event—particularly in regions prone to extreme weather.

Last summer, Hurricane Beryl made landfall in Texas as a Category 1 storm, bringing heavy wind, rains and flooding to the region and impacting more than 180 of our stores in Houston and surrounding areas. Our Texas business unit support team met regularly to manage the emergency response. Team members executed our storm preparedness plans with excellence, prioritizing the safety of our teams and properties as we rallied together to be there for our communities when they needed us most.

Hurricane Helene, a Category 4 hurricane, came ashore in Florida in September, devastating communities from the Florida Gulf Coast to the mountains of Western North Carolina, destroying vital infrastructure and claiming the lives of at least 230 people. It is considered the U.S.'s second deadliest hurricane in the last 50 years. In the immediate aftermath, 450 of our stores were closed, mostly due to power outages. Incredibly, under the most difficult of conditions, our teams were able to reopen 250 of those locations by the next day, ready to support our communities.

In January 2025, wildfires ravaged the Los Angeles area in southern California for three weeks, resulting in extensive and heartbreaking destruction, and at least 29 deaths. Hundreds of thousands of residents were forced to evacuate, marking this disaster as one of the most severe in California's history. With more than 45 stores in the Los Angeles area, our West Coast business unit focused on ensuring that our people were safe and our properties secure. One fuel terminal was shut down due to power concerns, and our fuel supply and logistics teams worked to source from backup terminals in the region to keep our stores and wholesale customers stocked where it was safe to operate.

> *Our team remained vigilant to keep everyone safe over the weeks by tracking the percent containment of the fires and road closures, alerting team leaders of the severity and threat at specific sites and staying aware of any changes in evacuation order status from officials, with the ultimate goal of ensuring our employees' safety until the wildfires were contained.*
>
> **Nadia Hasan**
> Fuel Analyst West Coast

 Planet      People      Prosperity



Afterwards, we supported local disaster relief efforts by presenting the American Red Cross with a $100,000 donation to support relief and recovery efforts for affected communities. The funds were raised through a Fuel Day Pop-Up in the West Coast business unit. More than 240 locations across California, Oregon and Washington participated. Circle K has been a long-time partner of the Red Cross and is deeply committed to supporting communities in need. As part of our efforts to make customers' lives in affected areas a little easier, these business units also rallied together to support the L.A. Marathon, a signature wintertime event.

Conversely, an extraordinary winter storm swept across the Southern U.S., bringing record-breaking snowfall and plunging temperatures to areas of the country where such conditions are virtually unheard of. Our Gulf Coast business unit is always ready for extreme weather, but snow presented some unique challenges, with hundreds of miles of bridges and highways shut down. Our teams managed to work around the closures, putting team members up in hotel rooms near stores and ensuring shelves, coolers and storage tanks were well stocked for our customers.

# Our Suppliers

**Collaborate to promote environmentally and socially responsible procurement practices.**

## Responsible Procurement

As a responsible retailer operating across 29 countries, the decisions we make in our procurement processes can have a considerable impact on helping to build a more sustainable supply chain.

We hold our suppliers to high standards and expect them to conduct business in a manner that aligns with our values and corporate governance. To this end, we have introduced a Supplier Code of Conduct into these relationships. Applying to all our suppliers, vendors, service providers, agents, brokers and manufacturers, this Code of Conduct includes aspects such as compliance with applicable laws and legal requirements, ethical business practices, ethical employment standards and human rights, environment and sustainability.

This past year, all procurement managers were trained to include this code in newly signed contracts. We also tracked sustainability key performance indicators based on suppliers' answers to questionnaires.



 Planet     People     Prosperity

# Our Governance

**Drive a strong values-based culture adhering to high standards of conduct and compliance.**

## Corporate Governance

### Governance Structure

Our governance structure ensures that sustainability is integrated at all levels of responsibilities and decision-making across our organization. As part of our 10 for the Win strategy, being a responsible retailer is a foundational building block for our success—further embedding sustainability as a lens into our business.

**Board of Directors**

Our sustainability work is headed by our Board of Directors, which oversees external commitments, programs, risks, performance, and reporting.



**Executive Management**

Overall sustainability strategic direction—sustainability governance, social/people and environmental topics. Audits reporting and risk management.



**Chief People Officer**
**(Leader of Couche-Tard's sustainability efforts)**

Works with the core sustainability team to implement the sustainability strategy Responsible for the strategy, initiatives and performance.



**Executive Sponsors**

The sponsors are responsible for the sustainability priority roadmap and external commitments and set the direction to ensure the workstream leads have access to relevant resources.



**Business Units**

Execute sustainability roadmaps across functions and business units.

 Planet     People     Prosperity

# Stakeholder Engagement

As a responsible retailer, what matters to our stakeholders—customers, employees, suppliers, NGOs, communities, governments, and investors—matters to us. We engage in ongoing dialogue to better understand their priorities regarding environmental, social, and governance issues and find innovative ways to grow.

| | Preferences and Expectations | Engagement Approach | Additional Highlights |
|---|---|---|---|
| **Customers** | Look to companies to offer sustainable products/services so they can make easier and better choices | Monthly customer surveys, focus groups, daily interactions, customer chatbots Kay and Helene | Expanded partnership with Too Good To Go, providing customers with food at a great price while avoiding food waste. |
| **Employees** | Prefer to work for companies that proactively address sustainability issues and build an inclusive and equitable culture | Employee surveys, on-the-job coaching and training, intranet, performance reviews | Won Gallup Exceptional Workplace Award for the 4th year in a row |
| **Suppliers** | Face their own set of sustainability-related requirements and expect partners to support | Service agreements, meetings, conferences | Implemented a Supplier Code of Conduct |
| **NGOs** | Encourage corporate participation in multi-stakeholder dialogue to advance the sustainability agenda | Industry associations, conferences, roundtables, consultations, and intergovernmental organizations | Member of the eFuel Alliance<br><br>In Denmark, we engaged in public debate on sustainability at a yearly gathering for politicians, NGOs and the public |
| **Communities and Governments** | Expect strong ethical conduct, strong stewardship practices, and investment in local initiatives to improve society | Local charities, consultations, municipal, regional and national authorities including chambers of commerce | In Canada, Couche Tard contributed to raising CAN$915,000 ($663,269) for La Maison de la Sérénité, a non-profit that provides compassionate end-of-life care for individuals |
| **Investors** | Increasingly focused on strong management of ESG-related risks and transparency | Annual Shareholders Meeting, investor roadshows, calls and emails, quarterly earnings calls | Received Best in Sector: Consumer Staples award at the 2025 IR Impact Awards |





# Sustainability Materiality Matrix

As a leading convenience and mobility provider operating around the globe, our business operations impact and are also influenced by several key sustainability topics. Our Sustainability Matrix reflects the most material issues for our company and our stakeholders from a risk perspective.

In 2025, once again, we revised and updated our sustainability matrix with an internal Executive Leadership analysis. We also began the process of conducting our first Double Materiality Assessment, which involves assessing how our company's business activities impact our climate and society, as well as how the climate and society impacts our company. This is a critical element of the Corporate Sustainability Reporting Directive (CSRD), which has emerged as a fundamental framework that demands increased transparency and accountability from businesses and aims at driving sustainable change across the EU.



 Planet     People     **Prosperity**

# Engaging with Investors

ACT was honoured with the Best in Sector: Consumer Staples award at the 2025 IR Impact Awards in Toronto, Canada. This award celebrates excellence in investor relations, and our win is a testament to the strength of our One Team approach. It highlights our ongoing efforts to build strong relationships with our shareholders and to showcase ACT's vision, growth, and resilience on the global stage.



# Ethics and Compliance

## Code of Conduct

We strive to conduct our business to the highest standards of ethics and transparency. This is anchored in our Code of Conduct. All team members, partners, and Board members are required to sign and abide by these principles and complete training on ethical conduct. Our day-to-day actions are guided by our Light of Day policy, acknowledged each year by all employees, which emphasizes treating everyone with respect. Stakeholders are encouraged to disclose any concerns relating to ethical misconduct through our anonymous ACT Hotline.



## Fighting Forced Labour

In Canada, new modern slavery reporting legislation, the *Fighting Against Forced Labour and Child Labour in Supply Chains Act*, came into force on January 1, 2024. Last year we submitted a report outlining the measures taken by the ACT Group to prevent and mitigate the risk of forced labour or child labour being used at any step of the production of goods sold as part of our retail and fuel activities in Canada or elsewhere or of goods imported into Canada by the ACT Group. These measures include the launch of our Supplier Code of Conduct and a benchmarking exercise across our operating geographies to identify current practices within the ACT Group with respect to supplier onboarding due diligence, including know-your-client processes, risk mapping, supplier questionnaires and supplier communications.

A number of other regions already have similar legislation in place, with which we comply and fulfil all our obligations. For example, in Germany, the *Act on Corporate Due Diligence Obligations in Supply Chains,* in effect since 2023, regulates the responsibility of German enterprises to respect human rights in global supply chains, which includes protection against child labour, the right to fair wages, as well as environmental protection. Since 2022, Norway's *Transparency Act* mandates firms to account for the human rights and fair labour practices in their entire value chain. In the U.S., California's *Transparency in Supply Chains Act*, in effect since 2012, requires that large retailers provide consumers with information regarding their efforts to eradicate slavery and human trafficking from their supply chains.

 Planet     People     Prosperity

## Strengthening Cybersecurity

We continually invest in cybersecurity to keep our data safe and to protect our people and our customers. We have a dedicated IT security team, as well as systems and programs to ensure security across the organization. In 2025, all team members completed updated mandatory cybersecurity training. As well, during our annual Cybersecurity Awareness campaign, we host a variety of activities to promote cyber-secure practices and behaviours within the organization.





## Global Sustainability Week

In 2025, we celebrated our first-ever Sustainability Week across our global network. Building on the success of our European Sustainability Day held in 2022, we wanted to expand the opportunity to the rest of our organization. Teams in our business units took part in a variety of activities designed to drive awareness, education, and engagement around our commitments as a Responsible Retailer to *Do the Right Thing* for our planet, people and communities. Activities included garbage clean-up at parks, collection of sanitary products for women and babies, a composting initiative, a second-hand market, a sustainability virtual scavenger hunt, and more.



# Scope of the Report

**Our sustainability report underscores our commitment to be open about our progress as a business and is aligned with international standards on sustainability reporting.**

This is our seventh sustainability report, covering fiscal year 2025. It represents yet another significant step toward greater transparency as we strive to be open about current challenges, opportunities, and future aspirations.

The content of this report covers our corporate functions and those parts of the business that we directly manage in the U.S., Canada, Europe, and other regions. It does not include the activities of licensees, dealers, franchisees, and joint ventures where we do not have operational control, or a direct management responsibility.

## Standards

We developed the content of the report in reference to the Global Reporting Initiative Sustainability Standards and the Sustainability Accounting Standards Board. An index of our alignment with the GRI and SASB Standards is available at: corpo.couche-tard.com/en/sustainability.

## Third Party Assurance

The data provided in this report has not been third party verified. We will be considering third party assurance in future years in order to continuously strengthen our approach. For our seventh report, we have aligned with industry practices to comprehensively disclose both qualitative and quantitative data.

## Feedback and Comments

We welcome comments and feedback on this report at: corpo.couche-tard.com/en/contact-us.



# Climate-Related Disclosures

We recognize that climate change presents a series of physical and transition risks that pose various challenges to our business strategy and continuity. However, we also understand that with these risks come new opportunities to innovate and do things differently.

As part of our journey this year, and as we are getting closer to our calendar 2025 goals, we have continued to invest in our ambition to reduce our own emissions as well as to support our customers in moving toward a lower carbon emissions environment.

Our climate-related financial disclosures ambition continues to align toward the disclosure standards set by the International Accounting Standards Board (IASB), and more specifically, IFRS S2. Every year, we continue to enhance our disclosures and strengthen our business strategy. In this year's report, we continue to improve our precision on our material sources of Scope 1 and 2 emissions. Regarding our disclosure of Scope 3 emissions, we disclosed last year our most material sources and we continue to add to our inventory toward mandatory disclosure regulatory requirements.

We also added a clear tracking of our climate-related goals as part of our data table, allowing for a quick and clear view of our progress toward our calendar 2025 goals.

Over the coming years, we will keep improving our collection and disclosure of data in order to meet our various regulatory obligations, in all of our jurisdictions. Similar to prior years, we will continue to integrate our learnings in our strategic planning processes to enhance our climate strategy.

## Governance

# Board of Directors and Committees

Our Board of Directors oversees the planning, progress, and achievement of the company's strategic climate objectives, and meets quarterly to discuss and monitor progress. As currently structured, ACT's Board has the ultimate responsibility for the oversight of sustainability-related issues, including climate change. Specifically, it is responsible for overseeing all risks material to the business and ensuring that effective mitigation strategies are in place. The Board also approves the company's climate-related goals, commitments, policies, management systems, and external disclosures.

More specifically, our climate-related goals are developed by the Executive Leadership Team and approved by the Board of Directors. Although each target is championed by an Executive Sponsor, our business units play an integral role in implementing the changes we wish to see. Through our decentralized model, our business units are empowered and able to seize additional relevant opportunities and pursue actions as they see fit (expansion of renewable fuel offers, purchase of renewable electricity, installation of energy management systems, procurement of specific lighting, etc.).

We regularly assess Board composition to ensure that our Board of Directors is well-equipped to understand and oversee climate-related matters, including the transition to a lower carbon economy. Currently, all of the 16 members of our Board of Directors have skills and experience in environmental, social and governance matters.

Our Human Resources and Corporate Governance Committee ("HR&CG"), composed of Board members, helps the Board fulfill its responsibilities related to the company's sustainability strategy and climate-related issues. More specifically, the charter of the HR&CG states that this committee assumes duties and responsibilities related to Environmental, Social and Corporate Governance, including policies, goals, and targets on climate risks and opportunities.



As part of this mandate, the HR&CG reviews and advises the Board on key items for approval, including ACT's climate-related commitments and sustainability report. The HR&CG also informs the Board of ACT's progress on any externally facing sustainability-related commitments and/or targets, including those related to climate change. The HR&CG also meets quarterly to review Executive Sponsors progress on our climate-related goals and proposals, and updates to our strategy.

The Audit Committee, also composed of Board members, helps the Board to fulfill its oversight and supervision of environmental, social and governance financial reporting, in particular by reviewing and considering the scope of disclosures based on standards from the IFRS Foundation as they relate to climate reporting, as specified in the Audit Committee's charter.

This Climate-Related Disclosure Report, including consolidated climate-related data, follows the same review and approval process as our financial statements, which includes a review and recommendation for approval by the Audit Committee, as recommended by the IFRS S2 Climate-related Disclosure standards.

# Management Team

Sustainability is integrated within our business strategy and foundation as a critical lens, rather than as a stand-alone program. Our Executive Leadership Team, which is comprised of executives and senior VPs, is collectively responsible for assessing corporate performance against our sustainability priorities, which include climate risks and opportunities, and their integration within our overarching business strategy. Our Chief Executive Officer ("CEO") acts as a conduit of information between our Executive Leadership Team and/or Sustainability Steering Committee (see below) and the Board and holds ultimate responsibility for the implementation of Board-approved climate change strategies and commitments. Our CEO is responsible for appointing a Chief People Officer ("CPO") to lead our sustainability strategy, ensure our climate-related commitments and goals are met, and provide oversight on sustainability-related disclosures, including climate disclosures. A significant portion of our Executive Leadership Team convenes regularly with a focus on sustainability. This group of ten executives, including our CEO and our Chief Financial Officer ("CFO"), and chaired by our CPO, is referred to as the Sustainability Steering Committee. They meet quarterly to discuss emerging risks, monitor known risks, and determine whether action plans need to be modified. The potential impacts of climate change are overseen by this team, ensuring all efforts are coordinated, communicated, and considered during strategic discussions. The Sustainability Steering Committee also provides accountability for the progress of our Executive Sponsors.

All Executive Sponsors are members of our Executive Leadership Team and the Sustainability Steering Committee. Their sponsorship correlates with the business area they are responsible for, ensuring competency and intimate knowledge of the solutions. Executive Sponsors responsible for the initiatives related to climate change include:

**Ina Strand**, Chief People Officer and Leader of Couche-Tard's sustainability efforts

**Aaron Brooks**, Senior Vice President, Development — Operational Carbon Emission Executive Sponsor

**Mathieu Bolte**, Senior Vice President, Finance — Reporting Requirements Sponsor

The Chair of the Committee reports to the HR&CG on a quarterly basis, and each sponsor, or one of their representatives, reports to the HR&CG at least on an annual basis.



## Strategy

To stay true to our vision to become the world's preferred destination for convenience and mobility, we need to identify and understand how climate-related physical and transition risks may impact our business in the future. This will enable us to better prepare and capitalize on any opportunities that may arise, ensuring we continue to make our customers' lives a little easier every day for years to come.



## Our Board of Directors' Oversight of Climate-Related Risks and Opportunities

We recognize that climate change is a global issue that presents both a risk and an opportunity for our business. The company's most recent five-year strategy has positioned our climate-related commitments as foundational to our success as a "Responsible Retailer," demonstrating our continued engagement.

Given that our operations are in the convenience and mobility space, we believe it is critical to assess and manage climate-related risks and opportunities to support the achievement of our short, medium, and long-term strategic priorities, as well as to meet shareholders' and stakeholders' expectations.

## Our Climate Scenario Analysis Exercise

We believe that liquid road transportation fossil fuel will be required for some time, even as our economy moves toward lower carbon emissions. This is further supported by the three scenarios explored as part of our climate scenario analysis, where the pace and scale of the energy transition differs by each scenario. We know that demand for traditional fuel products will be affected as vehicle efficiency continues to improve and electric vehicles (EVs)

become more widespread, while demand for EV charging and lower carbon liquid fuels will increase. We have been exploring various business opportunities to navigate this transition period, including an increased offering of electric vehicle charging, lower-carbon fuels, and a diversification of our service offerings to attract and retain customers. We see several business opportunities related to building out our network of EV charging and quick-charging points for passenger vehicles across Europe and North America, as well as charging points for electric trucks, while simultaneously increasing our sustainable fuels offering. Furthermore, we believe opportunities also exist to enhance our biofuels offerings, including the heavy-duty trucking sector, which is expected to electrify and diversify its energy sources at a slower rate than passenger vehicles.

From a physical climate perspective, the scenarios developed by industry specialists suggest an increase in acute extreme weather events (e.g., hurricanes, wildfires, heatwaves) and more severe sea level rise under increased levels of warming. When it comes to extreme weather events, it is common for our stores to experience a surge in traffic both before and after the actual event has occurred. Given our worldwide and dispersed geographical footprint and our total number of assets, as well as the strategic positioning of those assets, we believe we are well equipped to navigate and respond to increases in physical impacts at our locations, even under a high emissions scenario.

# Diving into Our Climate Scenarios

Our scenario analysis uses six contrasting scenarios informed by distinct and relevant global trajectories prepared by international agencies, including the International Energy Agency (IEA) and the Intergovernmental Panel on Climate Change (IPCC). In crafting our climate scenarios, we considered several factors such as demographics; economics; geopolitics; environmental, legal, and social aspects; and innovation and technology. Specifically, we used the IEA scenarios to assess transition risks specific to the energy sector and the IPCC scenarios to assess physical risks at regional and global scales. It was decided to use different scenarios to inform our physical and transition risk analysis to capture best- and worst-case scenarios, as presented by the IEA and IPCC, with different modelling inputs and assumptions leading to slightly different outcomes.

| ACT's climate scenarios | IPCC reference scenario | IEA reference scenario | Global Demand in liquid road transport fuels | Demand for liquid biofuels | Passenger EV sales | Heavy-duty transport vehicle sales |
|---|---|---|---|---|---|---|
| Very low GHG emissions | SSP1-1.9 | Net Zero Emissions by 2050 | -39.2 mb/d | plus 3.5 mb/d | plus 90% | 35% |
| Intermediate GHG emissions | SSP2-4.5 | Announced Pledges Scenario | -23.2 mb/d | plus 7 mb/d | plus 26% | 8% |
| Very high GHG emissions | SSP5-8.5 | Stated Policies Scenario | -1.5 mb/d | plus 3.1 mb/d | plus 16% | 5% |

Through a series of workshops with cross-representation from our organization, we sought to understand how climate risks and opportunities might evolve over time (i.e., 2030 and 2050), and the resulting implications for business planning and risk management. This qualitative process provided reflection, discussion, and analysis regarding existing and future-looking climate risks and opportunities, within the boundaries of each scenario. To ensure that our scenarios analysis was thorough, our workshops involved a wide range of participants from our most material locations, the United States, Europe and Canada, as well as from our various activity streams, including Merchandising, Mobility and Finance.

Our initial scenario analysis was performed in 2023 and, since then, is reviewed on an annual basis. It is based on current, publicly available information, as described below, and is expected to evolve over time to capture relevant, up-to-date data and in alignment with our Entreprise Risk Management process, we continue to monitor it to ensure that all new or updated risks are properly reflected. This year's review did not lead to material changes compared with our prior year's assessment considering the absence of significant climate-related changes in our industry over the recent year which would have impacted our analysis. We plan to continue to evolve our assessments over time, as policy and customer choices evolve.

# Key Insights from Our Risk & Opportunity Analysis

The charts below outline the key findings from our risk and opportunity scenario analysis. This includes the potentially material risks and opportunities for our business, as well as how they may impact us in the future. The risk management section outlines how we respond to these risks and opportunities. We will continue to plan and strengthen this strategic response, supplemented by our forthcoming quantitative scenario analysis results.

During 2025, we continued the work to quantify the financial impact on our business of the transition risks and opportunities identified, focusing on our most material risks and opportunities. The quantification of the financial impact of those transition risks and opportunities is being performed using the same three scenarios and the same timeframe as our aforementioned scenario analysis.

In 2025, we also started our double materiality assessment exercise, working toward readiness of future disclosure requirements. Through this work, we reached out to many internal stakeholders, which allowed us to confirm the preliminary alignment with our various climate-related risks and opportunities described below.

As we evolve in our sustainability journey, we will continue to work on assessing the impact of the transition, chronic and acute physical risks and opportunities on our business.

| Risk Category | Description | | Potential financial impact |
|---|---|---|---|
| **Transition Risk – Market, Policy & Legal** | **Reduced demand for liquid fuel** | Global demand for road transportation fuel could decline, driven by regulations (e.g., vehicle energy efficiency standards, bans or reductions in manufacturing limits for internal combustion engine vehicles, mandatory carbon pricing schemes), an uptake in passenger EVs, and changing consumer behaviours (i.e., customer preferences, impact of rising gas prices, road pricing mechanisms, and hybrid models). These reductions may be partly offset by increased global demand for transportation. | Decrease in revenues from declining fuel sales and increased competition between fuel peers in a constricting market |
| | | | Decrease in revenues for merchandise sales from declining foot traffic in stores |
| **Transition Risk – Technology** | **Increased demand for EV charging infrastructure** | Consumer confidence in passenger EV technology could rise sharply, requiring a rapid scaling up of EV charging infrastructure networks to meet market demand. | Increase in capital investments from addition of EV charging infrastructure |
| | | | Increase in revenues from new EV customer base |
| | | In conjunction with increased demand for EV charging infrastructure is a rapidly evolving and unpredictable technology environment which ACT may need to adapt to swiftly. | Decrease in asset or enterprise value if innovation outpaces capacity to adapt |
| **Transition Opportunity – Products and Services** | **Biofuel outlook for heavy-duty transport** | Slow electrification or development of economically comparable low-carbon alternatives for heavy-duty transport could mean a continued reliance on internal combustion engines for road freight. Biofuels are considered the most viable low-carbon solutions currently available for heavy-duty transport and could see an uptick in demand, particularly in long distance freight trucking. | Increase in revenues through raised business focus on the needs of heavy-duty transport |
| | | | Increased revenues from higher demand for biofuel blending in heavy-duty transport |

| Risk Category | Description | | Potential financial impact |
|---|---|---|---|
| **Physical Risks – Chronic** | **Supply chain delays, shortages, disruptions, and/or pricing volatility** | Long-term shifts in seasonal precipitation patterns may affect crop growing seasons, while rising temperatures may surpass crops' climatic thresholds and/or create unfavourable growing conditions due to changes in freeze thaw cycles. This could impact agricultural yields for certain crops, increasing competition for resources. | Increased cost of sales to secure products |
| | | Rising sea levels may disrupt coastal and offshore fuel production and refining activities and could lead to the potential early retirement of coastal refineries and offshore oil platforms, ultimately impacting fuel supplies. Reduced oil production and refining capacity may cause price spikes regionally and nationally from actual and anticipated fuel shortages, with repercussions on procurement strategies and demand for liquid fuel products. | Increased cost of sales to secure products |
| | | Rising sea levels may reduce soil stability under road transportation networks and erode transportation routes, causing fuel and merchandise delays. | Increased operating expenses due to road closures, transport detours, or port relocations |
| | | | Decreased revenues if shipments are delayed |
| | **Costly cleanups and equipment/ infrastructure repairs, and revenue loss from potential store closures** | More frequent and severe extreme high-water-level events from storm surges, waves, and high tides, superimposed onto rising sea levels, may inundate coastlines, cause coastal erosion, and create an accumulation of debris, further weakening soil structures and building foundations. | Increased repair costs and/ or capital investments for rebuilds |
| | | | Decreased revenues from potential store closures for the duration of repairs |
| | | | Decreased revenues from permanent store closures |
| | | | Increased capital investments for relocation |
| **Physical Risks – Acute** | **Supply chain delays, shortages, disruptions, and/or pricing volatility** | More frequent and severe acute events including hurricanes, flooding, etc., may damage production facilities, including oil refineries, reduce supplier production efficiencies, and create uncertainty around the time required to return to full operational capacity. Increased extreme heatwaves may reduce supplier production efficiencies through labour shortages and/or additional wear and tear on supply lines. | Increased cost of sales to secure products |
| | | | Decreased gross profit if ACT is unable to secure sufficient products to meet demand |
| | | More frequent and severe acute events may cause road and railway washouts, damage bridges, and increase debris accumulation, making transportation routes impassable. Increased frequency and severity of wildfires may threaten road and rail transportation networks directly or cause road closures due to fire threat and/or reduced visibility. | Increased operating expenses due to road closures, transport detours, or port relocations |
| | | | Decreased revenues if shipments are delayed |
| | **Costly cleanups and equipment/ infrastructure repairs, and revenue loss from potential store closures** | Acute events may cause extensive structural damage to facilities. Damages incurred could also result in temporary store closures for the duration of cleanups/ repairs/ rebuilds. A projected Northward shift in tropical storm tracks could cause regions not previously at risk to become increasingly exposed to tropical storms in the future. | Increased repair expenses and/or capital investments for rebuilds |
| | | | Decreased revenues from potential store closures for the duration of repairs |
| | **Costly environmental remediation/ fuel and chemical cleanup** | Hurricanes may impact car washes, tanker trucks, or fuel terminals creating chemical or fuel spills that are costly to remediate. | Decreased revenues from potential store closures for the duration of repairs or remediation |
| | | | Increased expenses for environmental remediation activities |
| | | | Increased reputational damage if environmental releases are not appropriately handled |

# Risk Management
## Risk Management Process

The overarching Enterprise Risk Management (ERM) framework changed slightly this year but, we have continued to evolve in identifying and integrating climate risk, at all stages of our ERM process, supported by findings from our climate scenario analysis. The impacts of climate changes on our industry, continues to be a priority risk following the latest iteration of our ERM process. Our top 10 business risks include decline in fuel demand from more efficient engines and transition to EV. Impacts from physical and transition climate change elements are embedded as contributors to many identified risks for our organization, and where relevant, we have risk response plans to address those risks, some of which are described above.

Our four-step ERM process, which is supported by Internal Audit, is pictured below.



Our Executive Leadership Team and the Board are both involved in identifying and assessing risks through this ERM process and framework. This ongoing process, which begins with researching industry benchmarks and trends to capture emerging risks, is used to identify, evaluate, and prioritize key risks with the potential to have the greatest impact on our financial outlook.

Each year, the Board holds a special meeting with the Executive Leadership Team to review and discuss the company's annual and long-term strategic plans. These discussions include reviewing and analyzing priority business risks, including climate risks, overall industry trends and developments, and important strategic opportunities. In terms of risk, the Board is responsible for overseeing the material risks of our business, and for ensuring that the Executive Leadership Team has effective risk management processes and mitigation strategies in place. Risks are also addressed as part of our discussion and approval of the Annual Information Form and in our quarterly and annual Management Discussion & Analysis reports.

When assessing business risks and opportunities, we consider short- (0-1 year), medium- (1-5 years), and long-term (5+ years) time horizons aligned with our ERM program. Keeping in mind that climate-related risks will materialize over longer time scales, our climate scenario analysis exercise extends significantly beyond this five-year horizon to look at risks and opportunities in 2030 and 2050. As an operator in the convenience and mobility space, having a longer-term view on physical and transition climate risks and opportunities is instrumental to our long-term strategic and financial planning since it influences decision-making and helps increase preparedness and build resilience over time.

# Risk Management Response

## Investing to Support the Decarbonization of the Planet

As discussed, we have committed to invest in renewable projects, including adding dispensers with better $CO_2$ emission performance than standards for gasoline and diesel across our network to increase the accessibility of renewable energy for our customers.

In 2025, we invested $218 million in renewable projects, including the addition of dispensers to our network. These investments bring our total investment since 2020 to $640 million and we now have over 4,000 pumps with renewable alternative fuel and approximately 3,300 charge points for electric vehicles, reaching an important portion of our fuel and energy calendar 2025 goal earlier than announced.

## Enhancing Our Energy Management

We are continuously working to reduce our own operational greenhouse gas ("GHG") emissions through improved energy management at our facilities.

In addition, we are continuing to roll out many energy-reducing projects globally, such as our investments in solar panels, HVAC upgrades, and energy-efficiency technologies, along with our Virtual Power Purchases Arrangement ("VPPA") in Ireland; these are all contributing to lower our carbon emissions related to energy consumption. Ongoing analyses will continue to help us determine future actions and prioritize investments to help us reduce our load on local electricity grids and reduce costs.

## Understanding Physical Climate Change Impacts

We work to understand the physical impacts stemming from long-term shifts in global and regional climate patterns and acute climatic events.

## Collaborating with Suppliers to Minimize Supply Chain Delays and Disruptions

To mitigate possible supply chain risks, we are committed to continuing the collaboration with our key suppliers to improve long-term planning, boost supplier resilience, and minimize downtimes.

## Strengthening Our Response to the Physical Impacts of Climate Change at Our Sites

In the unfortunate event that our stores are located along the destructive path of an acute climatic event, we have well-defined safety protocols and procedures in place to get us back up and running in the shortest amount of time possible to meet urgent customer needs. Our assets are designed to withstand extreme weather events, and in the unlikely event of an environmental release or spill, we have structured incident response plans to help remediate the situation.

## Metrics and Targets

# Our Climate Goals

As an organization, we continue to evolve in our sustainability journey and try to adapt to our environment, including expectations from our clients, employees, investors and regulators. Last year, we decided to combine our climate-related calendar 2025 Fuel and Energy goals into an overall GHG goal as well as making a commitment to invest in projects that will support our customers to contribute to the decarbonization of the planet. This acknowledges the role customers and governments play in creating change, focuses investments and internal resources on solutions where we can have a direct impact and that are within our direct control, and provides a single framework on GHG emissions reduction rather than considering contributing factors only.

This combined goal also retains our focus on energy consumption, a key handle for GHG emissions within our control. Our updated goals are straightforward: to commercialize sustainable fuel offers to our customers that are available to us as a retailer, to remain competitive, and to make a meaningful difference where we have control in reducing GHG emissions.

> ### Fuel and Energy Calendar 2025 Goals
>
> ✓ **50% reduction equivalent from 2020 baseline in net Scope 1 and 2 emissions from energy consumption.**
>
> ✓ **Investment of $600 million, between 2020 and 2025, in renewable projects supporting our Scope 1 and 2 emissions goal, and resulting in 4,300 dispensers\* across our network by 2025.**

At the end of Fiscal 2025, our reduction equivalent from 2020 baseline in net Scope 1 and 2 emissions from energy consumption was 21%. With the impact of our various ongoing initiatives, such as the continued deployment of our energy efficiency technologies and the upgrade of HVAC systems in the recent years, as well as with the use of Power Purchase Agreements, we expect that Scope 1 and 2 emissions will continue to decrease over the coming months and years.

We are pleased to state that we have already reached and surpassed our second goal of 4,300 renewable dispensers as we now have more than 4,000 pumps with renewable alternative fuel and approximately 3,300 charge points for electric vehicles, helping our customers to contribute to the decarbonization of the planet.

The investments required for the installation of those dispensers as well as for other renewable projects supporting our Scope 1 and 2 emissions reduction initiatives reached $640 million, surpassing our calendar 2025 goal. Those investments were made for energy efficient upgrades in our stores, as well as EV chargers and Alternative fuel dispensers' installations, setting us on a path for future improvements towards 2030.

Our 2030 climate-related ambition is also two-sided with actions leading to investments in capital expenditures reaching $1.0 billion, between 2020 and 2030. Those investments will continue to support our work to reduce the Scope 1 and 2 emissions from energy consumption, as well as to increase the accessibility of our global renewable energy dispensers\*, for our customers, contributing to the global decarbonization of the planet. Our ambition remains to offer access to 10,000 of those dispensers\* throughout our global network.

Please refer to the Governance section on page 36 for the approval process of our climate-related goals.

---

\* Dispensers with better CO2 emission performance than standards for gasoline and diesel in each market. Examples: HVO100, E85, E15, EV charger, B100, ED85, CBG, LBG, Hydrogen, etc.

# Scope 1 & 2 GHG Emissions

ACT's Scope 1 and 2 GHG emissions are calculated in accordance with the Greenhouse Gas Protocol Corporate Accounting and Reporting Standard.

Our 2025 report now includes the Scope 1 and 2 GHG emissions from the activities of certain retail European assets acquired from TotalEnergies SE on December 28, 2023 and January 3, 2024. Due to the timing and nature of this acquisition, those emissions were excluded from our reported data in 2024.

As of today, we do not expect that any of the other sources of Scope 1 and 2 GHG emissions not included in our current inventory would have a material impact on our total Scope 1 and 2 GHG emissions.

In alignment with our Scope 1 and 2 GHG emissions reduction goal, we also reviewed our baseline to integrate the impact of our major business acquisitions over the recent years, as well as the improvements we added to our Scope 1 and 2 emission's disclosure in recent years.



In 2025, our total Scope 1 and 2 GHG emissions were 846,061 metric tons (t) $CO_2e$, compared to 848,292 (t) $CO_2e$ the previous year.

The decrease in 2025 is driven by the favourable impact from emission factors having a lower $CO_2e$ content this year, including the impact from the use of our VPPA in Ireland, by the lower number of HVAC units replacements compared with the previous year as well as by the impact of our continuous initiatives to reduce our GHG emissions. These factors were partly offset by the impact from the integration of the emissions from major business acquisitions from 2024 and 2025 (including from the assets acquired from TotalEnergies SE), by the increased level of precision in the measurement of our fugitive emissions in Europe as more countries are now reporting those emissions, by colder temperatures in regions of North America where we use natural gas, as well as by the shift towards more internal logistics operations (previously performed by third parties, which is captured in Scope 3 emissions under standard definitions).



## Scope 3 Emissions

During 2023, we completed a screening-level assessment to better understand our relevant Scope 3 emission categories, in line with the GHG Protocol Corporate Value Chain (Scope 3) Standard. Results from this screening exercise revealed that, in total, upstream emissions from purchased goods and services (more specifically fuel and merchandise) and downstream emissions from the use of sold products (fuel), were identified as material categories. We are however continuously working to improve our disclosed inventory of Scope 3 emissions.

Therefore, this report includes Scope 3 emissions for:

| | |
|---|---|
| **Category 1** | Purchased goods and services (fuel and merchandise only) |
| **Category 3** | Fuel and energy activities (upstream emissions from electricity sold as well as for in-house fleet operations) |
| **Category 11** | Use of sold products (fuel only) |

In 2025, those emissions were 175,020,388 metric tons (t) $CO_2e$.

ACT's Scope 3 GHG emissions for categories disclosed are calculated in accordance with the GHG Protocol Corporate Value Chain (Scope 3) Standard.

In the coming years, we will continue to review and refine our measurements of Scope 3 emissions to include, where relevant and material, emissions from the other categories as well as to refine our emissions calculations. None of the other categories are currently included due to the complexity of obtaining data and the size of contributions.

# Linked Compensation

Our executive compensation program includes base pay and variable pay, comprised of a Short-Term Incentive Program (STIP).

Our Executive Leadership Team's STIP compensation is linked to the achievement of our business goals and priorities. The STIP is an annual cash bonus based on the achievement of several factors, including corporate performance using a key financial measure as a common global Key Result Area (KRA), and individual performance based on the achievement of individual KRAs that are approved by the HR&CG Committee. In recent years, we have been working to strengthen the link between the compensation of our executives and our sustainability performance. To ensure that sustainability remains a key focus for our leadership team, we have included ESG goals in the determination of the individual performance-based awards for most of our executives. More specifically, for Fiscal 2025, seven executives' variable STIP compensation was linked to climate-related factors, for a portion ranging from 4% to 25% of their personal goals. By linking short-term executive compensation to climate-related goals, we are reinforcing ACT's commitment to supporting its customers and communities in the transition toward a lower carbon economy, as each of those executives responsible for specific climate-related areas cascade those KRAs through their organization, as relevant.

For details on our management's STIP program, please refer to our Management Proxy Circular available on our corporate website.

# Data Table

The following reported data covers Fiscal 2025, from the period of April 29, 2024, to April 27, 2025. None of the data for Fiscal 2024 include our operations in our acquired retail European assets from TotalEnergies SE except for the Economic and Our Sites sections. The content in this data table includes the associated link to GRI Standards disclosure, as applicable. Please refer to the Carbon Data Methodology for more information on our GHG emissions.

| GRI STANDARDS | TOPIC | METRIC | FY25 (a) | FY24 (a) | FY23 (a) |
|---|---|---|---|---|---|
| **ECONOMIC** | | | | | |
| 201-1 | Revenues | In millions of U.S. dollars | 72,857 | 69,264 | 71,857 |
| 201-1 | Operating expenses (b) | In millions of U.S. dollars | 9,215 | 8,288 | 7,820 |
| 201-4 | Taxes paid to governments | In millions of U.S. dollars | 494 | 771 | 794 |
| **OUR SITES** | | | | | |
| **2-6** | **Total sites (c)** | Number | 10,487 | 10,445 | 9,983 |
| 2-6 | Total Canada sites | Number | 1,736 | 1,774 | 1,831 |
| 2-6 | Total US sites | Number | 5,866 | 5,831 | 5,717 |
| 2-6 | Total Europe and other regions sites | Number | 2,885 | 2,840 | 2,435 |
| **PLANET** | | | | | |
| **ENERGY AND CARBON FOOTPRINT** | | | | | |
| 305 | **Total GHG emissions Scope 1 and 2 (d)** | Metric tons (t) CO2e | 846,061 | 848,292 | 765,486 |
| | **Total GHG emissions Scope 1** | Metric tons (t) CO2e | 175,302 | 173,458 | 121,557 |
| 305-1 | Direct GHG emissions – retail energy | Metric tons (t) CO2e | 29,548 | 29,441 | 31,055 |
| 305-1 | Direct GHG emissions in-house fleet energy | Metric tons (t) CO2e | 96,254 | 98,017 | 90,502 |
| 305-2 | Direct GHG emissions - fugitive emissions from refrigerants gas | Metric tons (t) CO2e | 49,500 | 46,000 | n/a |
| | **Total GHG emissions Scope 2** | Metric tons (t) CO2e | 670,758 | 674,834 | 643,930 |
| 305-2 | Indirect GHG emissions - retail energy | Metric tons (t) CO2e | 670,758 | 674,834 | 643,930 |
| 305 | GHG emissions comparable basis (e) | Metric tons (t) CO2e | 851,410 | 848,292 | n/a |
| 305-4 | GHG intensity by site (f) | TCO2e per site | 67.3 | 70.4 | 68.5 |
| 305-4 | GHG reduction performance by site (f) | Percentage | (4.4%) | 2.7% | (15.9%) |
| 305-3 | **Total GHG emissions Scope 3** | Metric tons (t) CO2e | 175,020,388 | 152,705,786 | n/a |
| 305-3 | **Category 1: Purchased Goods and Services** | Metric tons (t) CO2e | 42,753,499 | 37,486,276 | n/a |
| 305-3 | Category 1: Purchased Goods and Services - Fuel | Metric tons (t) CO2e | 38,415,757 | 32,846,005 | n/a |
| 305-3 | Category 1: Purchased Goods and Services - Merchandise | Metric tons (t) CO2e | 4,337,742 | 4,640,271 | n/a |
| 302-1 | **Category 3 - Fuel and Energy-related activities** | Metric tons (t) CO2e | 25,805 | n/a | n/a |
| 302-1 | Category 3 - Fuel and Energy-related activities - EV Charging | Metric tons (t) CO2e | 5,052 | n/a | n/a |
| 302-1 | Category 3 - Fuel and Energy-related activities - In-house fleet upstream emissions | Metric tons (t) CO2e | 20,753 | n/a | n/a |
| 305-3 | **Category 11: Use of Sold Products** | Metric tons (t) CO2e | 132,241,084 | 115,219,509 | n/a |
| 305-3 | Category 11: Use of Sold Products - Fuel | Metric tons (t) CO2e | 132,241,084 | 115,219,509 | n/a |
| 302-1 | **Energy consumed within the organization** | MWh | 2,801,487 | 2,701,245 | 2,648,834 |
| 302-1 | **Energy consumed within the organization - direct** | MWh | 535,648 | 510,719 | 496,524 |
| 302-1 | Direct energy - retail | MWh | 175,142 | 159,822 | 169,054 |
| 302-1 | Direct energy in-house fleet | MWh | 360,506 | 350,897 | 327,470 |
| 302-1 | **Energy consumed within the organization - indirect** | MWh | 2,265,839 | 2,190,526 | 2,152,310 |
| 302-1 | Indirect energy Electricity | MWh | 2,265,839 | 2,190,526 | 2,152,310 |
| 302-3 | Energy intensity by site (f) | MWh per site | 232.3 | 233.8 | 235 |
| 302-3 | Energy reduction performance by site (f) | Percentage | (0.6%) | (0.5%) | 4.6% |

| GRI STANDARDS | TOPIC | METRIC | FY25 (a) | FY24 (a) | FY23 (a) |
|---|---|---|---|---|---|
| 302-2 | Number of EV Charger Points | Number | 3,316 | n/a | n/a |
| 302-1 | Number of Alternative Liquid Fuel Pumps | Number | 4,071 | n/a | n/a |
| 201-1 | Investments since 2020 in renewable projects | In millions of U.S. dollars | 640 | n/a | n/a |
| 201-1 | Annual investments in renewable projects | In millions of U.S. dollars | 218 | n/a | n/a |
| **WATER CONSUMPTION (f)** | | | | | |
| 303-3 | **Water withdrawn (g)** | Megalitres | 12,106 | 11,273 | 10,287 |
| 303-3 | Water intensity by site (g) | Megalitres per site | 1.9 | 1.7 | 1.6 |
| 303-3 | Water increase (reduction) intensity by site | Percentage | 9.5% | 4.7% | 9.7% |
| **PEOPLE** | | | | | |
| 2-7 | **Total Employees (h)** | Number | 99,782 | 97,289 | 96,566 |
| 2-7 | Total full-time employees | Number | 58,494 | 59,528 | 61,148 |
| 2-7 | Total part-time employees | Number | 41,288 | 37,761 | 35,418 |
| 2-7 | Total U.S. employees | Number | 66,327 | 67,740 | 65,939 |
| 2-7 | Total Canada employees | Number | 10,376 | 10,728 | 11,399 |
| 2-7 | Total Europe and other regions employees | Number | 23,079 | 18,821 | 19,228 |
| **WORKPLACE SAFETY** | | | | | |
| 403-9 | Fatalities (i) | Number | 1 | 3 | 0 |
| 403-9 | Rate of fatalities as a result of work-related injuries | Rate | 0.001 | 0.0044 | 0 |
| 403-9 | High consequence work-related injuries (j) | Number | 48 | 44 | 77 |
| 403-9 | Rate of high consequence work-related injuries (j) | Rate | 0.068 | 0.064 | 0.12 |
| 403-9 | Recordable work-related injuries (j) | Number | 1,623 | 1,698 | 1,906 |
| 403-9 | Rate of recordable work-related injuries (j) | Rate | 2.3 | 2.5 | 2.8 |
| NA | Robberies (k) | Number | 745 | 907 | 1,092 |
| **CULTURE** | | | | | |
| 405-1 | **Total females (l)** | Number | 55,975 | 55,077 | 55,399 |
| 405-1 | Total U.S. females | Number | 37,941 | 39,210 | 38,829 |
| 405-1 | Total Canada females | Number | 4,750 | 4,909 | 5,240 |
| 405-1 | Total Europe and other regions females | Number | 13,284 | 10,958 | 11,330 |
| 405-1 | **Female % of total employees** | Percentage | 56.1% | 56.6% | 57.4% |
| 405-1 | Female executive leadership | Percentage | 33.3% | 31.6% | 38.8% |
| 405-1 | Female total senior management | Percentage | 28.0% | 23.9% | 21.3% |
| 405-1 | Female management | Percentage | 62.1% | 62.0% | 61.9% |
| 405-1 | Female non-management | Percentage | 55.3% | 55.9% | 56.8% |
| 405-1 | Female directors and above | Percentage | 34.6% | 33.3% | 31.0% |
| **EMPLOYEE ENGAGEMENT** | | | | | |
| NA | Employees engaged | Percentage | 66.0% | 65.0% | 63.0% |
| NA | Employees responding to employee engagement survey | Percentage | 93.0% | 98.0% | 97.0% |
| **PROSPERITY** | | | | | |
| **GOVERNANCE STRUCTURE (l)** | | | | | |
| 2-9 | Board gender diversity | Percentage | 37.5% | 37.5% | 31.3% |
| 2-9 | Board gender diversity independent directors | Percentage | 44.4% | 44.4% | 44.4% |
| 2-9 | Board independence | Percentage | 56.3% | 56.3% | 56.3% |
| 2-9 | Board tenure years | Number | 12.3 | 11.3 | 13.2 |
| **COMMUNITY ENGAGEMENT** | | | | | |
| 413-1 | Business units with local community engagement programs | Percentage | 100% | 100% | 100% |

a. Our reported data covers our latest fiscal year – April 29, 2024 to April 27, 2025 (referred to as Fiscal 2025). Please note that Fiscal 2023 included 53 weeks while Fiscal 2025 and Fiscal 2024 included 52 weeks.

b. Operating expenses include operating, selling, administrative and general expenses, loss (gain) on disposal of property and equipment and other assets, as well as depreciation, amortization and impairment.

c. Our reported sites cover the U.S., Canada, Europe and other regions where we have operational control with the authority to introduce and implement our operating policies. For more information, please refer to our Annual Information Forms located on our corporate website for our total sites. Following our assessment of control performed in Fiscal 2023, we removed the metrics from our Joint Ventures.

d. Scope 1 and 2 GHG emissions disclosed in the data table are using the market-based approach as we include the indirect emissions from Ireland using the emission factor derived from our VPPA (starting in October 2024). The rest of our emissions are calculated using location-based factors. If we had disclosed all of our Scope 1 and 2 emissions using the location-based approach, Scope 1 and 2 emissions would have been 850,396 metric tons (t) CO2e.

e. In order to show comparable data across the periods, we excluded the emissions associated with major business acquisitions (including certain assets acquired from TotalEnergies SA) and of the change in the emission factors.

f. The GHG emission intensity by site is based on the average U.S., Canada, Europe and other regions retail sites for which energy data is collected. An average of 10,387 sites were covered in Fiscal 2025, 9,931 sites in Fiscal 2024, and 9,842 in Fiscal 2023. Emissions from our terminals, internal logistic operations and fugitive emissions from cooling and refrigeration are not included in our intensity by site calculation.

g. Water data only covers various sites in North America and Hong Kong. A total of 6,457 sites were covered in Fiscal 2025, 6,596 sites in Fiscal 2024, and 6,301 sites in Fiscal 2023.

h. Employee numbers represent the U.S., Canada, Europe, and other regions.

i. Fatalities are reported in accordance with legal requirements and definitions in each country where we operate.

j. The rate of high consequences and recordable work-related injuries is based on 200,000 hours worked.

k. Fiscal 2024 data exclude resistance robbery. Using the most recent methodology, the number of robberies reported would have been 1,060 for Fiscal 2023. These cases were based on our associates engaging in preventing shoplifting or other theft, rather than the traditionally understood robbery.

l. In a few instances (less than 0.5%), gender information was not available in our systems and therefore estimations were made.

m. For more information on governance data, please refer to our Management Proxy Circulars located on our corporate website.

# Carbon Data Methodology

We aim to report our greenhouse gas emissions ("GHG") in line with the GHG Protocol covering:

• Scope 1: Emissions directly from our own operations
• Scope 2: Indirect emissions from purchased electricity, steam or heating
• Scope 3: Indirect emissions from our upstream and downstream value chain.

We estimated carbon dioxide, methane, and nitrous oxide using emission factors from the Climate Registry Default Emission Factors and the European Environment Agency. We applied Global Warming Potentials from the IPCC Sixth Assessment Report.

Our environmental management data covering GHG emissions, energy and water are reported based on the operational control approach of the sites where we have the authority to introduce and implement our operating policies. We generally consider that we have operational control over our company-operated stores, but not over our dealer-operated stores. Unless we have operational control over our joint ventures, those activities are not included in our Scope 1 and 2 GHG emissions.

Our Scope 3 emissions disclosure for fiscal 2025 is limited to our more material emissions sources as well as to more easily accessible data.

## Scope 1 and Scope 2 Data Methodology

Retail operations include emissions and energy consumed in our stores for all of our operations, with the exception of emissions from cooling and refrigerants gas, which are disclosed separately. In-house fleet operations include the emissions and energy consumed from our in-house fleets in the U.S. and in Europe.

# Direct GHG Emissions

Direct GHG emissions and energy consumed include natural gas in North America and fuel used in our logistic internal fleet.

Direct GHG emissions for fugitive emissions from cooling and refrigeration for North America and Hong Kong operations are reported using an estimated number of eight cooling units (including fridges, freezers and air conditioning units) per store, as well as industry assumptions of leakage from operation emissions, and assembly and disposal emissions. We have used the carbon emission factor assuming R-134a refrigerant gas as it is the most used refrigerant in our industry. In 2025, our GHG emissions for fugitive emissions from cooling and refrigeration for our European operations were calculated based on each of the specific countries leakage rate collected for local regulatory reporting, while in 2024, it was estimated based on the leakage rate in Sweden as it was the only country where detailed data was readily available. The emission factors were obtained from the IPCC's Sixth Assessment Report (AR6).

# Indirect GHG Emissions

Indirect GHG emissions and energy include electricity covering both renewable and non-renewable energy sources in North America and Europe and other regions. Our emission factors for electricity are primarily based on national or regional grid emission factors, reflecting the average carbon intensity of electricity generation in the respective countries. In cases where we have Power Purchase Agreements (PPAs) or Virtual Power Purchase Agreements (VPPAs), the emissions associated with the purchased electricity are aligned with the specific energy sources contracted under those agreements, rather than the national average. This approach ensures that our reported emissions accurately reflect the renewable or low-carbon energy contributions from these agreements.

## Scope 3 data methodology

# Category 1 : Purchased Goods and Services

Our Category 1 data covers upstream emissions from purchased goods and services (Merchandise and Fuel) for resale across our three regions. It does not cover emissions from goods and services not for resale.

## Merchandise

We calculated the carbon emissions from data on cost of sales, excluding depreciation, amortization and impairment. We have used the emission factors for our main categories of products from DEFRA/BEI, EXIOBASE and EPA databases, adjusted for inflation and foreign exchange currencies. When emission factors for a specific country were not available, we used the closest geography.

## Fuel

We calculated the carbon emissions from the volume of fuel we sell to customers, using emission factors for the different types of fuel we sell, including gasoline, diesel, biodiesel, HVO, gasoil, heating oil and aviation fuel.

For European countries, we use certified sustainability documentation associated with biofuel purchases, combined with RED II directive emission factors to calculate category 1 upstream emissions (we also report emissions from customer use of fuel in category 11).

For gasoline and diesel in the United States, we use the Argonne National Labs GREET Model emission factors for "average biofuel blend" which take into account the biofuel blended into gasoline and diesel. For gasoline and diesel in Canada, we use GHGenius and The Official Canadian GHG Inventory emission factors.



## Category 3: Energy and Fuel Activities

Our Category 3 data covers upstream emissions from the generation of purchased electricity that is sold to our EV charger customers. We calculated carbon emissions using the average-data method from the volume of kWh of electricity purchased and sold to customers, using emission factors based on the geography of our chargers. The GHG emissions factors are the same used for our Scope 2 emissions.

This category also includes the upstream emissions associated with the distribution of the fuel sold at our stores through our in-house fleet. The upstream emissions for this activity are calculated using emission factors for the fuel consumed by our fleet. For European countries, we use certified sustainability documentation associated with biofuel purchases, combined with RED II directive emission factors. For United States, we use the Argonne National Labs GREET Model emission factors.

## Category 11: Use of Sold Products

Our Category 11 data covers emissions from customer use of fuel we sell.

We calculated the carbon emissions from the volume of fuel we sold to customers, using emission factors for the different types of fuel, including gasoline, diesel, biodiesel, HVO, gasoil, heating oil and aviation fuel.

Most of the petrol and diesel we sell contains some biofuel, in line with regulatory obligations. For North America, we used Argonne National Labs GREET Model, GHGenius, and the official Canadian GHG Inventory emission factors for fuels, including emission factor for "average biofuel blend" for gasoline and diesel taking into account the amount of biofuel that is blended in fuels in North American service stations. For European countries, we used certified sustainability documentation associated with biofuel purchases, combined with RED II directive emission factors.

# Forward-Looking Statements

This Sustainability Report includes certain statements that are "forward-looking statements" within the meaning of the securities laws of Canada. Any statement in this Sustainability Report that is not a statement of historical fact may be deemed to be a forward-looking statement. When used in this Sustainability Report, the words "believe", "could", "should", "intend", "expect", "estimate", "assume", "aim", "align", "maintain", "continue", "effect", "growth", "position", "seek", "strategy", "strive", "will", "may", "might" and other similar expressions or the negative of these terms are generally intended to identify forward-looking statements. Forward-looking statements include, but are not limited to, those set forth in the table below, which also presents key assumptions used in determining the forward-looking statements.

| Forward-looking statements | Assumptions |
|---|---|
| **Statements relating to our strategic initiatives, including "Winning Offer", "Winning Fuel", "Winning the Customer", "Winning Growth", and "The Foundation", which includes "Fit to Serve" and our ability to execute these initiatives** | • Ability to anticipate and respond to sudden challenges that we may face in the marketplace, trends in the market for our products and changing consumer demands<br><br>• Ability to remain relevant with respect to consumers' needs and preferences for ways of doing business with us<br><br>• No serious disruption of our information technology systems<br><br>• Ability to recruit and retain qualified employees in our stores<br><br>• Ability to receive refined oil products and merchandise for resale<br><br>• No major decrease in the demand for our major product, petroleum-based fuel, due to attitudes toward its relationship to the environment and the green movement<br><br>• Market's ability to absorb road transportation fuel price fluctuations<br><br>• Ability to meet customer requirements relative to price, quality, customer service and service offerings |
| **Additional statements relating to our** *10 for the Win* **strategy** | • Ability to identify and complete strategic acquisitions in the future<br><br>• Continued deployment of our strategic growth initiatives, such as network expansion through new site developments and merger and acquisition activities<br><br>• Ability to obtain regulatory approval and financing on satisfactory terms for larger acquisitions<br><br>• Ability to integrate the acquired business in an efficient and effective manner<br><br>• Accuracy of our assessment of bases or sources of synergies and the occurrence of the benefits anticipated<br><br>• Ability to take advantage of expected synergistic savings and increased operating efficiencies |

It is important to know that the forward-looking statements in this Sustainability Report describe our expectations in light of the information available to us as at the date of this Sustainability Report, which are inherently not guarantees of the future performance of Couche-Tard or its industry, and involve known and unknown risks and uncertainties that may cause Couche-Tard's or the industry's outlook, actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by such statements. Our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of all relevant information. Although we believe there is a reasonable basis for the forward-looking statements, our actual results could be materially different from our expectations if known or unknown risks affect our business, or if our estimates or assumptions turn out to be inaccurate. A change affecting an assumption can also have an impact on other interrelated assumptions, which could increase or diminish the effect of the change. As a result, we cannot guarantee that any forward-looking statement will materialize and, accordingly, the reader is urged to consider the risks, uncertainties, and assumptions carefully in evaluating the forward-looking statement and is cautioned not to place undue reliance on these forward-looking statements. Forward-looking statements do not take into account the effect that transactions or special items announced or occurring after the statements are made may have on our business. For example, they do not include sales of assets, monetization, mergers, acquisitions, other business combinations or transactions, asset write-down, the impact of pandemics and geopolitical conflicts and tensions, or other charges announced or occurring after forward-looking statements are made.

Our forward-looking statements in this Sustainability Report speak only as of the date of this Sustainability Report, and unless otherwise required by applicable securities laws, we expressly disclaim any intention or obligation to update or revise forward-looking statements, whether as a result of new information, future events or otherwise. Our business is subject to substantial risks and uncertainties, including those referenced above. Investors, potential investors, and others should give careful consideration to these risks and uncertainties. The forward-looking statements contained in this Sustainability Report are expressly qualified by this cautionary statement.

The foregoing risks and uncertainties include the risks set forth under "Business Risks" in our 2025 Annual Report as well as other risks detailed from time to time in reports filed by Couche-Tard with securities regulators in Canada.



# Thank you

to our

# 146,000

team members around the world!

