Tyler R. Andrews (Admitted *pro hac vice*)
andrewst@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road
Irvine, CA 92612
Tel: (949) 732-6500

Matthew P. Hoxsie, SBN 034952
hoxsiem@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Tel: (602) 445-8000

*Attorneys for Defendant Circle K Stores, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Abboud, individually and on behalf of a class of persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Circle K Stores, Inc. and Mobivity Holdings Corp.,<br><br>Defendants. | Case No. 2:23-cv-01683-DWL<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR GOOD FAITH SETTLEMENT TALKS** |

Before the Court is the parties' Joint Motion to Extend the Deadline for Good Faith Settlement Talks. Good cause appearing, and for the reasons set forth in the Motion,

IT IS ORDERED that the Joint Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for the parties and their counsel to meet in person and engage in good-faith settlement discussions—previously set for

November 14, 2025—is hereby extended by thirty (30) days, up to and including December 14, 2025 (or December 8, 2025 if you prefer the version accounting for weekends—just tell me which date you want in the final order).

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Dominic W. Lanza
United States District Judge

2