## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Abboud, individually and on behalf of a class of persons and entities similarly situated, | Case No. 2:23-cv-01683-DWL |
| Plaintiff, | |
| vs. | |
| Circle K Stores Inc., | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: February 5, 2026                                    Respectfully Submitted,

*/s/ Anthony Paronich*
Anthony Paronich (*pro hac vice*)
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorney for Plaintiff*


GREENBERG TRAURIG, LLP

By: */s/     Matthew P. Hoxsie*
Tyler R. Andrews (Admitted *pro hac vice*)
Matthew P. Hoxsie
GREENBERG TRAURIG, LLP

*Attorneys for Defendant*

1